UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMIDE BEVERAGE COMPANY, LLC, | § § § |
| v. | §   CIVIL NO. 4:24-CV-1022-SDJ |
| GNC HOLDINGS, LLC, ET AL., | § § § |

### ORDER

The Court has been advised that Plaintiff Amide Beverage Company, LLC and Defendant GNC Holdings, LLC have reached a settlement in principle and are presently engaged in finalizing the documents related to that agreement. (Dkt. #76).

It is therefore **ORDERED** that, on or before **March 3, 2025**, Amide Beverage and GNC Holdings shall file with the Court all papers necessary for the dismissal of claims against GNC Holdings. If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

It is further **ORDERED** that any deadlines and hearings scheduled in this matter are **STAYED** until **March 3, 2025**. If dismissal documents have not been filed with the Court by that date, the parties must file a report with the Court, by no later than **March 10, 2025**, on the status of settlement.

1

**So ORDERED and SIGNED this 31st day of January, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE