IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMIDE BEVERAGE COMPANY, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>AMAZON.COM, INC., WOOT.COM LLC, WALMART, INC., SAM'S WEST, INC., ALBERTSONS, LLC, THE KROGER COMPANY, TARGET CORPORATION, GNC HOLDINGS, LLC, PEPSICO, INC., WALGREEN COMPANY, CVS PHARMACY, INC., 7-ELEVEN, INC., CIRCLE K STORES INC., COSTCO WHOLESALE CORPORATION, AND H-E-B, LP,<br><br>*Defendants.* | C.A. No. 4:24-cv-1022-SDJ<br><br>JURY TRIAL DEMANDED |

**JOINT STATUS REPORT REGARDING SETTLEMENT AND DISMISSAL OF DEFENDANT GNC HOLDINGS, LLC**

Pursuant to the Court's order dated March 4, 2025 (D.I. 127), Plaintiff Amide Beverage Company, LLC ("Amide") and Defendant GNC Holdings, LLC (collectively "GNC" and with Amide, the "Parties") hereby file this joint report on the status of settlement between Amide and GNC.

As of March 10, 2025, the parties have executed a settlement agreement. In light of this resolution, and pursuant to the terms of the settlement agreement, the parties anticipate filing a stipulated dismissal of GNC from this action shortly and no later than Monday, March 24, 2025. Accordingly, the parties respectfully request that the Court stay all pending deadlines as to Defendant GNC pending the forthcoming filing of a stipulated dismissal as to the GNC entity.

1

Dated: March 11, 2025

/s/ *Anthony W. Brooks*
Anthony W. Brooks
ABrooks@webblaw.com
The Webb Law Firm

Bradley D. Liddle
Texas No. 24074599
BLiddle@cozen.com
Cozen O'Connor
1717 Main St Ste 3100
Dallas, TX 75201-4681
Telephone: (214) 462-3139
Facsimile: (214) 462-3299

*Attorneys for Defendant*
*GNC Holdings, LLC*

DEVLIN LAW FIRM LLC

/s/ *Timothy Devlin*
Timothy Devlin (DE Bar No. 4241)
James M. Lennon (DE Bar No. 4570)
Johanna Hendricksen (*pro hac vice*)
Gina Hong (*pro hac vice*)
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com
jlennon@devlinlawfirm.com
jhendricksen@devlinlawfirm.com
ghong@devlinlawfirm.com

*Attorneys for Plaintiff*
*Amide Beverage Company, LLC*
*Attorneys for Plaintiff Amide Beverage*
*Company, LLC*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on March 11, 2025, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system.

                                                  */s/ Timothy Devlin*
                                                  Timothy Devlin