# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMIDE BEVERAGE COMPANY, LLC, *Plaintiff,* v. GNC HOLDINGS, LLC, et al., *Defendants.* | C.A. No. 4:24-cv-1022-SDJ  DEMAND FOR JURY TRIAL |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF DEFENDANT GNC HOLDINGS, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Amide Beverage Company, LLC, ("Plaintiff") and. Defendant GNC Holdings, LLC ("GNC" or "Defendant") hereby, having entered into a settlement agreement and each having executed the agreement, hereby stipulate dismissal with prejudice of all of Plaintiff's claims against Defendant GNC in this action. The other named Defendants remain in this action.

Each party will bear its own costs and attorneys' fees.

Dated: March 21, 2025

| | |
|---|---|
| */s/ Andrew DeMarco* | */s/ Anthony W. Brooks* |
| Timothy Devlin (DE Bar No. 4241) | Anthony W. Brooks |
| James M. Lennon (DE Bar No. 4570) | ABrooks@webblaw.com |
| Andrew DeMarco (DE Bar No. 6736) | THE WEBB LAW FIRM |
| Gina Hong (*pro hac vice*) | One Gateway Center |
| DEVLIN LAW FIRM LLC | 420 Ft. Duquesne Blvd, Suite 1200 |
| 1526 Gilpin Avenue | Pittsburgh, PA 15222 |
| Wilmington, DE 19806 | Tel: (412) 471-8815 |
| Tel: (302) 449-9010 | |
| Fax: (302) 353-4251 | Bradley D. Liddle |
| tdevlin@devlinlawfirm.com | Texas No. 24074599 |
| jlennon@devlinlawfirm.com | BLiddle@cozen.com |
| ademarco@devlinlawfirm.com | COZEN O'CONNOR |
| ghong@devlinlawfirm.com | 1717 Main St Ste 3100 |
| | Dallas, TX 75201-4681 |
| *ATTORNEYS FOR PLAINTIFF* | Tel: (214) 462-3139 |
| *AMIDE BEVERAGE COMPANY, LLC* | Fax: (214) 462-3299 |
| | |
| | *ATTORNEYS FOR DEFENDANT* |
| | *GNC HOLDINGS, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2025 a copy of the foregoing document was filed electronically on all counsel of record through the Court's electronic filing system.

/s/ Andrew DeMarco
Andrew DeMarco