UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMIDE BEVERAGE COMPANY, LLC, | § § § | |
| v. | § § | CIVIL NO. 4:24-CV-1022-SDJ |
| AMAZON.COM, INC., ET AL., | § § | |

## **ORDER**

Before the Court is Defendant H-E-B, LP's Unopposed Motion for Extension of Time to File a Reply in Support of its Motion to Sever and Transfer Venue. (Dkt. #170). After considering the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**. The deadline for H-E-B to file a reply in support of its Motion to Sever and Transfer Venue, (Dkt. #146), is extended to **April 30, 2025**.

**So ORDERED and SIGNED this 23rd day of April, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE