IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMIDE BEVERAGE COMPANY, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AMAZON.COM, INC., WOOT.COM LLC, WALMART, INC., SAM'S WEST, INC., ALBERTSONS COMPANIES, INC., ALBERTSONS, LLC, THE KROGER COMPANY, TARGET CORPORATION, GNC HOLDINGS, LLC, PEPSICO, INC., WALGREEN COMPANY, CVS HEALTH CORPORATION, CVS PHARMACY, INC., 7-ELEVEN, INC., CIRCLE K STORES INC., COSTCO WHOLESALE CORPORATION, AND H-E-B, LP,<br><br>*Defendants*. | Case No. 4:24-cv-1022-SDJ<br><br>**Jury Trial Demanded** |

## NOTICE OF COMPLIANCE

Defendant PepsiCo, Inc., ("PepsiCo") hereby provides notice that on May 14, 2025, PepsiCo served by electronic mail to all counsel of record: (1) its Initial and Mandatory Disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Court's Order Governing Proceedings (Dkt. 101); and (2) its Invalidity Contentions and accompanying document production pursuant to Local Patent Rules 3-3 and 3-4, the parties' Joint Rule 26(f) Conference Report (Dkt. 149), and the Court's forthcoming Docket Control Order.

Dated: May 14, 2025 

Respectfully submitted,

*/s/ Timothy S. Durst*

Timothy S. Durst (TX #00786924)
tdurst@omm.com
John Kappos (TX #24130097)
jkappos@omm.com
Patrick V. Plassio (TX #24102362)
pplassio@omm.com
Grant E. Gibson (TX #24117859)
ggibson@omm.com
**O'MELVENY & MYERS LLP**
2801 North Harwood Street
Suite 1600
Dallas, TX 75201-2692
Telephone: (972) 360-1900
Facsimile: (972) 360-1901

***Attorneys for Defendant PepsiCo, Inc.***

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 14, 2025.

Dated: May 14, 2025                                                                                                  */s/ Timothy S. Durst*  
                                                                                                                 Timothy S. Durst