IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMIDE BEVERAGE COMPANY, LLC,<br><br>              *Plaintiff,*<br>   v.<br><br>AMAZON.COM, INC., WOOT.COM LLC, WALMART, INC., SAM'S WEST, INC., ALBERTSONS COMPANIES, INC., ALBERTSONS, LLC, THE KROGER COMPANY, TARGET CORPORATION, GNC HOLDINGS, LLC, PEPSICO, INC., WALGREEN COMPANY, CVS HEALTH CORPORATION, CVS PHARMACY, INC., 7-ELEVEN, INC., CIRCLE K STORES INC., COSTCO WHOLESALE CORPORATION, AND H-E-B, LP,<br><br>              *Defendants.* | C.A. No. 4:24-cv-1022-SDJ<br><br>JURY TRIAL DEMANDED |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to the Joint Report of Rule 26(f) (ECF No. 149) and Local Patent Rule 4-3, Plaintiff Amide Beverage Company, LLC ("Plaintiff" or "Amide") and Defendants Amazon.com, Inc. ("Amazon"), Woot.com LLC ("Woot.com"), Walmart, Inc. ("Walmart"), Sam's West, Inc. ("Sam's Club"), Albertson's, LLC ("Albertson's, LLC"), The Kroger Company ("Kroger"), Target Corporation ("Target"), PepsiCo, Inc. ("PepsiCo"), Walgreen Company ("Walgreens"), CVS Pharmacy, Inc. ("CVS Pharmacy"), 7-Eleven, Inc. ("7-Eleven"), Circle K Stores Inc. ("Circle K"), Costco Wholesale Corporation ("Costco"), and H-E-B, LP ("H-E-B") (all collectively, "Defendants") hereby submit their Joint Claim Construction and Prehearing Statement.

1

## I. Construction of Claim Terms on Which the Parties Agree (P.R. 4-3(a)(1))

The parties have met and conferred and agree on the construction of five terms in U.S. Patent No. 8,350,077 (the "'077 Patent"). These construed terms are:

| Term | Construction |
|---|---|
| "amino acid residue"<br><br>(Claims 1 and 3) | Plain meaning |
| "aromatic amino L-acid"<br><br>(Claims 1 and 3) | "aromatic L-amino acid" |
| "wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid, or derivatives of aliphatic L-amino acid, or aromatic L amino acid, or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides"<br><br>(Claims 1 and 3) | "wherein R is amino acid residue of<br><br>[aliphatic L-amino acid, or aromatic L-amino acid or heteroaromatic L-amino acid]<br><br>or<br><br>[derivatives of aliphatic L-amino acid, or aromatic L-amino acid or heteroaromatic L-amino acid representing at least one of the following: salts of L-amino acid, L-amino acid esters, L-amino acid amides, or L-amino acid peptides]" |
| "The compound of claim 1, wherein the compound is a composition with an auxiliary component"<br><br>(Claim 6, 7) | "The compound of claim 1, wherein the compound is in a composition with an auxiliary component" |
| "auxiliary component is water"<br><br>(Claim 6, 7) | "auxiliary component is water other than X" |

The parties have not come to agreement on the construction of any of the other terms of the '077 Patent.

2

**II. Disputed Claim Terms/Phrases (P.R. 4-3(a)(2))**

**Exhibit A** lists the parties' proposed constructions for terms in dispute and/or indefiniteness positions for the Asserted Patents.  **Exhibit B** contains Amide's identification of intrinsic and extrinsic evidence on which it intends to rely.  **Exhibit C** contains Defendants' identification of intrinsic and extrinsic evidence on which it intends to rely.  All parties reserve the right to rely upon any intrinsic or extrinsic evidence identified by any other party, and any evidence obtained through claim construction discovery.  In addition, each party reserves the right to amend, correct, or supplement its claim construction positions and supporting evidence in response to any change of position by any other party, or for other good cause.

**III. Anticipated Length of Time for Necessary for the Claim Construction Hearing (P.R. 4-3(a)(3))**

The Claim Construction Hearing is set to begin on September 30, 2025 at 10:00 a.m. at the United States Courthouse, 7940 Preston Road, Plano, TX 75024.  The parties believe that no more than four (4) hours should be necessary for a claim construction hearing.  The parties agree that the hearing time should be divided equally between Plaintiff and Defendants.

**IV. Anticipated Witnesses at the Claim Construction Hearing**

The parties do not anticipate calling any live witnesses at the claim construction hearing.

**V. Other Issues to be Addressed at a Prehearing Conference Prior to the Claim Construction Hearing**

The parties are not aware of any other issues that might be appropriately addressed at a prehearing conference prior to the Claim Construction Hearing.

**VI. P.R. 4-3(b) Service of Expert Testimony**

In accordance with Patent Rule 4-3(b) the parties will each serve a disclosure of expert testimony consistent with Fed. R. Civ. P. 26(a)(2)(B)(i)-(ii) or 26(a)(2)(C) for any expert on which they intend to rely to support their proposed claim construction or indefiniteness positions or to

3

oppose any other party's proposed claim construction or indefiniteness positions.

DATED: July 14, 2025

Respectfully submitted,

*/s/ Joseph J. Gribbin*
Timothy Devlin
tdevlin@devlinlawfirm.com
James M. Lennon
jlennon@devlinlawfirm.com
Gina Hong (*pro hac vice*)
ghong@devlinlawfirm.com
Joseph J. Gribbin (*pro hac vice*)
jgribbin@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-9010
Fax: (302) 353-4251

*Attorneys for Plaintiff*
*Amide Beverage Company, LLC*

*/s/ Timothy S. Durst*

Timothy S. Durst (TX #00786924)
tdurst@omm.com
John Kappos (TX #24130097)
jkappos@omm.com
Patrick V. Plassio (TX #24102362)
pplassio@omm.com
Grant E. Gibson (TX #24117859)
ggibson@omm.com
**O'MELVENY & MYERS LLP**
2801 North Harwood Street
Suite 1600
Dallas, TX 75201-2692
Telephone: (972) 360-1900
Facsimile: (972) 360-1901

***Attorneys for Defendants PepsiCo, Inc., Walmart, Inc., and Sam's West, Inc.***

*/s/ Caroline L. Desmond*

Caroline L. Desmond (TX #24126700)
caroline.desmond@klarquist.com
J. Christopher Carraway (OR #961723)
chris.carraway@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300

*Attorneys for Defendants Amazon.com, Inc. and Woot.com, LLC*


*/s/ William P. Atkins*

William P. Atkins (VA #47562)
william.atkins@pillsburylaw.com
Benjamin L. Kiersz (VA #47032)
**PILLSBURY WINTHROP SHAW PITTMAN**
7900 Tysons One Place
Suite 500
Tysons, VA 22102
Telephone: (703) 770-7900
Facsimile: (703) 770-7901

Gregory P. Love (TX #24013060)
**STECKLER WAYNE & LOVE, PLLC**
107 E. Main Street
Henderson, TX 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

*Attorneys for Defendant The Kroger Co.*


*/s/ Jeanne M. Gills*

Jeanne M. Gills (IL #6225018)
jmgills@foley.com
Ariba Ahmad (IL #6343233)
aahmad@foley.com
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4500

5

Facsimile: (312) 832-4700

Justin M. Sobaje
jsobaje@foley.com
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, CA
Telephone: (213) 972-4500
Facsimile: (312) 486-0065

*Attorneys for Defendant Target Corporation*


*/s/ Jeanne M. Gills*

Jeanne M. Gills (IL #6225018)
jmgills@foley.com
R. Spencer Montei (IL #6313532)
rmontei@foley.com
Ariba Ahmad (IL #6343233)
aahmad@foley.com
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

Justin M. Sobaje
jsobaje@foley.com
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, CA
Telephone: (213) 972-4500
Facsimile: (312) 486-0065

*Attorneys for Defendants Albertson's LLC, Walgreen Co., CVS Pharmacy, Inc., and Costco Wholesale Corporation*


*/s/ Nathaniel St. Clair, II*

Nathaniel St. Clair, II (TX #24071564)
nstclair@jw.com
Blake T. Deitrich (TX #24087420)
bdeitrich@jw.com
**JACKSON WALKER LLP**

6

2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

Katharine Lee Carmona (TX #007973999)
kcarmona@jw.com
**JACKSON WALKER LLP**
100 Congress Avenue, Suite 1100
Austin, TX 78701
Telephone: (512) 236-2000
Facsimile: (512) 236-2002

*Attorneys for Defendant 7-Eleven, Inc.*


*/s/ Matthew J. Levinstein*

Matthew J. Levinstein (IL #6300343)
levinsteinm@gtlaw.com
**GREENBURG TRAURIG, LLP**
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-1039
Facsimile: (312) 456-8435

Tyler Andrews (CA #250686)
tyler.andrews@gtlaw.com
**GREENBURG TRAURIG, LLP**
18565 Jamboree road, Suite 500
Irvine, CA 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501

Joseph P. Griffith (TX #24045982)
Joseph.griffith@gtlaw.com
**GREENBURG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3666
Facsimile: (214) 665-5966

*Attorneys for Defendant Circle K Stores Inc.*

                                                                                         */s/ Elizabeth D. Flannery*
                                                                                         Elizabeth D. Flannery
                                                                                         Lead Attorney
                                                                                         Texas State Bar No. 24045815

/s/ Elizabeth D. Flannery
Elizabeth D. Flannery
Lead Attorney
Texas State Bar No. 24045815
Roger Fulghum
Texas State Bar No. 00790724
Lindsay Volpenhein Cutié
Texas State Bar No. 24093305
**BAKER BOTTS L.L.P.**
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Tel: 713-229-1234
Fax: 713-229-7704
liz.flannery@bakerbotts.com
roger.fulghum@bakerbotts.com
lindsay.cutie@bakerbotts.com

**Attorneys for Defendant H-E-B, LP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 14, 2025.

/s/ Joseph J. Gribbin
Joseph J. Gribbin