# Exhibit A

**Plaintiff Amide Beverage Company, LLC and Defendants Amazon.com, Inc., Woot.com LLC, Walmart, Inc., Sam's West, Inc., Albertson's, LLC, The Kroger Co., Target Corporation, PepsiCo, Inc., Walgreen Co., CVS Pharmacy, Inc., 7-Eleven, Inc., Circle K Stores Inc., Costco Wholesale Corporation, and H-E-B, LP's (collectively, "Parties") Proposed Constructions for the '077 Patent**

| '077 Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "Amides of Creatine having a general formula: $NH=C(NH_2)-N(CH_3)-CH_2-CO-NH-R*X$"<br><br>(Claims 1 and 3) | Plain meaning | "Amides of Creatine having a general formula: $NH=C(NH_2)-N(CH_3)-CH_2-CO-NH-R*X$, wherein * represents a center dot that separates components of an addition compound, in this case $NH=C(NH_2)-N(CH_3)-CH_2-CO-NH-R$ and X" |
| "having"<br><br>(Claims 1 and 3) | Plain meaning | "containing only what is expressly set forth in the recited general formula" |
| "X is low-molecular-weight organic or mineral acid or water"<br><br>(Claims 1 and 3) | Plain meaning | The term "X is low-molecular-weight organic or mineral acid or water" requires that X must be one molecule of "low-molecular weight organic or mineral acid or water." "X" therefore cannot be equal to zero molecules of low-molecular-weight organic or mineral acid or water. |
| "consisting of"<br><br>(Claim 3) | Plain meaning | "containing only what is expressly set forth in the claim" |
| "compound possessing neuroprotective activity" / "as a remedy possessing a neuroprotective activity"<br><br>(Claim 3) | Plain meaning | Indefinite |

2

| '077 Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "anhydrous" (Claim 4) | Plain meaning | "without water" |