# EXHIBIT B

**U.S. Patent No. 8,350,077**

| '077 Patent Term | Plaintiff's Intrinsic Evidence | Plaintiff's Extrinsic Evidence |
|---|---|---|
| "Amides of Creatine having a general formula: NH=C(NH2)—N(CH3)—CH2—CO—NH—R*X" (claims 1 and 3) | '077 Patent, Abstract, 4:5-18, 4:24-31, 5:46, 6:6-18, 10:65, 15:51-62, cls. 1, 3, 4-7.<br><br>From the prosecution history:<br><br>AMIDE_COMMON000016;<br>AMIDE_COMMON000021;<br>AMIDE_COMMON000093;<br>AMIDE_COMMON000096;<br>AMIDE_COMMON000102;<br>AMIDE_COMMON000105;<br>AMIDE_COMMON000208;<br>AMIDE_COMMON000210-212;<br>AMIDE_COMMON000282-283;<br>AMIDE_COMMON000425;<br>AMIDE_COMMON000427-439;<br>AMIDE_COMMON000521;<br>AMIDE_COMMON000523;<br>AMIDE_COMMON000529;<br>AMIDE_COMMON000568-572;<br>AMIDE_COMMON000584-585;<br>AMIDE_COMMON000702;<br>AMIDE_COMMON000758-759;<br>AMIDE_COMMON000761-766;<br>AMIDE_COMMON000772-773; | AMIDE_COMMON001231-1235, 2449-57, Paul Flowers et al., 20.4 Amines and Amides, Related Key Terms, Chemistry 2e, Openstax (2019) ("Flowers")<br><br>AMIDE_COMMON002802-2809, Hawley's Condensed Chemical Dictionary, 63 (Michael D. Larrañaga et al. eds., 16th ed. 2016) ("Hawley's")<br><br>AMIDE_COMMON002810-2814, Compendium of Chemical Terminology, 18-19 (Alan D. McNaught & Andrew Wilkinson comps., 2d ed. 1997) ("IUPAC Gold Book")<br><br>AMIDE_COMMON002825-2832, Concise Science Dictionary, 27-28 (I. Scott ed., 2d ed. 1991) ("Oxford Concise Dictionary")<br><br>AMIDE_COMMON003281-3289, Van Nostrand's Encyclopedia of Chemistry, 74 (Glenn D. Considine ed., 5th ed. 2005) ("Van Nostrand's")<br><br>AMIDE_COMMON002815-2816, IUPAC Compendium of Chemical Terminology, salt, https://goldbook.iupac.org/terms/view/S05447 (online version 5.0.0, 2025) ("IUPAC Online Gold Book")<br><br>Declaration of Dr. Jonathan H. Sessler |

| | AMIDE_COMMON000890-895; AMIDE_COMMON000909-910. | AMIDE_COMMON003393-AMIDE_COMMON003397, Eric V. Anslyn & Dennis A. Dougherty, *Modern Physical Organic Chemistry* (2008), at 208, 216-17 |
|---|---|---|
| "having" (claims 1 and 3) | '077 Patent, Abstract, 3:60-61; 4:5-10, 4:24-31, 16:36-44, cls. 1, 3, 4-7.<br><br>From the prosecution history:<br><br>AMIDE_COMMON000015;<br>AMIDE_COMMON000021;<br>AMIDE_COMMON000093;<br>AMIDE_COMMON000096;<br>AMIDE_COMMON000105;<br>AMIDE_COMMON000195;<br>AMIDE_COMMON000208;<br>AMIDE_COMMON000210-212;<br>AMIDE_COMMON000227-228;<br>AMIDE_COMMON000282-283;<br>AMIDE_COMMON000285-296;<br>AMIDE_COMMON000305-312;<br>AMIDE_COMMON000342-343;<br>AMIDE_COMMON000345-346;<br>AMIDE_COMMON000355;<br>AMIDE_COMMON000361;<br>AMIDE_COMMON000425-439;<br>AMIDE_COMMON000468;<br>AMIDE_COMMON000484;<br>AMIDE_COMMON000521;<br>AMIDE_COMMON000523;<br>AMIDE_COMMON000529; | AMIDE_COMMON003335-3349, Merriam-Webster.com Dictionary, have, https://www.merriam-webster.com/dictionary/have (last accessed June 11, 2025).<br><br>Declaration of Dr. Jonathan H. Sessler |

| | | |
|---|---|---|
| | AMIDE_COMMON000534-536; AMIDE_COMMON000566-567; AMIDE_COMMON000586; AMIDE_COMMON000589; AMIDE_COMMON000623-624; AMIDE_COMMON000627; AMIDE_COMMON000702; AMIDE_COMMON000759-766. | |
| "X is low-molecular-weight organic or mineral acid or water" (claims 1 and 3) | '077 Patent, Abstract, 4:5-18, 4:24-31, 5:30-47, 6:8-18, 6:46-11:17, cls. 1, 3, 4-7.<br><br>From the prosecution history:<br><br>AMIDE_COMMON000015; AMIDE_COMMON000021; AMIDE_COMMON000208; AMIDE_COMMON000282-283; AMIDE_COMMON000343; AMIDE_COMMON000426-439; AMIDE_COMMON000523; AMIDE_COMMON000529; AMIDE_COMMON000759-766. | Flowers<br><br>IUPAC Online Gold Book (salt)<br><br>AMIDE_COMMON002956-3280, U.S. Environmental Protection Agency Archive, "Mineral Acids," available at https://archive.epa.gov/pesticides/reregistration/web/pdf/mineral_acids.pdf<br><br>Vollhardt at 78-80, 825-829, 1052<br><br>AMIDE_COMMON002932-2955, ThermoLife International, LLC, et. al. v. Vital Pharmaceuticals, Inc. d/b/a VPX, Case No. 0:16-cv-60693-UU, D.I. 74<br><br>Declaration of Dr. Jonathan H. Sessler |
| "consisting of" (claim 3) | '077 Patent, Abstract, 3:60-61; 4:5-10, 4:24-31, 16:36-44, cls. 1, 3, 4-7.<br><br>From the prosecution history: | AMIDE_COMMON003326-3334, Merriam-Webster.com Dictionary, consist, https://www.merriam-webster.com/dictionary/consist (last accessed June 11, 2025).<br><br>Declaration of Dr. Jonathan H. Sessler |

| | | |
|---|---|---|
| | AMIDE_COMMON000105; AMIDE_COMMON000208; AMIDE_COMMON000283; AMIDE_COMMON000355; AMIDE_COMMON000361; AMIDE_COMMON000425-436; AMIDE_COMMON000470; AMIDE_COMMON000473; AMIDE_COMMON000485; AMIDE_COMMON000529; AMIDE_COMMON000613-615; AMIDE_COMMON000619-620; AMIDE_COMMON000624; AMIDE_COMMON000627; AMIDE_COMMON000702; AMIDE_COMMON000759-766. | |
| "compound possessing neuroprotective activity" / "as a remedy possessing a neuroprotective activity" (claim 3) | '077 Patent, Abstract, 3:30-38, 3:49-61, 4:60-68, 12:41-16:34, cl. 3.<br><br>From the prosecution history:<br><br>AMIDE_COMMON00015; AMIDE_COMMON000093; AMIDE_COMMON000095-097; AMIDE_COMMON000103; AMIDE_COMMON000113; AMIDE_COMMON000195; AMIDE_COMMON000105; AMIDE_COMMON000208; AMIDE_COMMON000282-283; AMIDE_COMMON000286; | AMIDE_COMMON003350-3375, Merriam-Webster.com Dictionary, neuroprotective, Merriam-Webster, https://www.merriam-webster.com/dictionary/neuroprotective (last accessed June 11, 2025)<br><br>Declaration of Dr. Jonathan H. Sessler |

|  | AMIDE_COMMON000345-346; AMIDE_COMMON000353; AMIDE_COMMON000355; AMIDE_COMMON000361-362; AMIDE_COMMON000425-439; AMIDE_COMMON000490; AMIDE_COMMON000521; AMIDE_COMMON000523; AMIDE_COMMON000569; AMIDE_COMMON000585-586; AMIDE_COMMON000589; AMIDE_COMMON000591; AMIDE_COMMON000604; AMIDE_COMMON000609-610; AMIDE_COMMON000759-760; AMIDE_COMMON000771; AMIDE_COMMON000892-893; AMIDE_COMMON000903-908.<br><br>*Intravenous Magnesium Efficacy in Stroke Trial): Randomised Controlled Trial*, from The Lancet Vol. 363 at 439 and 443 (AMIDE_COMMON003386- AMIDE_COMMON003392) |  |
| --- | --- | --- |
| "anhydrous" (claim 4) | '077 Patent, 5:1-27, 16:51-62, cls. 1, 3, 4-7.<br><br>From the prosecution history:<br><br>AMIDE_COMMON000016; AMIDE_COMMON000021; | Oxford Dictionary at 37 (anhydrous)<br><br>Van Nostrand's at 101 (anhydrous)<br><br>Declaration of Dr. Jonathan H. Sessler |

|  | AMIDE_COMMON000208; AMIDE_COMMON000214-220; AMIDE_COMMON000228-230; AMIDE_COMMON000438; AMIDE_COMMON000484; AMIDE_COMMON000543; AMIDE_COMMON000551; AMIDE_COMMON000558. |  |
|---|---|---|