# Exhibit C

**Amazon.com, Inc., Woot.com LLC, Walmart, Inc., Sam's West, Inc., Albertson's, LLC, The Kroger Co., Target Corporation, PepsiCo, Inc., Walgreen Co., CVS Pharmacy, Inc., 7-Eleven, Inc., Circle K Stores Inc., Costco Wholesale Corporation, and H-E-B, LP's (collectively, "Defendants") Proposed Constructions and Identification of Evidence for the '077 Patent**

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| "Amides of Creatine having a general formula: NH=C(NH$_2$)—N(CH$_3$)—CH$_2$—CO—NH—R*X" <br><br> ('077 Patent, Claims 1, 3) | "Amides of Creatine having a general formula: NH=C(NH$_2$)—N(CH$_3$)—CH$_2$—CO—NH—R*X, wherein * represents a center dot that separates components of an addition compound, in this case NH=C(NH$_2$)—N(CH$_3$)—CH$_2$—CO—NH—R and X" | '077 Patent at 5:30-47, 5:49-6:6, 6:8-18, 6:20-44, 6:46-7:43, 7:45-8:26, 8:28-10:16, 10:18-11:17; <br><br> '077 Patent at Claims 1, 3-7; <br><br> '077 File History at: <br> • Reexamination No. 90/013,902 Non-final Rejection dated 07/26/2017 <br> • Reexamination No. 90/013,902 Response to Office Action dated 09/26/2017 <br> • Reexamination No. 90/013,902 Declaration of Richard Chamberlain Under 37 C.F.R. § 1.132 dated 09/22/2017 <br> • Reexamination No. 90/013,902 Applicant Initiated | WIPO Application Publication No. WO 2010/074591 A1 at Abstract (57) (PEPSI-0005932–64) (HEB0003798–830): *See, e.g.*, "(57) Abstract: The invention relates to pharmaceutical chemistry, in particular to new biologically active substances (BAS) and to the properties thereof, namely, to creatine derivatives of general formula : NH=C(NH$_2$)-N(CH$_3$)-CH$_2$-CO-NH-R·X, wherein R is an ammo-acid residue or a substituted amino-acid residue; X is a low-molecular organic or mineral acid or water. The new substances are produced by interacting guanidyl agents with sarcosine amides in polar organic solvents at a temperature equal to or less than 50°C. The new substances exhibit a neuroprotective and can be used in the form of an agent promising for preventing and treating brain ischemia. <br><br> (57) Реферат: Изобретение относится к обЛасти фармацевтической химии, а именно к новІм биологически активнІм вешествам (БАВ) и их свойствам, а именно к производнІм креатина обшей формулІ: NH=C(NH$_2$)-N(CH$_3$)-CH$_2$-CO-NH-R*X, где R- аминокислотнІй остаток, или замешеннІй аминокислотнІй остаток; X — инзкомолекулярная органиЧеская или минеральная кислота или вода. НовІе вешества получаЈот взаимодействием гуанидиЈтируюших агентов с амидами саркозина в полярнІх органических растворнтелях при температуре не более 50°C. НовІе соединения проявляЈот нейропротекторное, действие и могуг |

2

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | Interview Request Form dated 11/10/2017<br>• Reexamination No. 90/013,902 Notice of Intent to Issue *Ex Parte* Reexamination Certificate dated 10/05/2017 | применяться в качестве средства, перспективного для профилактики и лечения ишемии мозга."<br><br>*Werteks Closed Joint Stock Co. et al. v. Vitamin Shoppe, Inc. et al.*, No. 0:16-cv-60693-UU, Dkt. 47-2; ¶ 18 (S.D. Fla. Nov. 14, 2016) (PEPSI_0006013–17) (HEB0003708–12): *See, e.g.*, "The asterisk ("*") in the chemical formula in claims 1 and 3 is the equivalent of a center dot ("·"). An asterisk is sometimes used in lieu of a center dot in chemical formulas in patents."<br><br>*Werteks Closed Joint Stock Co. et al. v. Vitamin Shoppe, Inc. et al.*, No. 0:16-cv-60693-UU, Dkt. 46-2, ¶ 6 (S.D. Fla. Nov. 14, 2016) (PEPSI_0006009–12) (HEB0003704–07): *See, e.g.*, "It is generally known that an asterisk such as in claim 1 is the equivalent of a center dot in a chemical equation, and that when a chemical structure is followed by a center dot, this usually indicates an additional element or molecule that is bonded to the structure."<br><br>*Werteks Closed Joint Stock Co. et al v. Vitamin Shoppe, Inc. et al.*, No. 0:16-cv-60693-UU, Dkt. 46, 4 (S.D. Fla. Nov. 14, 2016) (PEPSI_0006003–08) (HEB0003698–703): *See, e.g.*, "A person skilled in the art of chemistry understands that an asterisk such as the one used in claim 1 is the equivalent of a center dot in a chemical equation, and that when a chemical structure is followed by a center dot, this usually indicates an additional element or molecule that is bonded to the structure." |

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | *ThermoLife Int'l LLC v. Vital Pharmaceuticals, Inc.*, No. 0:14-cv-61864-WJZ, Dkt. 72-1, 7-8 (S.D. Fla. Sept. 21, 2015) (PEPSI_0006042–51) (HEB0003668–77): *See, e.g.*, "As fully explained in the Declaration of Gregg B. Fields, Ph.D., both Plaintiffs and Defendant fully agree on the following with respect to the X:<br><br>1) The asterisk in front of the X is the equivalent of a center dot in the equation.<br><br>2) When a chemical structure is followed by a center dot ("·"), this indicates an additional element or molecule that is bonded to the structure."<br><br>*ThermoLife Int'l LLC v. Vital Pharmaceuticals, Inc.*, No. 0:14-cv-61864-WJZ, Dkt. 75, ¶ 24 (S.D. Fla. Sept. 21, 2015) (PEPSI_0006052–55) (HEB0003678–81): *See, e.g.*, "Bugay and I both agree that when a chemical structure is followed by a center dot ("·"), this indicates an additional element or molecule that is bonded to the structure."<br><br>*ThermoLife Int'l LLC v. Vital Pharmaceuticals, Inc.*, No. 0:14-cv-61864-WJZ, Dkt. 76 (S.D. Fla. Sept. 21, 2015) ("*Thermolife*, No. 0:14-cv-61864, Dkt. 76") (PEPSI_0006056–62) (HEB0003682–88):<br><br>*See, e.g.*, *Thermolife*, No. 0:14-cv-61864, Dkt. 76, *supra*, ¶ 44 (PEPSI_0006060–61) (HEB0003686–87): |

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | "Thermolife has licensed the '077 Patent that refers to amides of creatine. Within the abstract of the patent, the following is stated: <br><br>'The invention relates to pharmaceutical chemistry notably to new biologically active substances (BAS) and their properties. In particular, the invention relates to Creatine derivatives having a general formula: $NH=C(NH_2)—N(CH_3)—CH_2—CO—NH—R*X$, wherein R—amino acid residue of aliphatic, aromatic or heteroaromatic L-amino acid or its derivative representing a salts of amino acid, amino acid esters, amino acid amides or peptides; X—lower organic or mineral acid or water. New substances are prepared by interaction of aforesaid amides of sarcosine having a general formula of $HN(CH_3)—CH_2—CO—NH—R*X$, wherein: R is amino acid residue or substituted amino acid residue; X is low-molecular-weight organic acid or mineral acid or water, with a guanidinylating agents with the in organic solvents at temperature not exceeding 50° C. New chemical compounds can be used as a remedy possessing a neuroprotective activity.'<br><br>[A]n addition compound is clearly referred to by the inclusion of an asterisk (equivalent to a center dot in the molecular formula: $NH=C(NH_2)—N(CH_3)—CH_2—CO—NH—R\underline{*}X$ (*emphasis added*)."<br><br>*See, e.g., Thermolife*, No. 0:14-cv-61864, Dkt. 76, *supra*, ¶ 40 (PEPSI_0006059) (HEB0003685): "When a |

5

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | chemical structure is followed by a center dot ("·") this indicates an addition compound." *See, e.g., Thermolife*, No. 0:14-cv-61864, Dkt. 76, *supra*, ¶ 41 (PEPSI_0006059–60) (HEB0003685–86): "The degree of hydration is indicated in the molecular formula by: <br><br> · n $H_2O$ <br><br> Or <br><br> · x H2O <br><br> where the dot indicates an addition compound . . . ." <br><br> Connelly, *et al.*, *Nomenclature of Inorganic Chemistry IUPAC Recommendations 2005*, International Union of Pure and Applied Chemistry (2005) (PEPSI_0005918–31) (HEB0003776–89): <br><br> *See, e.g.*, Connelly, *supra*, at 27 (PEPSI_0005924) (HEB0003782): "IR-2.4 The solidus ( / ) is used in names of formal addition compounds to separate the arabic numerals which indicate the proportions of individual constituents in the compound. <br><br> *Examples:* <br><br> 1. $BF_3 \cdot 2H_2O$ boron trifluoride—water (1/2) |

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | 2. $BiCl_3 \cdot 3PCl_5$ bismuth trichloride—phosphorus pentachloride (1/3) <br><br> IR-2.5 DOTS, COLONS, COMMAS AND SEMICOLONS <br><br> IR-2.5.1 Dots <br><br> Dots are used in *formulae* in various positions. <br><br> *See, e.g.*, Connelly, *supra*, at 28 (PEPSI_0005925) (HEB0003783): <br><br> (c) Centre dots in *formulae* of (formal) addition compounds, including hydrates, adducts, clathrates, double salts and double oxides, separate the individual constituents. The dot is written in the centre of the line to distinguish it from a full stop (period). <br><br> *Examples:* <br><br> 4. $BF_3 \cdot NH_3$ <br> 5. $ZrCl_2O \cdot 8H_2O$ <br> 6. $CuCl_2 \cdot 3Cu(OH)_2$ <br> 7. $Ta_2O_5 \cdot 4WO_3$ <br><br> *See, e.g.*, Connelly, *supra*, at 23 (PEPSI_0005922) (HEB0003780): "(e) To enclose stoichiometric ratios for formal addition compounds. |

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | *Example:*<br><br>8. $8H_2S·46H_2O$ hydrogen sulfide —water (8/46)"<br><br>*See, e.g.*, Connelly, *supra*, at 26 (PEPSI_0005923) (HEB0003781): "(b) To separate the individual constituents in names of (formal) addition compounds.<br><br>*Examples:*<br><br>2. $3CdSO_4·8H_2O$ cadmium sulfate— water (3/8)<br>3. $2CHCl_3·4H_2S·9H_2O$ chloroform—hydrogen sulfide— water (2/4/9)"<br><br>*See, e.g.*, Connelly, *supra*, at 31 (PEPSI_0005926) (HEB0003784): "(c) To indicate the composition of (formal) addition compounds or non-stoichiometric compounds. The numeral is written on the line before the formula of each constituent except that unity is omitted.<br><br>*Examples:*<br><br>7. $Na_2CO_3·10H_2O$<br>8. $8WO_3·9Nb_2O_5$"<br><br>*See, e.g.*, Connelly, *supra*, at 33 (PEPSI_0005927) (HEB0003785): "(h) In the stoichiometric descriptor terminating the name of a (formal) addition compound |

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | (see Section IR-5.5).<br><br>*Example:*<br><br>18. $8H_2S \cdot 46H_2O$ hydrogen sulfide— water (8/46)"<br><br>*See, e.g.*, Connelly, *supra*, at 56 (PEPSI_0005928) (HEB0003786): "Formulae of (formal) addition compounds<br><br>In the formulae of addition compounds and compounds which can formally be regarded as such, including clathrates and multiple salts, a special format is used. The proportions of constituents are indicated by arabic numerals preceding the formulae of the constituents, and the formulae of the constituents are separated by a centre dot. The rules for ordering the constituent formulae are described in Section IR-4.4.3.5.<br><br>*Examples:*<br><br>1. $Na_2CO_3 \cdot 10H_2O$<br>2. $8H_2S \cdot 46H_2O$<br>3. $BMe_3 \cdot NH_3$"<br><br>*See, e.g.*, Connelly, *supra*, at 62 (PEPSI_0005929) (HEB0003787): "*(Formal) addition compounds*<br><br>In the formulae of addition compounds or compounds which can formally be regarded as such, including |

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | clathrates and multiple salts, the formulae of the component molecules or entities are cited in order of increasing number; if they occur in equal numbers, they are cited in alphabetical order in the sense of Section IR-4.4.2.2. In addition compounds containing water, the water remains conventionally cited last. However, component boron compounds are no longer treated as exceptions.<br><br>*Examples:*<br><br>1. $3CdSO_4 \cdot 8H_2O$<br>2. $Na_2CO_3 \cdot 10H_2O$<br>3. $Al_2(SO_4)_3 \cdot K_2SO_4 \cdot 24H_2O$<br>4. $AlCl_3 \cdot 4EtOH$<br>5. $8H_2S \cdot 46H_2O$<br>6. $C_6H_6 \cdot NH_3 \cdot Ni(CN)_2$<br>7. $BF_3 \cdot 2H_2O$<br>8. $BF_3 \cdot 2MeOH$<br><br>*See, e.g.*, Connelly, *supra*, at 80-81 (PEPSI_0005930–31) (HEB0003788–89): "The term *addition compounds* covers donor-acceptor complexes (adducts) and a variety of lattice compounds. The method described here, however, is relevant not just to such compounds, but also to multiple salts and to certain compounds of uncertain structure or compounds for which the full structure need not be communicated.<br><br>The names of the individual components of such a |

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | generalized addition compound are each constructed by using an appropriate nomenclature system, whether compositional, substitutive or additive. The overall name of the compound is then formed by connecting the names of the components by 'em' dashes; the proportions of the components are indicated after the name by a stoichiometric descriptor consisting of arabic numerals separated by a solidus or solidi. The descriptor, in parentheses, is separated from the compound name by a space. The order of names of the individual components is, firstly, according to the increasing number of the components and, secondly, alphabetical. As the only exception, the component name 'water' is always cited last. (Note that this represents a change from the rule in Ref. 2 according to which the component names must follow the order given by the formula.) The numerals in the descriptor appear in the same order as the corresponding component names.<br><br>For addition compounds containing water as a component, the class name 'hydrates' is acceptable because of well established use, even though the ending 'ate' might seem to indicate an anionic component. For hydrates with a simple stoichiometry, names of the classical 'hydrate' type are acceptable, but rules have not been formulated for non-integer stoichiometries such as that in Example 12 below. Also, because of their ambiguity, the terms 'deuterate' and 'tritiate' are not acceptable for addition compounds of $^{2}H_2O$ and $^{3}H_2O$ |

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | or other isotope-modified water species. Example 3 shows a formula and a name for a compound of the present type with isotope modification. In this case the modified component formula and name are presented according to the rules of Section II-2.3.3 of Ref. 3.<br><br>*Examples:*<br><br>1. $BF_3 \cdot 2H_2O$ boron trifluoride—water (1/2)<br>2. $8Kr \cdot 46H_2O$ krypton—water (8/46)<br>3. $8Kr \cdot 46^3H_2O$ krypton—($^3H_2$)water (8/46)<br>4. $CaCl_2 \cdot 8NH_3$ calcium chloride—ammonia (1/8)<br>5. $AlCl_3 \cdot 4EtOH$ aluminium chloride—ethanol (1/4)<br>6. $BiCl_3 \cdot 3PCl_5$ bismuth(III) chloride—phosphorus(V) chloride (1/3)<br>7. $2Na_2CO_3 \cdot 3H_2O_2$ sodium carbonate—hydrogen peroxide (2/3)<br>8. $Co_2O_3 \cdot nH_2O$ cobalt(III) oxide—water (1/$n$)<br>9. $Na2SO_4 \cdot 10H_2O$ sodium sulfate—water (1/10), or sodium sulfate decahydrate<br>10. $Al_2(SO_4)_3 \cdot K_2SO_4 \cdot 24H_2O$ aluminium sulfate—potassium sulfate—water (1/1/24)<br>11. $AlK(SO_4)_2 \cdot 12H_2O$ aluminium potassium bis(sulfate) dodecahydrate<br>12. $3CdSO_4 \cdot 8H_2O$ cadmium sulfate—water (3/8)"<br><br>*ThermoLife International LLC v. Vital Pharmaceuticals, Inc.*, No. 0:14-cv-61864-WJZ, Dkt. 80, 5 (S.D. Fla. Oct. 8, 2015) (PEPSI_0006063–67) (HEB0003689–93): *See, e.g.,* "Under IUPAC nomenclature, a chemical structure |

12

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | followed by a center dot – as in the '077 Patent – has the potential to indicate the presence of an addition compound such as 'water.'" <br><br>*ThermoLife International LLC v. Vital Pharmaceuticals, Inc.*, No. 0:14-cv-61864-WJZ, Dkt. 83, ¶ 6 (S.D. Fla. Oct. 8, 2015) (PEPSI_0005999–6002) (HEB0003694–97): *See, e.g.*, "To summarize, the International Union of Pure and Applied Chemistry (IUPAC) sets the standard for hydrate nomenclature, and under that IUPAC nomenclature, a chemical structure followed by a center dot – as in the '077 Patent – has the potential to indicate the presence of an addition compound such as 'water.' Dr. Fields seems to agree with this contention." <br><br>Testimony of Dr. Rudolph will explain the technology, the state of the art at the time the patent application was filed, the meaning of claim terms or phrases as they would be understood by those of ordinary skill in the art at the time of the alleged invention in the context of the patent specification and other intrinsic/extrinsic evidence, how those of ordinary skill in the art at the time of the alleged invention would have understood statements made by the patentee during prosecution of the applications, and the level of ordinary skill in the relevant art. Dr. Rudolph may also offer a declaration, if necessary, to respond to Plaintiff's contentions, any expert testimony on behalf of Plaintiff, or for the Court's benefit. |

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | Defendants further reserve the right to rely on any extrinsic evidence produced by Plaintiff. |
| "having" ('077 Patent, Claims 1, 3) | "containing only what is expressly set forth in the recited general formula" | '077 Patent at Abstract, 4:5-18;<br><br>'077 Patent at Claims 1, 3, 5-6;<br><br>'077 File History at:<br>• Reexamination No. 90/013,902 Non-final Rejection dated 07/26/2017<br>• Reexamination No. 90/013,902 Response to Office Action dated 09/26/2017 | Testimony of Dr. Rudolph will explain the technology, the state of the art at the time the patent application was filed, the meaning of claim terms or phrases as they would be understood by those of ordinary skill in the art at the time of the alleged invention in the context of the patent specification and other intrinsic/extrinsic evidence, how those of ordinary skill in the art at the time of the alleged invention would have understood statements made by the patentee during prosecution of the applications, and the level of ordinary skill in the relevant art. Dr. Rudolph may also offer a declaration, if necessary, to respond to Plaintiff's contentions, any expert testimony on behalf of Plaintiff, or for the Court's benefit.<br><br>Defendants reserve the right to rely on any extrinsic evidence produced by Plaintiff. |
| "X is low-molecular-weight organic or mineral acid or water" ('077 Patent, Claims 1, 3) | The term "X is low-molecular-weight organic or mineral acid or water" requires that X must be one molecule of "low-molecular weight organic or mineral acid or water." "X" therefore cannot be equal to | '077 Patent at Abstract, 4:5-18, 5:30-47, 5:49-6:6, 6:8-18, 6:20-44, 6:46-7:43, 7:45-8:26, 8:28-10:16, 10:18-11:17, 11:20-12:39, 12:42-16:32;<br><br>'077 Patent at Claims 1, 3, 6, 7;<br><br>'077 File History at: | *Werteks Closed Joint Stock Co. et al. v. Vitamin Shoppe, Inc. et al.*, No. 0:16-cv-60693-UU, Dkt. 74, 23-24 (S.D. Fla. Jan. 13, 2017) (PEPSI_0006018–41) (HEB0003713–36): *See, e.g.*, "The term 'X is low-molecular weight organic or mineral acid or water' in Claims 1 and 3, which is also incorporated into Claim 2, shall be construed as follows: The term 'X is low-molecular-weight organic or mineral acid or water' requires that X **must be** one molecule of 'low-molecular weight organic or mineral acid or water.' 'X' therefore cannot be equal to zero molecules of low-molecular- |

14

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | zero molecules of low-molecular-weight organic or mineral acid or water. | <ul><li>Reexamination No. 90/013,902 Non-final Rejection dated 07/26/2017</li><li>Reexamination No. 90/013,902 Response to Office Action dated 09/26/2017</li><li>Reexamination No. 90/013,902 Declaration of Richard Chamberlain Under 37 C.F.R. § 1.132 dated 09/22/2017</li><li>Reexamination No. 90/013,902 Notice of Intent to Issue *Ex Parte* Reexamination Certificate dated 10/05/2017</li></ul> | weight organic or mineral acid or water." <br><br> Brady, Russell, Holum, *Chemistry Matter and Its Changes 3E*, Wiley, 52-53 (2000) (PEPSI_0005991–98) (HEB0003744–51): *See, e.g.*, "When no number is written, the coefficient is assumed to be 1 (so the coefficient of $O_2$ equals 1)." <br><br> Connelly, *et al.*, *Nomenclature of Inorganic Chemistry IUPAC Recommendations 2005*, International Union of Pure and Applied Chemistry (2005) (PEPSI_0005918–31) (HEB0003744–51): <br><br> *See, e.g.*, Connelly, *supra*, at 31 (PEPSI_0005926) (HEB0003784): "(c) To indicate the composition of (formal) addition compounds or non-stoichiometric compounds. The numeral is written on the line before the formula of each constituent except that unity is omitted. <br><br> *Examples:* <br><br> 7. $Na_2CO_3 \cdot 10H_2O$ <br> 8. $8WO_3 \cdot 9Nb_2O_5$ <br><br> *See, e.g.*, Connelly, *supra*, at 56 (PEPSI_0005928) (HEB0003786): "Formulae of (formal) addition compounds <br><br> In the formulae of addition compounds and compounds |

15

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | which can formally be regarded as such, including clathrates and multiple salts, a special format is used. The proportions of constituents are indicated by arabic numerals preceding the formulae of the constituents, and the formulae of the constituents are separated by a centre dot. The rules for ordering the constituent formulae are described in Section IR-4.4.3.5.<br><br>*Examples:*<br><br>1. $Na_2CO_3 \cdot 10H_2O$<br>2. $8H_2S \cdot 46H_2O$<br>3. $BMe_3 \cdot NH_3$"<br><br>*See, e.g.*, Connelly, *supra*, at 27 (PEPSI_0005924) (HEB0003782): "The solidus ( / ) is used in names of formal addition compounds to separate the arabic numerals which indicate the proportions of individual constituents in the compound.<br><br>*Examples:*<br><br>1. $BF_3 \cdot 2H_2O$ boron trifluoride—water (1/2)<br>2. $BiCl_3 \cdot 3PCl_5$ bismuth trichloride—phosphorus pentachloride (1/3)"<br><br>*See, e.g.*, Connelly, *supra*, at 23 (PEPSI_0005922) (HEB0003780): "(e) To enclose stoichiometric ratios for formal addition compounds. |

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|------|-----------------------------------|-------------------------------------------------|--------------------------------------------------|
|  |  |  | *Example:*<br><br>8. $8H_2S \cdot 46H_2O$ hydrogen sulfide —water (8/46)"<br><br>*See, e.g.*, Connelly, *supra*, at 33 ( PEPSI_0005927) (HEB0003785): "(h) In the stoichiometric descriptor terminating the name of a (formal) addition compound (see Section IR-5.5).<br><br>*Example:*<br><br>18. $8H_2S \cdot 46H_2O$ hydrogen sulfide— water (8/46)"<br><br>*Webster's II New College Dictionary*, Houghton Mifflin Company (1999) (PEPSI_0006068–71) (HEB0003790–93):<br><br>*See, e.g.*, Webster's, *supra*, at 587 (PEPSI_0006071) (HEB0003793): Defining "is" as "3rd person sing. present tense of BE."<br><br>*See, e.g.*, Webster's, *supra*, at 96 (PEPSI_0006070) (HEB0003793): Defining "be" as "To exist in actuality."<br><br>Testimony of Dr. Rudolph will explain the technology, the state of the art at the time the patent application was filed, the meaning of claim terms or phrases as they would be understood by those of ordinary skill in the art at the time of the alleged invention in the context of the patent specification and other intrinsic/extrinsic |

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | evidence, how those of ordinary skill in the art at the time of the alleged invention would have understood statements made by the patentee during prosecution of the applications, and the level of ordinary skill in the relevant art. Dr. Rudolph may also offer a declaration, if necessary, to respond to Plaintiff's contentions, any expert testimony on behalf of Plaintiff, or for the Court's benefit.<br><br>Defendants further reserve the right to rely on any extrinsic evidence produced by Plaintiff. |
| "consisting of"<br><br>('077 Patent, Claim 3) | "containing only what is expressly set forth in the claim" | '077 Patent at Abstract, 4:5-18;<br><br>'077 Patent at Claim 3;<br><br>'077 File History at:<br>• Reexamination No. 90/013,902 Non-final Rejection dated 07/26/2017<br>• Reexamination No. 90/013,902 Response to Office Action dated 09/26/2017 | Defendants reserve the right to rely on any extrinsic evidence produced by Plaintiff. |
| "compound possessing neuroprotective | Indefinite | '077 Patent at Abstract, 3:8-44, 4:60-67, 12:40-16:33; | Testimony of Dr. Rudolph will explain the technology, the state of the art at the time the patent application was filed, that a person of skill in the art would not have |

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| activity" / "as a remedy possessing a neuroprotective activity" ('077 Patent, Claim 3) | | '077 Patent at Claim 3; '077 File History at: <ul><li>Non-final Rejection dated 05/17/2012</li><li>Response to Office Action dated 09/05/2012</li><li>Notice of Allowance dated 09/27/2012</li></ul> | been able to reasonably ascertain the scope of claim terms or phrases at the time of the alleged invention in the context of the patent specification, the prosecution history, and other intrinsic/extrinsic evidence, and the level of ordinary skill in the relevant art. Dr. Rudolph may also offer a declaration, if necessary, to respond to Plaintiff's contentions, any expert testimony on behalf of Plaintiff, or for the Court's benefit.<br><br>Defendants further reserve the right to rely on any extrinsic evidence produced by Plaintiff. |
| "anhydrous" ('077 Patent, Claim 3) | "without water" | '077 Patent at 5:30-47, 6:8-18, 6:20-44, 6:46-7:43; 7:45-8:26, 8:28-10:16, 10:18-11:17, 13:44-14:12;<br><br>'077 Patent at Claims 1, 4, 6; | Whitten, *et al.*, *Chemistry 8th Edition*, Brooks Cole, 77 (2007) (PEPSI_0005979–82) (HEB0003794–97): *See, e.g.*, defining "Anhydrous" as "Without water."<br><br>Brady, Russell, Holum, *Chemistry Matter and Its Changes 3E*, Wiley, 51 (2000) (PEPSI_0005991–98) (HEB0003744–51): *See, e.g.*, "When all the water is removed, the solid is said to be anhydrous, meaning without water."<br><br>*McGraw-Hill Dictionary of Chemistry*, Parker, Sybil P., 25 (1997) (PEPSI_0005915–17) (HEB0003766–68): *See, e.g.*, defining "Anhydrous" as "Being without water, especially water of hydration."<br><br>Florence and Atwood, *Physicochemical Principles of Pharmacy Fourth Edition*, Pharmaceutical Press, 19 |

| Term | Defendants' Proposed Construction | Defendants' Identification of Intrinsic Evidence | Defendants' Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | (2006) (PEPSI_0005909–14) (HEB0003752–57): *See, e.g.*, "Crystals that contain solvent of crystallisation are called crystal solvates, or crystal hydrates when water is the solvent of crystallisation. Crystals that contain no water of crystallisation are termed anhydrates."<br><br>Testimony of Dr. Rudolph will explain the technology, the state of the art at the time the patent application was filed, the meaning of claim terms or phrases as they would be understood by those of ordinary skill in the art at the time of the alleged invention in the context of the patent specification and other intrinsic/extrinsic evidence, how those of ordinary skill in the art at the time of the alleged invention would have understood statements made by the patentee during prosecution of the applications, and the level of ordinary skill in the relevant art.  Dr. Rudolph may also offer a declaration, if necessary, to respond to Plaintiff's contentions, any expert testimony on behalf of Plaintiff, or for the Court's benefit.<br><br>Defendants further reserve the right to rely on any extrinsic evidence produced by Plaintiff. |