IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMIDE BEVERAGE COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., WOOT.COM LLC, WALMART, INC., SAM'S WEST, INC., ALBERTSON'S, LLC, THE KROGER COMPANY, TARGET CORPORATION, GNC HOLDINGS, LLC, PEPSICO, INC., WALGREEN CO., CVS PHARMACY, INC., 7-ELEVEN, INC., CIRCLE K STORES INC., COSTCO WHOLESALE CORPORATION, AND H-E-B, LP,<br><br>Defendants. | Civil Action No. 4:24-cv-01022-SDJ<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF GRANT E. GIBSON IN SUPPORT OF DEFENDANTS PEPSICO, INC., AMAZON.COM, INC., WOOT.COM LLC, WALMART, INC., SAM'S WEST, INC., ALBERTSON'S, LLC, THE KROGER CO., TARGET CORPORATION, WALGREEN CO., CVS PHARMACY, INC., 7-ELEVEN, INC., CIRCLE K STORES INC., AND COSTCO WHOLESALE CORPORATION'S <u>REPLY IN SUPPORT OF MOTION TO STAY RETAILER CLAIMS</u>**

I, Grant E. Gibson, declare and state that:

1.  I am an attorney at O'Melveny & Myers LLP and counsel for Defendants PepsiCo, Inc., Walmart, Inc., and Sam's West, Inc. in the above captioned matter.

2.  I submit this declaration in support of the Defendants PepsiCo, Inc., Amazon.com, Inc., Woot.com LLC, Walmart, Inc., Sam's West, Inc., Albertson's, LLC, The Kroger Co., Target Corporation, Walgreen Co., CVS Pharmacy, Inc., 7-Eleven, Inc., Circle K Stores Inc., and Costco Wholesale Corporation's Reply in Support of Motion to Stay Retailer Claims. I know the

following facts to be true or, if so identified, am informed and believe them to be true; and, if called upon to do so, I could and would testify to them under oath.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the hearing transcript for the October 24, 2023 hearing before U.S. Bankruptcy Court Judge Peter D. Russin in *In re: Vital Pharmaceutical, Inc., et al.* in the United States Bankruptcy Court for Southern District of Florida (Case No. 22-17842-PDR, Dkt. 2255).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Dallas, Texas on July 30, 2025.

*/s/ Grant E. Gibson*
Grant E. Gibson
