UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMIDE BEVERAGE COMPANY, LLC | § § § | |
| v. | § | CIVIL NO. 4:24-CV-1022-SDJ |
| AMAZON.COM, INC., ET AL. | § § § | |

## <u>ORDER</u>

Before the Court are three pending motions: (1) Defendant H-E-B, LP's ("H-E-B") Motion to Sever and Transfer Venue and Brief in Support, (Dkt. #146); (2) Defendants' Motion to Stay Retailer Claims, (Dkt. #219); and (3) the parties' Joint Motion to Set Claim Construction Hearing and Briefing Schedule, (Dkt. #232). H-E-B's motion asks the Court to sever Amide Beverage Company, LLC's claim against it and to transfer their case to the San Antonio Division of the Western District of Texas. Defendants' motion seeks to stay the case as to the retailer Defendants, which constitute twelve of the thirteen Defendants in this suit. The parties' joint motion seeks to set the claim-construction briefing schedule and hearing.

Of course, the Court's disposition on H-E-B's Motion to Sever and on Defendants' Motion to Stay could affect the parties' claim-construction schedule. The Court therefore needs to rule on those motions before it can set an appropriate schedule for claim construction.

It is therefore **ORDERED** that the parties' Joint Motion to Set Claim Construction Hearing and Briefing Schedule, (Dkt. #232), is **DENIED**. Once the

1

Court has ruled on H-E-B's Motion to Sever and on Defendants' Motion to Stay, it will enter an appropriate scheduling order, as needed, setting the parties' claim-construction hearing and briefing schedule.

**So ORDERED and SIGNED this 22nd day of August, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE