IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMIDE BEVERAGE COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., WOOT.COM LLC, WALMART, INC., SAM'S WEST, INC., ALBERTSONS COMPANIES, INC., ALBERTSONS, LLC, THE KROGER COMPANY, TARGET CORPORATION, GNC HOLDINGS, LLC, PEPSICO, INC., WALGREEN COMPANY, CVS HEALTH CORPORATION, CVS PHARMACY, INC., 7-ELEVEN, INC., CIRCLE K STORES INC., COSTCO WHOLESALE CORPORATION, AND H-E-B, LP,<br><br>Defendants. | C.A. No. 4:24-cv-01022-SDJ<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
DEFENDANT H-E-B, LP'S MOTION TO SEVER AND TRANSFER VENUE**

In connection with Defendant H-E-B, LP's ("H-E-B") pending Motion to Sever and Transfer Venue [Dkt. No. 146], H-E-B respectfully submits this Notice of Supplemental Authority to inform the Court of a recent decision of the U.S. District Court for the Western District of Texas in *Secure Matrix LLC v. H-E-B Grocery Company, LP*, Case No. 7:25-cv-00137-DC-DTG, Dkt. No. 30 (Sept. 18, 2025).[1] That case is a patent infringement case filed against H-E-B in the Midland / Odessa Division of that District in which H-E-B moved under 28 U.S.C. § 1404(a) to transfer venue to the San Antonio Division. During a hearing on H-E-B's motion today, Magistrate Judge Gilliland orally granted H-E-B's motion, and a written order is forthcoming. A copy of the Minute Entry from the hearing is attached to this Notice. To avoid any delay in informing this

---

[1] H-E-B Grocery Company, LP has changed its name to H-E-B, LP.

1

Court, H-E-B is submitting this Notice before the written order is issued in *Secure Matrix* and before the objection period under Federal Rule of Civil Procedure 72 lapses. H-E-B will submit a copy of the written order promptly once it is issued.

Dated: September 18, 2025               Respectfully submitted,

                                        /s/ *Elizabeth D. Flannery*
                                        Elizabeth D. Flannery
                                        Lead Attorney
                                        Texas State Bar No. 24045815
                                        Roger Fulghum
                                        Texas State Bar No. 00790724
                                        Lindsay Volpenhein Cutié
                                        Texas State Bar No. 24093305
                                        BAKER BOTTS L.L.P.
                                        One Shell Plaza
                                        910 Louisiana Street
                                        Houston, Texas 77002
                                        Tel: 713-229-1234
                                        Fax: 713-229-7704
                                        liz.flannery@bakerbotts.com
                                        roger.fulghum@bakerbotts.com
                                        lindsay.cutie@bakerbotts.com

                                        *ATTORNEYS FOR DEFENDANT*
                                        *H-E-B, LP*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 18, 2025, a copy of the foregoing was served electronically, via CM/ECF, on all counsel of record.

                                        */s/ Elizabeth D. Flannery*
                                        Elizabeth D. Flannery