| | |
|---|---|
| From: | TXW_USDC_Notice@txwd.uscourts.gov |
| Sent: | Thursday, September 18, 2025 10:54 AM |
| To: | cmecf_notices@txwd.uscourts.gov |
| Subject: | Activity in Case 7:25-cv-00137-DC-DTG Secure Matrix LLC v. H-E-B Grocery Company, LP Motion Hearing |

[EXTERNAL EMAIL]

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court [LIVE]

## Western District of Texas

## Notice of Electronic Filing

The following transaction was entered on 9/18/2025 at 10:53 AM CDT and filed on 9/18/2025

**Case Name:** Secure Matrix LLC v. H-E-B Grocery Company, LP
**Case Number:** 7:25-cv-00137-DC-DTG
**Filer:**
**Document Number:** 30

**Docket Text:**
**Minute Entry for proceedings held before Judge Derek T. Gilliland: Motion Hearing held on 9/18/2025 re [20] MOTION to Transfer Case filed by H-E-B Grocery Company, LP. Case called for Motions Hearing held in person. Parties announced ready. Statements and arguments of counsel heard. Defendant's Motion to Transfer Venue (ECF 20) is GRANTED. All future deadlines are STAYED pursuant to the transfer to Western District of Texas, San Antonio division. Joint Motion to Amend/Correct Scheduling Order (ECF 28) is DENIED as MOOT. Orders to follow. Hearing concluded. (Minute entry documents are not available electronically.). (Court Reporter FTR.)(kg)**

**7:25-cv-00137-DC-DTG Notice has been electronically mailed to:**

Benjamin Charles Deming    bdeming@dnlzito.com, litigation@dnlzito.com

Elizabeth L. Flannery    liz.flannery@bakerbotts.com, elizabeth-flannery-7587@ecf.pacerpro.com,

susan.bigler@bakerbotts.com, thao.ton@bakerbotts.com

Isaac Rabicoff     isaac@rabilaw.com, debbie@rabilaw.com, irina@rabilaw.com, jacob@rabilaw.com

Lindsay Volpenhein Cutie     lindsay.cutie@bakerbotts.com, deborah.saucier@bakerbotts.com, susan.bigler@bakerbotts.com

Matthew Thompson     matthew.thompson@bakerbotts.com

**7:25-cv-00137-DC-DTG Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=9/18/2025] [FileNumber=32986066-0] [0ce584997d0af9656884a868bb12e8bed698b44e65314c628aed6b7e0d0322ccd0 ac28f7a7831c4ce3191864667340e01bec64398d7949dc629b5d6220c0395e]]