UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMIDE BEVERAGE COMPANY, LLC | § § § | |
| v. | § § § § | CIVIL NO. 4:24-CV-1022-SDJ |
| AMAZON.COM, INC., ET AL. | | |

## ORDER

Before the Court is Defendant Walgreen Company's Unopposed Motion to Withdraw and Substitute Counsel. (Dkt. #247). After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that Jeanne M. Gills, Ariba Ahmad, Justin Mark Sobaje, and Richard Spencer Montei, all of Foley & Lardner LLP, are withdrawn as counsel of record for Defendant Walgreen Company in this action. Timothy S. Durst, John Kappos, Patrick V. Plassio, and Grant E. Gibson, all of O'Melveny & Myers LLP, are substituted as counsel of record for Defendant Walgreen Company.

**So ORDERED and SIGNED this 29th day of January, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE