UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMIDE BEVERAGE COMPANY, LLC | § § § | |
| v. | § § | CIVIL NO. 4:24-CV-1022-SDJ |
| AMAZON.COM, INC., ET AL. | § § | |

## ORDER

Before the Court is Plaintiff Amide Beverage Company, LLC and Defendant GNC Holdings, LLC's Corrected Motion to Stay All Deadlines Pending Settlement. (Dkt. #78). Therein, the parties submit a corrected proposed order for their previously filed motion to stay proceedings between the parties, (Dkt. #76). The Court granted the original motion to stay proceedings on January 31, 2025. (Dkt. #77). Since then, Plaintiff Amide Beverage Company, LLC and Defendant GNC Holdings, LLC filed a stipulation of dismissal that the Court entered on March 24, 2025. (Dkt. #148, #151). Defendant GNC Holdings, LLC was thus terminated. Consequently, the corrected motion to stay deadlines, (Dkt. #78), is now moot.

It is therefore **ORDERED** that Plaintiff Amide Beverage Company, LLC and Defendant GNC Holdings, LLC's Corrected Motion to Stay All Deadlines Pending Settlement, (Dkt. #78), is **DENIED as moot**.

**So ORDERED and SIGNED this 10th day of March, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE