**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| AMIDE BEVERAGE COMPANY, LLC, *Plaintiff,* v. AMAZON.COM, INC., WOOT.COM LLC, WALMART, INC., SAM'S WEST, INC., ALBERTSONS COMPANIES, INC., ALBERTSONS, LLC, THE KROGER CO., TARGET CORPORATION, GNC HOLDINGS, LLC, PEPSICO, INC., WALGREEN COMPANY, CVS HEALTH CORPORATION, CVS PHARMACY, INC., 7-ELEVEN, INC., CIRCLE K STORES INC., COSTCO WHOLESALE CORPORATION, AND H-E-B, LP, *Defendants.* | C.A. No. 4:24-cv-1022-SDJ JURY TRIAL DEMANDED |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Amide Beverage Company, LLC's Motion to Compel Rule 30(b)(6) Depositions of the Pepsi-Supplied Retailer Defendants (ECF No. 259), it is hereby ORDERED that:

1.      Defendants Amazon.com, Inc., Woot.com LLC, Walmart, Inc., Sam's West, Inc., Albertsons, LLC, The Kroger Co., Target Corporation, Walgreen Company, and Costco Wholesale Corporation shall designate one or more witnesses to testify on the three topics identified in Amide's respective April 9, 2026 Rule 30(b)(6) deposition notices to each of them and shall proceed with those depositions;

2.      The parties are directed to confer in good faith and to schedule each such deposition at a mutually agreeable date and place within thirty days following the Court's

1

granting of this Motion or the Court's denial of the Stay Motion (ECF No. 219), whichever occurs first.