**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| AMIDE BEVERAGE COMPANY, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>AMAZON.COM, INC., WOOT.COM LLC, WALMART, INC., SAM'S WEST, INC., ALBERTSON'S, LLC, THE KROGER COMPANY, TARGET CORPORATION, GNC HOLDINGS, LLC, PEPSICO, INC., WALGREEN CO., CVS PHARMACY, INC., 7-ELEVEN, INC., CIRCLE K STORES INC., COSTCO WHOLESALE CORPORATION, AND H-E-B, LP,,<br><br>*Defendants*. | Civil Action No. 4:24-cv-01022-SDJ<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF PATRICK V. PLASSIO IN SUPPORT OF
RETAILER DEFENDANTS AMAZON.COM, INC., WOOT.COM LLC, WALMART,
INC., SAM'S WEST, INC., ALBERTSON'S, LLC, THE KROGER COMPANY,
TARGET CORPORATION, WALGREEN CO., CVS PHARMACY, INC., 7-ELEVEN,
INC., CIRCLE K STORES INC., AND COSTCO WHOLESALE CORPORATION'S
OPPOSITION TO PLAINTIFF AMIDE BEVERAGE COMPANY, LLC'S
MOTION TO COMPEL (ECF NO. 259)**

I, Patrick V. Plassio, declare and state as follows:

1.    I submit this Declaration in support of Defendants Amazon.com, Inc., Woot.com LLC, Walmart, Inc., Sam's West, Inc., Albertson's, LLC, The Kroger Co., Target Corporation, Walgreen Co., CVS Pharmacy, Inc., 7-Eleven, Inc., Circle K Stores Inc., and Costco Wholesale Corporation's Opposition to Plaintiff Amide Beverage Company, LLC's Motion to Compel (the "Opposition").  If called and sworn as a witness, I could and would testify competently hereto.

2.    I am currently employed as counsel at O'Melveny & Myers, LLP.  My office address is 2801 North Harwood Street, Suite 1600 Dallas, Texas 75201.  I am counsel of record

1

for Defendants Albertsons, LLC, Amazon.com, Inc., Costco Wholesale Corporation, CVS Pharmacy, Inc., Sam's West, Inc., Target Corporation, Walgreen Company, Walmart Inc., and Woot.com, LLC in this action.

3.     In meeting and conferring on the Motion, the parties discussed the possibility that the Retailer Defendants (as defined in the Opposition) would request a protective order to prevent the depositions.  The parties agreed that, rather than the Retailer Defendants seeking a protective order, Amide would move to compel the depositions.  The parties also agreed that Amide would not proceed with the depositions on the noticed dates but would instead await a decision from the Court on this motion before proceeding with these depositions.

4.     Attached hereto as **Exhibit 1** is a true and correct copy of the Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) served on Albertsons, LLC by Plaintiff Amide Beverage Company, LLC on April 9, 2026.

5.     Attached hereto as **Exhibit 2** is a true and correct copy of the Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) served on Amazon.com, Inc. by Plaintiff Amide Beverage Company, LLC on April 9, 2026.

6.     Attached hereto as **Exhibit 3** is a true and correct copy of the Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) served on Costco Wholesale Corporation by Plaintiff Amide Beverage Company, LLC on April 9, 2026.

7.     Attached hereto as **Exhibit 4** is a true and correct copy of the Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) served on The Kroger Co. by Plaintiff Amide Beverage Company, LLC on April 9, 2026.

8.      Attached hereto as **Exhibit 5** is a true and correct copy of the Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) served on Sam's West, Inc. by Plaintiff Amide Beverage Company, LLC on April 9, 2026.

9.      Attached hereto as **Exhibit 6** is a true and correct copy of the Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) served on Target Corporation by Plaintiff Amide Beverage Company, LLC on April 9, 2026.

10.     Attached hereto as **Exhibit 7** is a true and correct copy of the Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) served on Walgreen Company by Plaintiff Amide Beverage Company, LLC on April 9, 2026.

11.     Attached hereto as **Exhibit 8** is a true and correct copy of the Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) served on Walmart Inc. by Plaintiff Amide Beverage Company, LLC on April 9, 2026.

12.     Attached hereto as **Exhibit 9** is a true and correct copy of the Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) served on Woot.com, LLC by Plaintiff Amide Beverage Company, LLC on April 9, 2026.

13.     Attached hereto as **Exhibit 10** is a true and correct copy of the Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) served on 7-Eleven, Inc. by Plaintiff Amide Beverage Company, LLC on June 9, 2026.

14.     Attached hereto as **Exhibit 11** is a true and correct copy of the Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) served on Circle K Stores Inc. by Plaintiff Amide Beverage Company, LLC on June 9, 2026.

15.     Attached hereto as **Exhibit 12** is a true and correct copy of the Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) served on CVS Pharmacy, Inc by Plaintiff Amide Beverage Company, LLC on June 9, 2026.

16.     Attached hereto as **Exhibit 13** is a true and correct copy of the Notice of Deposition served on Aleksandr Smushkovich by Defendant PepsiCo, Inc. on July 7, 2025.

17.     Attached hereto as **Exhibit 14** is a true and correct copy of the Notice of Deposition served on Tony Moguel of Market Track, LLC by Defendant PepsiCo, Inc. on September 11, 2025.

18.     Attached hereto as **Exhibit 15** is a true and correct copy of the document produced in this litigation bearing Bates number COST0000342.

19.     Attached hereto as **Exhibit 16** is a true and correct copy of the documents produced in this litigation bearing Bates numbers AMZ-AMIDE_00000443 to AMZ-AMIDE_00000456.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 11th day of June, 2026 in Dallas, Texas.

By: */s/ Patrick V. Plassio*
Patrick V. Plassio