**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| AMIDE BEVERAGE COMPANY, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>AMAZON.COM, INC., WOOT.COM LLC, WALMART, INC., SAM'S WEST, INC., ALBERTSON'S, LLC, THE KROGER COMPANY, TARGET CORPORATION, PEPSICO, INC., WALGREEN CO., CVS PHARMACY, INC., 7-ELEVEN, INC., CIRCLE K STORES INC., COSTCO WHOLESALE CORPORATION, AND H-E-B, LP,<br><br>*Defendants*. | Civil Action No. 4:24-cv-01022-SDJ<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF PATRICK V. PLASSIO IN SUPPORT OF MOTION TO COMPEL THERMOLIFE INTERNATIONAL, LLC TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA FROM PEPSICO, INC.**

I, Patrick V. Plassio, declare and state as follows:

1. I submit this Declaration in support of Defendant PepsiCo, Inc.'s Motion to Compel ThermoLife International, LLC to Produce Documents in Response to Subpoena from PepsiCo, Inc. (the "Motion"). I have personal knowledge of the statements herein and, if called and sworn as a witness, I could and would testify competently hereto.

2. I am currently employed as counsel at O'Melveny & Myers, LLP. My office address is 2801 North Harwood Street, Suite 1600 Dallas, Texas 75201. I am counsel of record for Defendant PepsiCo, Inc. ("PepsiCo") and other defendants in this action.

3. Capitalized terms in this declaration have the same meaning given to them as in the Motion, except as otherwise stated.

4. Attached hereto as Exhibit 1 is the Adversary Complaint for Patent Infringement from *ThermoLife Int'l, LLC v. Vital Pharms., Inc.*, No. 23-01134-PDR (Bankr. S.D. Fla. July 5, 2023) (the "Adversary Case"), Dkt. No. 1.

5. Attached hereto as Exhibit 2 is the Joint Motion for Entry of Order on Stipulated Confidentiality Agreement Regarding the Use and Disclosure of Discovery Materials ("Proposed Protective Order," Dkt. No. 27), filed on October 13, 2023 from the Adversary Case.

6. Attached hereto as Exhibit 3 is the Agreed Order Resolving Application of ThermoLife International, LLC for Allowance and Payment of Administrative Expense [ECF No. 1964] ("Administrative Expense Claim Order") from *In re Vital Pharms., Inc., et al.*, No. 22-17842-PDR (S.D. Fla. Bankr. Oct. 27, 2023) ("*In re Vital*"), Dkt. No. 2142.

7. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the October 24, 2023 hearing transcript from *In re Vital* (Dkt. 2255).

8. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the July 9, 2025 hearing transcript in this matter.

9. Attached hereto as Exhibit 6 is a true and correct copy of email correspondence between counsel for ThermoLife and counsel for PepsiCo dated June 23, 2025 through July 22, 2025.

10. Attached hereto as Exhibit 7 is a true and correct copy of PepsiCo's subpoena to ThermoLife dated August 8, 2025 (the "Subpoena").

11. ThermoLife's counsel has represented that ThermoLife currently has the Sealed Documents (totaling six) in its possession through its counsel, who also represent Amide in the present case. ThermoLife has represented that these are the only documents responsive to the Subpoena in its possession that it contends are subject to the Proposed Protective Order, and that

ThermoLife is not withholding any other responsive documents in its possession on the basis of the Proposed Protective Order.

12. ThermoLife has stated it was and is willing to produce the Sealed Documents under the protection of this Court's protective order (Dkt. No. 191), and PepsiCo is willing to accept them under that order's highest level of protection ("Highly Confidential – Attorneys' Eyes Only"). But because these documents were designated under the Proposed Protective Order in the bankruptcy and filed under seal, ThermoLife took the position that it was prevented from producing them in response to the Subpoena. Attached hereto as Exhibit 8 is a true and correct copy of the Agreed *Ex Parte* Motion for Approval of Stipulated Order Granting Limited Relief From Order Resolving Application of ThermoLife International, LLC for Allowance and Payment of Administrative Expense claim [ECF No. 2142] in *In re Vital*, Dkt. No. 3000, filed on March 9, 2026 (the "Proposed Protective Order Relief Motion"), which reflects the parties' positions on these points.

13. Attached hereto as Exhibit 9 is a true and correct copy of *In re Vital*, Dkt. No. 3049, which is a May 1, 2026 order of the bankruptcy court denying the Proposed Protective Order Relief Motion.

14. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from a transcript of an April 23, 2026 hearing in *In re Vital* on the Proposed Protective Order Relief Motion.

15. The parties met and conferred on this issue and are at an impasse on the requirements for an order from this Court compelling ThermoLife to produce the Sealed Documents. ThermoLife has refused to join or not oppose any motion to compel it to produce the Sealed Documents.

16. Counsel for PepsiCo has given notice of this Motion to counsel for Monster Energy Company.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 8th day of September, 2026 in Richardson, Texas.

By: *_/s/ Patrick V. Plassio_*
Patrick V. Plassio