**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

AMIDE BEVERAGE COMPANY, LLC,

*Plaintiff*,

v.

AMAZON.COM, INC., WOOT.COM LLC, WALMART, INC., SAM'S WEST, INC., ALBERTSONS, LLC, THE KROGER COMPANY, TARGET CORPORATION, PEPSICO, INC., WALGREEN COMPANY, CVS PHARMACY, INC., 7-ELEVEN, INC., CIRCLE K STORES INC., COSTCO WHOLESALE CORPORATION, AND H-E-B, LP,

*Defendants*.

Case No. 4:24-cv-1022-SDJ

**Jury Trial Demanded**

**DECLARATION OF PAIGE H. KELLERMAN IN SUPPORT OF DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Paige H. Kellerman, declare and state that:

1. I am an attorney at O'Melveny & Myers LLP and counsel for Defendants Albertsons, LLC, Amazon.com, Inc., Costco Wholesale Corporation, CVS Pharmacy, Inc., PepsiCo, Inc., Sam's West, Inc., Target Corporation, Walgreen Company, Walmart Inc., and Woot.com, LLC in the above captioned matter.

2. I submit this declaration in support of Defendants' Responsive Claim Construction Brief. I know the following facts to be true or, if so identified, am informed and believe them to be true; and, if called upon to do so, I could and would testify to them under oath.

3. I am over the age of 18 and fully competent to make this declaration. I have personal knowledge of the facts stated in this declaration.

4. Attached as **Exhibit A** is a true and correct copy of the Declaration of Dr. Marvin J. Rudolph in Support of Defendants' Preliminary Claim Constructions for U.S. Patent No. 8,350,077, dated July 14, 2025.

5. Attached as **Exhibit B** is a true and correct copy of PCT/RU2008/000793, produced as a document with starting Bates No. PEPSI_0005932.

6. Attached as **Exhibit C** is a true and correct copy of excerpts of Connelly, et al., *Nomenclature of Inorganic Chemistry IUPAC Recommendations 2005*, International Union of Pure and Applied Chemistry, produced as a document with starting Bates No. PEPSI_0005918.

7. Attached as **Exhibit D** is a true and correct copy of Amide Beverage Company LLC's Preliminary Infringement Contentions Chart for Defendant PepsiCo, Inc., served on April 21, 2025.

8. Attached as **Exhibit E** is a true and correct copy of excerpts of the prosecution history of U.S. Patent No. 8,350,077, produced as a document with starting Bates No. PEPSI_0001182.

9. Attached as **Exhibit F** is a true and correct copy of excerpts of the *ex parte* reexamination of U.S. Patent No. 8,350,077, Reexamination No. 90/013,902, produced as a document with starting Bates No. PEPSI_0000298.

10. Attached as **Exhibit G** is a true and correct copy of excerpts of Brady, Russell, Holum, Chemistry Matter and Its Changes 3E, Wiley, 51 (2000), produced as a document with starting Bates No. PEPSI_0005991.

11. Attached as **Exhibit H** is a true and correct copy of excerpts of Whitten et al., Chemistry 8th Edition, Brooks Cole, 77 (2007), produced as a document with starting Bates No. PEPSI_0005979.

12. Attached as **Exhibit I** is a true and correct copy of excerpts of Florence and Atwood, Physicochemical Principles of Pharmacy Fourth Edition, Pharmaceutical Press, 19 (2006), produced as a document with starting Bates No. PEPSI_0005909.

13. Attached as **Exhibit J** is a true and correct copy of the document produced by Amide Beverage Company, LLC in this litigation as a document with starting Bates No. AMIDE_COMMON002833, which purports to be an excerpt of Oxford Dictionary of Chemistry, Oxford University Press, 37 (2016).

14. Attached as **Exhibit K** is a true and correct copy of the document produced by Amide Beverage Company, LLC in this litigation as a document with starting Bates No. AMIDE_COMMON003281, which purports to be an excerpt of Glenn D. Considine, Van Nostrand's Encyclopedia of Chemistry 5th ed., 101 (2005).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on September 15, 2026.

/s/
Paige H. Kellerman