# EXHIBIT B

(12) МЕЖДУНАРОДНАЯ ЗАЯВКА, ОПУБЛИКОВАННАЯ В СООТВЕТСТВИИ С ДОГОВОРОМ О ПАТЕНТНОЙ КООПЕРАЦИИ (PCT)

(19) Всемирная Организация Интеллектуальной Собственности
Международное бюро

(43) Дата международной публикации
01 июля 2010 (01.07.2010)

PCT

(10) Номер международной публикации
WO 2010/074591 A1

(51) Международная патентная классификация:
*C07C 279/10* (2006.01) *A61K 38/05* (2006.01)
*C07C 277/08* (2006.01) *A61K 38/07* (2006.01)
*C07K 5/068* (2006.01) *A61K 31/16* (2006.01)
*C07K 5/11* (2006.01) *A61P 25/28* (2006.01)

(21) Номер международной заявки: PCT/RU2008/000793

(22) Дата международной подачи: 24 декабря 2008 (24.12.2008)

(25) Язык подачи: Русский

(26) Язык публикации: Русский

(71) Заявитель: ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО "ВЕРТЕКС" (VERTEX CLOSED JOINT STOCK COMPANY) [RU/RU]; В.О., 24 линия, д. 27А, Санкт-Петербург, 199026, St.Petersburg (RU).

(71) Заявители *(только для US)*: ХРОМОВА Наталья Васильевна (KHROMOVA Natalia Vasilyevna) (наследница умершего изобретателя) [RU/RU]; Московский пр-т, 159-20, Санкт-Петербург, St.Petersburg (RU). ХРОМОВ Пётр Алексеевич (KHROMOV Petr Alekseevich) (наследник умершего изобретателя) [RU/RU]; Московский пр-т, 159-20, Санкт-Петербург, St.Petersburg (RU). ХРОМОВА Анна Александровна (KHROMOVA Anna Alexandrovna) (наследница умершего изобретателя) [RU/RU]; ул. Фрунзе, 23-300, Санкт-Петербург, St.Petersburg (RU).

(72) Изобретатель: ХРОМОВ, Алексей Николаевич (KHROMOV, Alexej Nikolaevich) *(Умерший)*.

(72) Изобретатель; и
(75) Изобретатель/Заявитель *(только для US)*: БУРОВ Сергей Владимирович (BUROV, Sergej Vladimirovich) [RU/RU]; ул. Мончегорская д. 10, кв. 23, Санкт-Петербург, 197198, St.Petersburg (RU).

(74) Агент: КУЗНЕЦОВ, Виктор Александрович (KUZNETSOV, Viktor Alexandrovich); ул. Подвойского, 14-1-741 Санкт Петербург, 193318, St.Petersburg (RU).

(81) Указанные государства *(если не указано иначе, для каждого вида национальной охраны)*: AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RS, RU, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) Указанные государства *(если не указано иначе, для каждого вида региональной охраны)*: ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), евразийский (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), европейский патент (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MT, NL, NO, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

Декларации в соответствии с правилом 4.17:
— *касающаяся установления личности изобретателя (правило 4.17 (i))*
— *об авторстве изобретения (правило 4.17 (iv))*

Опубликована:
— *с отчётом о международном поиске (статья 21.3)*

**(54) Title**: CREATINE AMIDES, A METHOD FOR THE PRODUCTION THEREOF AND AN AGENT EXHIBITING A NEUROPROTECTIVE ACTION

**(54) Название изобретения** : АМИДЫ КРЕАТИНА, СПОСОБ ИХ ПОЛУЧЕНИЯ, СРЕДСТВО, ОБЛАДАЮЩЕЕ НЕЙРОПРОТЕКТОРНЫМ ДЕЙСТВИЕМ

**(57) Abstract:** The invention relates to pharmaceutical chemistry, in particular to new biologically active substances (BAS) and to the properties thereof, namely, to creatine derivatives of general formula : $NH=C(NH_2)-N(CH_3)-CH_2-CO-NH-R \cdot X$, wherein R is an amino-acid residue or a substituted amino-acid residue; X is a low-molecular organic or mineral acid or water. The new substances are produced by interacting guanidyl agents with sarcosine amides in polar organic solvents at a temperature equal to or less than 50°C. The new substances exhibit a neuroprotective action and can be used in the form of an agent promising for preventing and treating brain ischemia.

**(57) Реферат**: Изобретение относится к области фармацевтической химии, а именно к новым биологически активным веществам (БАВ) и их свойствам, а именно к производным креатина общей формулы: $NH=C(NH_2)-N(CH_3)-CH_2-CO-NH-R*X$, где R- аминокислотный остаток, или замещенный аминокислотный остаток; X - низкомолекулярная органическая или минеральная кислота или вода. Новые вещества получают взаимодействием гуанидилирующих агентов с амидами саркозина в полярных органических растворителях при температуре не более 50°C. Новые соединения проявляют нейропротекторное, действие и могут применяться в качестве средства, перспективного для профилактики и лечения ишемии мозга.

WO 2010/074591 A1

# АМИДЫ КРЕАТИНА, СПОСОБ ИХ ПОЛУЧЕНИЯ, СРЕДСТВО, ОБЛАДАЮЩЕЕ НЕЙРОПРОТЕКТОРНЫМ ДЕЙСТВИЕМ

## Область техники

Изобретение относится к области фармацевтической химии, а именно к новым биологически активным веществам (БАВ) и их свойствам. В частности, изобретение относится к производным креатина - веществам общей формулы: **$NH{=}C(NH_2)\text{-}N(CH_3)\text{-}CH_2\text{-}CO\text{-}NH\text{-}R{*}X$,** где R- аминокислотный остаток, или замещенный аминокислотный остаток; X – низкомолекулярная органическая или минеральная кислота или вода.

## Предшествующий уровень техники

Креатин (Кр) является эндогенным питательным веществом, присутствующим в различных тканях млекопитающих, например, в печени, почках, мышечной ткани, ткани головного мозга, крови и находится как в свободном состоянии, так и в форме креатинфосфата. Креатин рассматривается в качестве средства, улучшающего энергетический тканевый метаболизм - повышающего энергетический резерв АТФ, прежде всего, в мышечных и нервных клетках.

В митохондриях клетки под действием фермента креатинкиназы, креатин обратимо взаимодействует с аденозинтрифосфатом (АТФ) с образованием креатинфорфата и аденозиндифосфата (АДФ). Это взаимодействие выполняет функцию подержания концентрации АТФ на постоянном уровне в моменты его интенсивного потребления. Другие пути - гликолиз или окислительное фосфорилирование пополняют запасы АТФ зна-

чительно медленнее. При потреблении АТФ в клетке высвобождается большое количество АДФ, что приводит к переносу ортофосфата от креатинфосфата к АДФ и восстановлению исходного соотношения между АТФ и АДФ. Благодаря высокому сродству креатинкиназы к АДФ, этот процесс протекает вплоть до понижения концентрации креатинфосфата ниже нескольких десятков мкМ.

Креатинфосфат (КрФ) в ходе поддержания мембранного потенциала, активации метаболитов или сократительной активности клетки представляет собой резерв макроэргического фосфата. Он поддерживает уровень АТФ при увеличении затрат энергии в клетке, т.е. возвращает ортофосфатный остаток на АДФ. Наряду с гликогеном, КрФ является одним из основных источников цикла превращений высокоэнергетичных фосфатов и, таким образом, участвует в окислительном фосфорилировании глюкозы, что обеспечивает выделение энергии, необходимой для функционирования клеток мышечной ткани, включая скелетные мышцы и сердечную мышцу. В связи с тем, что креатинфосфат способен регенерировать АТФ с большей скоростью, чем это достигается с использованием гликогена, увеличение количества креатина в мышцах увеличивает мышечные запасы креатинфосфата, улучшает работоспособность (выносливость) мышц и увеличивает мышечную массу.

Креатинфосфат и креатин являются также и аллостерическими регуляторами клеточных процессов. Было показано, что пероральное введение креатина увеличивает общее содержание креатина в организме. Так, прием от 20 до 30 г моногидрата креатина в сутки в течение нескольких дней, приводит к повышению более чем на 20% общего содержания креатина в скелетных мышцах человека. Данные свойства привлекают особое внимание в связи с возможностью использования креатина в качестве пищевой добавки для укрепления организма и повышения работоспособности, осо-

бенно при использовании в качестве добавки к рациону спортсменов. Так, применение креатина моногидрата в суточной дозе 15 г в течение, по крайней мере, 2 дней, используется для повышения мышечной силы (WO 94/02127, 1994). В настоящее время креатин рекомендуется в качестве пищевой добавки, что особенно важно для пожилых людей и вегетарианцев, так как у данных групп имеется выраженная тенденция к снижению содержания креатина в мышцах. Добавки используются в виде сухого порошка, жидкости, или полужидкой формы (WO 97/45026, 1997). Полученные на их основе композиции стабильны в холодильнике при температуре 4 °C в течение длительного времени, но при комнатной температуре деградируют в течение недели.

Наряду с применением в пищевой промышленности, креатин и креатинфосфат находят достаточно широкое применение в медицине. Так, креатин, креатинфосфат и циклокреатин (US6706764, 2004) рекомендованы для лечения заболеваний нервной системы, таких как диабетические и токсические невропатии, болезнь Альцгеймера, болезнь Паркинсона, инсульт и т.п, таких нарушений метаболизма, как гипергликемиия и сахарный диабет (US6193973, 2001). Пероральное применение креатина описано для лечения сердечной и дыхательной недостаточности (WO/EP97/06225, 1999), астмы (US6093746, 2000). Показано применение креатинфосфата для лечения сердечно-сосудистых заболеваний, перспективность для лечения новообразований (US5219846, 1993). Вместе с тем, применение креатина и креатинфосфата ограничено плохой растворимостью и нестабильностью в водных средах при физиологических значениях pH (RU 2295261, 2007).

Более того, креатин плохо абсорбируется из желудочно-кишечного тракта - степень абсорбции составляет 1-14 %. Это вызывает необходимость применения высоких доз креатина. Для того чтобы употребление креатина было эффективным, композиции, производимые в настоящее вре-

мя, требуют приема в количестве до 20 г в сутки. Вместе с тем, наряду с повышением стоимости терапии, введение высоких доз креатина может приводить к негативным последствиям для организма – нарушение азотного обмена, желудочно-кишечные расстройства, диарея и т.п.

В этой связи большой интерес представляет получение производных креатина, обладающих большей стабильностью или более высокой биологической активностью, что позволит с одной стороны снизить дозу применяемого вещества, а с другой стороны - обнаружить новые области применения.

Наибольший интерес вызвали производные креатина и различных органических кислот. Так, известно использование пируватов креатина (US6166249, 2000; RU2114823, 1998) для повышения работоспособности, снижения веса тела, адаптации к условиям кислородной недостаточности при ишемии, в качестве пищевой добавки, для защиты кожи от старения и воздействия солнечных лучей (US7186754, 2007) при лечении женских половых расстройств, в частности дисменореи (US6503951, 2000).

Производные креатина и малоновой, малеиновой, фумаровой, оротовой кислот и таурина (CN 10/249338, 2003; US6861554, 2005; US6166249, 2000; CA 10/740263, 2003) показаны для лечебного питания как пищевые добавки; креатина цитрат (US2004077719, 2004) рекомендован в качестве ноотропного средства, а также для использования в косметических композициях. Из других производных креатина следует отметить магниевую соль креатинфосфата (CN 1709896, 2005), показанную для воздействия на сердечную мышцу.

Наиболее близкими к заявляемым веществам являются эфиры креатина, такие как этиловый и бензиловый (WO 02/22135, 2002) и композиции на их основе, которые по сравнению с креатином обладают более высокой растворимостью в воде и лучше проникают через клеточную мем-

брану. Фармакокинетика самих эфиров креатина не исследовалась, однако предполагалось, что при попадании в кровь указанные производные под действием ферментов (эстераз) превращаются в креатин. Препараты на основе эфиров креатина используются в качестве пищевой добавки перорально в виде растворов, эмульсий, таблеток или капсул.

Недостатком указанных соединений является недостаточная стабильность в организме и низкая биоэквивалентность. Это делает предпочтительным использование эфиров креатина в твердых формах или порошках и повышенных суточных дозах.

Технической задачей, решаемой авторами, являлось создание новых производных кератина, получаемых методом химического синтеза, обладающих более высокой стабильностью и широким спектром биологического действия, в частности, обладающих нейропротекторным действием.

В настоящее время известна многочисленная группа лекарственных веществ, обладающих способностью оказывать специфическое воздействие на энергетический метаболизм мозговой ткани, актировать интегративные функции мозга, повышать устойчивость мозга к повреждающим факторам (М.Д. Машковский. Лекарственные средства, М., Медицина; Goodman E. Gilman's. The Pharmacological Basis of Therapeutics, 11 ed, McGraw-Hill, Medical Publishung Division, New York 2006; RU1746886, 1991, WO96/08527, 1996). К их числу, в частности, относятся: производные пирролидона (например, пирацетам), активирующие энергетический обмен; препараты, усиливающие холинергические процессы (например, амиридин, такрин, глиатилин и т.д; ГАМК-энергетические препараты (например, гамма-аминомаслянная кислота, гопантеновая кислота, пикамилон, фенибут), активирующие ферменты цикла Кребса; антиоксиданты и мембранопротекторы (например, мексидол, меклофеноксат, пиритино, убихинонл); препараты комплексного метаболического действия (например, винпоцетин), оп-

тимизирующие окислительно-восстановительные процессы, способствующие улучшению энергетического метаболизма

Недостатками большинства указанных веществ является узкий спектр действия, значительное число противопоказаний, невысокая нейропротекторная эффективность. Вместе с тем, известно, что использование в клинике эффективных нейропротекторов позволило бы увеличить долю «малых» инсультов среди ишемических поражений мозгового кровообращения, значительно уменьшить размеры зоны инфаркта, удлинить период «терапевтического окна», осуществить защиту от реперфузионного повреждения (Lancet, 2004, 363, 349-45).

Среди препаратов данной группы наибольшее применение получил Актовегин, являющийся наиболее близким аналогом по действию к заявляемым препаратам. Актовегин содержит депротеинизированный гемодериват из крови телят, применяемый в виде таблеток или раствора для инъекций (Справочник ВИДАЛЬ, 2001, АстраФармСервис, с. Б-18)

## Сущность изобретения

Технический результат был получен путем синтеза производных креатина общей формулы: **$NH{=}C(NH_2)\text{-}N(CH_3)\text{-}CH_2\text{-}CO\text{-}NH\text{-}R{*}X$,** где R- аминокислотный остаток или замещенный аминокислотный остаток; X – органическая или минеральная кислота или вода.

В качестве аминокислот могут применяться различные алифатические, ароматические и гетероароматические L-аминокислоты, либо их производные, в частности, сложные эфиры аминокислот, амиды аминокислот, пептиды и т.п. В качестве органических или минеральных кислот - фармацевтически приемлемые низкомолекулярные органические или минеральные кислоты (молекулярная масса, как правило, менее 300), такие как уксусная, соляная, лимонная и т.п.

Как было установлено в ходе биологических экспериментов, синтезированные амиды креатина по сравнению с известными аналогами обладают

повышенной растворимостью и стабильностью в водных растворах, что позволяет более широко использовать их в качестве источника креатина в организме.

Амиды креатина получали взаимодействием свободных или защищенных гуанидилирующих агентов с амидами саркозина в полярных органических растворителях при температуре не более 50 °С. Проведение синтеза при более высокой температуре, как правило, снижает выход целевого продукта и негативно сказывается на его биологической активности за счет протекания побочных реакций. Выбор конкретных условий синтеза определяется особенностями используемых реактивов и получаемого продукта.

Производные аминокислот могут быть получены, в частности, с использованием стандартных химических реакций, описанных в литературе (А.А. Гершкович, В.К. Кибирев «Синтез пептидов. Реагенты и методы». Киев. «Наукова думка». 1987) или путем использования в качестве исходного сырья амидов креатина, полученных выше приведенным методом.

Анализ химической чистоты и полупрепаративную очистку амидов креатина проводили методом высокоэффективной жидкостной хроматографии на хроматографе System Gold (Beckman) и колонках Phenomenex Luna $C_{18}$ (4.6x150 мм, 5мкм) для аналитической хроматографии и Discovery $C_{18}$ (10x250 мм, 5 мкм) - для полупрепаративной. Условия анализа: УФ-детектирование при 230 нм, градиентное элюирование в системе 0.1 % раствор кислоты трифторуксусной - ацетонитрил при скорости потока 1 мл/мин - для аналитической хроматографии, и градиентное элюирование в системе 0.1 % раствор кислоты трифторуксусной - ацетонитрил при скорости потока 5 мл/мин - для полупрепаративной хроматографии. Масс-спектры регистрировали на времяпролетном масс-рефлектроне MX-5303 с источником ионов типа "Электроспрей" (ФИНЭПХФ РАН).

## Варианты осуществления изобретения

Наиболее перспективной областью использования амидов креатина является их применение в качестве веществ, обладающих нейропротекторным действием. Как показали проведенные эксперименты, при их введении в организм в дозе 20 мг/кг и более наблюдается улучшение когнитивных функций, что делает амиды креатина перспективными средствами для профилактики и лечения ишемических поражений мозга.

Амиды креатина могут вводиться в организм как самостоятельно, так и в составе композиций, содержащих смесь активного начала со вспомогательными веществами. В качестве вспомогательных веществ используются разрешенные Фармакопеей вещества, улучшающие условия получения, хранения или применения лекарственного средства, такие как растворители, наполнители, связующие, разрыхлители, скользяще-смазывающие вещества, пленкообразователи, пигменты, пластификаторы, пролонгирующие вещества, ароматизаторы, вкусовые добавки, стабилизаторы, консерванты и т.п.

Так, в качестве вспомогательных веществ могут использоваться такие растворители, как вода, растворы солей калия, магния, цинка, марганца, физиологический раствор, сиропные массы; такие наполнители, как кросповидон, сахара и их производные, полисахариды и их производные, в частности, лактоза, сахароза, микрокристаллическая целлюлоза, крахмал, глюкоза, маннит, циклодекстрины, альгинаты, декстрин, соли органических и минеральных кислот; такие связующие, как вода, этиловый спирт, сахарный сироп, крахмальный клейстер, растворы производных целлюлозы, повидонов, желатина, альгинатов и т.п.; такие разрыхлители, как крахмалы, кросповидоны, полисорбаты, натрия лаурилсульфат, аэросил и т.п.; такие скользяще-смазывающие вещества, как крахмалы, тальк, полиэтиленгликоль, аэросил, стеараты кальция и магния, стеариновая кислота, натрий стеарилфумарат и т.п.; такие пленкообразователи, как алкилцеллюло-

зы и их производные, и т.п.; такие пластификаторы, как полисорбаты, глицерин, полиэтиленгликоль, пропиленгликоль, дибутилфталат, триацетат глицерина и т.п.

## Промышленная применимость

**Пример 1. Синтез амида креатина и замещенной -γ-аминомасляной кислоты - креатинил-γ-аминомасляной кислоты этилового эфира ацетата.**

К раствору 0.66 г (2.08 мМ) трифторацетата саркозил-γ-аминомасляной кислоты этилового эфира в 1.5 мл диметилформамида добавляли 0.94 мл (4.16 мМ) диизопропилэтиламина и 0.9 г (2.08 мМ) тозилата бензотриазол-1-карбоксамидина. Реакционную смесь перемешивали в течение 60 час при комнатной температуре, разбавляли н-бутиловым спиртом и водой, растворитель упаривали. Остаток перекристаллизовывали из изопропилового спирта и очищали с помощью ионообменной хроматографии на колонке с Сефадексом SE C-25 в 0.002 М пиридин-ацетатном буфере. Фракции, содержащие конечный продукт объединяли, и растворитель упаривали.

Выход $C_{10}H_{20}N_4O_3$*$CH_3COOH$ 0.3 г (59 %). Масс-спектр, найдено: *m/z*: 245.17. Вычислено: *M* 244.15.

**Пример 2. Синтез амида креатина и замещенного фенилаланина - креатинил-L-фенилаланинамида гидрата.**

К раствору 4 г (11.45 мМ) трифторацетата амида саркозил-L-фенилаланина в 30 мл диметилформамида добавляли 3.2 мл (22.9 мМ) триэтиламина и 5.3 г (11.45 мМ) N,N'-ди-бензилоксикарбонил-1-Н-бензотриазол-1-карбоксамиидина. Реакционную смесь перемешивали в течение 20 час при комнатной температуре и разбавляли 200 мл этилацетата. Органическую фазу промывали 5 %-ным раствором $NaHCO_3$, водой, 1 н HCl, водой и выдерживали 12 час при +4 $^0$С. Выпавший осадок, содержащий амид

дибензилоксикарбонил-креатинил-L-фенилаланина, отфильтровывали, промывали холодным этилацетатом и высушивали. Выход 3.8 г (62 %).

Для удаления защитной группы 3.8 г (6.96 мМ) амида дибензилоксикарбонил-креатинил-фенилаланина растворяли в 150 мл смеси диоксан – вода (9 : 1) и гидрировали над Pd чернью в течение 5 час (контроль с помощью тонкослойной хроматографии). Катализатор отфильтровывали, растворитель упаривали, и остаток, содержащий гидрат амида креатинил-L-фенилаланина кристаллизовали из изопропилового спирта. Выход $C_{13}H_{19}N_5O_2*H_2O$ 1.2 г (43 %). Масс-спектр, найдено: *m/z*: 278.15. Вычислено: *M* 277.15.

**Пример 3. Синтез амида креатина и замещенного фенилаланина - креатинил-L-фенилаланинамида ацетата.**

Амид креатинил-L-фенилаланина, полученный в условиях примера 2, растворяли в воде и наносили на колонку 25 x 100 мм, заполненную силикагелем Lichroprep RP-18 (43-60 μm, Merck), после чего элюировали 0.2 %-ной уксусной кислотой и выделяли из раствора.

Выход $C_{13}H_{19}N_5O_2*CH_3COOH$ 0.72 г (60 %). Масс-спектр, найдено: *m/z*: 278.15. Вычислено: *M* 277.15.

**Пример 4. Синтез амида креатина и замещенного глицина - креатинил-глицин бензилового эфира гидрохлорида.**

К раствору 2.5 г (7.07 мМ) трифторацетата бензилового эфира саркозил-глицина в 20 мл диметилформамида добавляли 1.97 мл (14.14 мМ) триэтиламина и 2.8 г (7.07 мМ) N,N'-ди-третбутилоксикарбонил-1-H-бензотриазол-1-карбоксамидина и перемешивали 24 часа при 20 $^0$C. Реакционную смесь разбавляли 200 мл этилацетата, промывали органическую

фазу 5 % раствором $NaHCO_3$, 1N $H_2SO_4$, водой и высушивали над $Na_2SO_4$. Растворитель упаривали на роторном испарителе, и остаток кристаллизовали из смеси диэтиловый эфир – петролейный эфир. Выход бензилового эфира ди-трет-бутилоксикарбонил-креатинил-глицина 2.3 г (67 %). $R_f$= 0.68 в системе $CHCl_3$ : EtOAc : MeOH (20 : 10 : 3)

Для удаления защитных групп через раствор, содержащий 2.3 г (4.78 мМ) бензилового эфира ди-трет-бутилоксикарбонил-креатинил-глицина в 70 мл сухого диэтилового эфира, при 0 $^0$C и сильном перемешивании пропускали ток сухого HCl в течение 45 минут. Выпавший осадок отфильтровывали, промывали сухим диэтиловым эфиром и высушивали в эксикаторе над NaOH. Выход $C_{13}H_{18}N_4O_3$ - 0.3 г (20 %). Масс-спектр, найдено: *m/z*: 279.14. Вычислено: *M* 278.14.

**Пример 5. Синтез амида креатина и замещенного тирозина – кретинил-тирозинамида сукцината.**

К раствору третбутилоксикарбонилсаркозина (4.49 г, 23.74 мМ) и гидроксибензотриазола (3.21 г, 23.74 мМ) в 30 мл диметилформамида, при охлажденнии на ледяной бане и перемешивании, прибавляли раствор дициклогексилкарбодиимида (4.9 г, 23.74 мМ) в 10 мл диметилформамида. Через 10 мин. к реакционной смеси добавляли гидрохлорид метилового эфира тирозина (5 г, 21.58 мМ) и триэтиламин (3.02 мл, 21.58 мМ), после чего перемешивали 1 ч при 0 $^0$C и 12 ч при 20 $^0$C. Реакционную смесь разбавляли 300 мл этилацетата, промывали 5 % $NaHCO_3$, 1N $H_2SO_4$, водой и высушивали над $Na_2SO_4$. Растворитель упаривали на роторном испарителе. $R_f$ конечного продукта - 0.75 в системе $CHCl_3$ : EtOAc : MeOH (20 : 10 : 3). Выход третбутилоксикарбонилсаркозил-тирозина метилового эфира - 6.2 г (78.5%).

6.2 г (16.92 мМ) третбутилоксикарбонилсаркозил-тирозин метилового эфира растворяли в 200 мл 6 М раствора аммиака в метаноле, охлажденном до 0 $^0$C. Колбу плотно закрывали, и раствор выдерживали 48 ч при комнат

ной температуре. Контроль за ходом реакции осуществляли с помощью тонкослойной хроматографии в системе $CHCl_3$: EtOAc:MeOH (20:10:3). $R_f$ продукта 0.32. Растворитель упаривали, остаток растирали с диэтиловым эфиром до образования сухого аморфного осадка и высушивали в вакууме. Выход третбутилоксикарбонилсаркозил-тирозинамида - 5.4 г (90 %).

5.4 г третбутилоксикарбонилсаркозил-тирозинамида растворяли в 20 мл трифторуксусной кислоты, выдерживали 15 минут при комнатной температуре, растворитель упаривали на роторном испарителе при 25 $^0$C. Остаток кристаллизовали из диэтилового эфира и высушивали в вакууме. Чистоту полученного продукта проверяли с помощью ОФ ВЭЖХ на колонке Luna C-18 4.6 x 150 mm, 5 μm (Phenomenex) с использованием линейного градиента ацетонитрила в воде, содержащей 0.1% ортофосфорной кислоты (0 – 20 % ацетонитрила за 20 мин), скорость потока 1 мл/мин. Выход трифторацетата саркозил-тирозинамида - 5.4 г (96 %).

К раствору трифторацетата саркозил-тирозинамида ( 5.4 г, 14.8 мМ) и бензотриазол-1-карбоксамида тозилата (4.92 г, 14.8 мМ) в 7 мл диметилформамида при перемешивании прибавляли N,N'-диизопропилэтиламин (5.06 мл, 29.6 мМ). По данным ВЭЖХ через 72 часа полнота прохождения реакции составляла около 90 %. Растворитель упаривали со смесью вода : н-бутанол (2 : 3), остаток растворяли в 20 мл воды, наносили на колонку 25 x 150 мм с Сефадексом SE C-25 (Pharmacia Fine Chemicals), уравновешенную в 0.002 М пиридин-сукцинатном буфере. Скорость потока - 2 мл/мин. Дальнейшее разделение проводили в градиенте пиридин-сукцинатного буфера в диапазоне концентраций от 0.002 до 0.5 М. Фракции, содержащие кретинил-тирозинамида сукцинат, анализировали с помощью ОФ ВЭЖХ, объединяли и упаривали. Окончательную очистку проводили путем кристаллизации из изопропилового спирта. Чистоту полученного продукта проверяли с помощью ОФ ВЭЖХ на колонке Luna C-18, 4.6 x 150 мм, 5мкм (Phenomenex) с использованием линейного градиента ацетонитрила в воде, содержащей 0.1%

ортофосфорной кислоты (0–20 % ацетонитрила за 20 мин), скорость потока 1 мл/мин.

Выход кретинил-тирозинамид сукцината 2.7 г (51 %). Масс-спектр, найдено: *m/z*: 292.27. Вычислено: *M* 292.29.

**Пример 6. Синтез амида креатина и замещенного глицина - креатинил-глицинэтиламид ацетата.**

К раствору третбутилоксикарбонилсаркозил-глицин метилового эфира (15 г, 54.88 мМ) в 20 мл сухого этанола, охлажденному до 0 $^0$C, прибавляли 10 мл этиламина, колбу плотно закрывали и оставляли при комнатной температуре. По данным ТСХ, реакция за 48 час проходит полностью. Растворитель упаривали на роторном испарителе. $R_f$ продукта 0.45 в системе $CHCl_3$ : EtOAc : MeOH (20 : 10 : 3). Выход третбутилоксикарбонилсаркозил-глицин-этиламида - 14.7 г (98 %).

14.7 г (53.85 мМ) третбутилоксикарбонилсаркозил-глицинэтиламида растворяли в 40 мл трифторуксусной кислоты, выдерживали 15 минут при комнатной температуре, растворитель упаривали на роторном испарителе при 25 $^0$C. Остаток кристаллизовали из 150 мл диэтилового эфира и высушивали в вакууме. Чистоту полученного продукта контролировали с помощью ОФ ВЭЖХ на колонке Zorbax ODS 250 × 4.6 mm, 5µm (DuPont) в подвижной фазе, содержащей 0.1% TFA (0.5–20 % ацетонитрила за 20 мин). Выход трифторацетата саркозил-глицинэтиламида 13.9 г (92 %).

К раствору трифторацетата саркозил-глицинэтиламида (5 г, 17.3 мМ) и бензотриазол-1-карбоксамида тозилата (5.78 г, 17.3 мМ) в 10 мл диметид-формамида при перемешивании добавляли N, N–диизопропилэтиламин (6 мл, 34.6 мМ). По данным Оф ВЭЖХ на колонке Zorbax ODS 250×4.6 mm, 5µm (градиент ацетонитрила 0–20 % за 20 мин), через 48 час реакция проходит на 90 %. Растворитель упаривали со смесью вода - н-бутанол (2 : 3), остаток растворяли в 40 мл 20 % изопропилового спирта в воде и наносили

на колонку 25 x 150 мм с Сефадексом SE C-25 (Pharmacia Fine Chemicals), уравновешенную в 0.002 М пиридин-ацетатном буфере, содержащем 20 % изопропилового спирта. Далее проводили разделение в градиенте концентрации буфера от 0.002 до 0.25 М. Фракции, содержащие креатинил-глицинэтиламида ацетат, анализировали методом ОФ ВЭЖХ на колонке Zorbax ODS 250×4.6 мм, 5мкм в подвижной фазе, содержащей 0.1% TFA (0 – 20 % ацетонитрила за 20 мин), объединяли и упаривали. Окончательную очистку продукта проводили путем кристаллизации из 10 мл изопропилового спирта при –5 $^0$C. Чистоту продукта контролировали методом ОФ ВЭЖХ на колонке Zorbax ODS 250×4.6 mm, 5μm в подвижной фазе, содержащей 0.1% TFA (0.5–20 % ацетонитрила за 20 мин). Выход креатинил-глицинэтиламид ацетата 2.7 г (56 %). Масс-спектр, найдено: *m/z*: 214.27. Вычислено: *M* 214.25

**Пример 7. Синтез амида креатина и замещенного фенилаланина - креатинил-фенилаланил-аргинил-глицин этилового эфира ацетата**

К раствору дициклогексилкарбодиимид-третбутилоксикарбонил-орнитина (7.9 г, 21.52 мМ) и гидроксибензотриазола (2.91 г, 21.52 мМ) в 20 мл диметилформамида при охлаждении на ледяной бане и перемешивании прибавляли раствор N, N'-дициклогексилкарбодиимида (4.44 г, 21.52 мМ) в 10 мл диметилформамида. Через 10 минут к реакционной смеси добавляли глицин этиловый эфир гидрохлорид (3 г, 21.52 мМ) и триэтиламин (3 мл, 21.52 мМ), перемешивали 1 час при 0 $^0$C и 20 час - при 20 $^0$C. Реакционную смесь разбавляли 300 мл этилацетата, промывали 5 % раствором $NaHCO_3$, 1N $H_2SO_4$, водой и высушивали над $Na_2SO_4$. Растворитель упаривали на роторном испарителе, остаток – кристаллическое вещество. Т. пл. 113-115 $^0$C; $R_f$ 0.89 в системе $CHCl_3$ : EtOAc : MeOH (20 : 10 : 3). Выход дициклогексилкарбодиимид-третбутилоксикарбонил-орнитил-глицин этилового эфира - 8.6 г (88 %).

К раствору 8.6 г дициклогексилкарбодиимид-третбутилоксикарбонил-орнитил-глицин этилового эфира в 150 мл перегнанного над Mg метанола, добавляли палладиевую чернь и гидрировали в течение 3 часов. Полноту реакции контролировали методом ТСХ в системе $CHCl_3$ : EtOAc : MeOH (20 : 10 : 3). Растворитель упаривали на роторном испарителе. Чистоту полученного продукта проверяли с помощью ТСХ в системе EtOAc : n-BuOH : AcOH : $H_2O$ (2 : 1 : 1 : 1). $R_f$ = 0.43.

Выход третбутилоксикарбонил-орнитил-глицин этилового эфира - 6 г (100 %).

К раствору дициклогексилкарбодиимид-фенилаланина (6.24 г, 20,86 мМ) и гидроксибензотриазола (2.82 г, 20.86 мМ) в 20 мл диметилформамида при охлаждении на ледяной бане и перемешивании прибавляли раствор дициклогексилкарбодиимида (4.3 г, 20.86 мМ) в 10 мл диметилформамиде. Через 10 мин. к реакционной массе добавляли третбутилоксикарбонил-орнитил-глицин этиловый эфир (6 г, 18.92 мМ), перемешивали 1 час при 0 $^0$C и 20 час - при 20 $^0$C. Реакционную смесь разбавляли 300 мл этилацетата, промывали 5 % раствором $NaHCO_3$, 1N $H_2SO_4$, водой и высушивали над $Na_2SO_4$. Растворитель упаривали на роторном испарителе, продукт при упаривании кристаллизовался. Т. пл. 179-182 $^0$C; $R_f$ 0.52 в системе $CHCl_3$ : EtOAc : MeOH (20 : 10 : 3).

Выход дициклогексилкарбодиимид-фенилаланил-орнитил(третбутилоксикарбонил)-глицин этилового эфира 8.7 г (77 %).

К раствору 8.7 г дициклогексилкарбодиимид-фенилаланил-орнитил-(третбутилоксикарбонил)-глицин этилового эфира в 150 мл перегнанного над Mg метанола, добавляли палладиевую чернь и гидрировали в течение 3 час. Полноту реакции контролировали с помощью ТСХ в системе $CHCl_3$ : EtOAc : MeOH (20 : 10 : 3). Растворитель упаривали на роторном испарителе. Чистоту полученного продукта проверяли с помощью ТСХ в системе EtOAc : n-BuOH : AcOH : $H_2O$ (2 : 1 : 1 : 1). $R_f$ = 0.27.

Выход фенилаланил-орнитил(третбутилоксикарбонил)-глицин этилового эфира - 6.58 г (100 % ).

К раствору третбутилоксикарбонилсаркозина (3.78 г, 20 мМ) и гидроксибензотриазола (2.7 г, 20.00 мМ) в 20 мл диметилформамида при охлаждении на ледяной бане и перемешивании прибавляли раствор дициклогексилкарбодиимида (4.12 г, 20.00 мМ) в 10 мл диметилформамида. Через 10 мин к реакционной смеси добавляли фенилаланил-орнитил(третбутилоксикарбонил)-глицин этилового эфира (6.58 г, 14.2 мМ) и перемешивали 1 ч при 0 $^0$C и 20 ч - при 20 $^0$C. Реакционную смесь разбавляли 300 мл этилацетата, промывали 5 % раствором $NaHCO_3$, 1N $H_2SO_4$, водой. Раствор охлаждали и выдерживали 3 часа при 4 $^0$C; продукт выпадал в осадок. Осадок отфильтровывали, промывали эфиром и высушивали в вакууме. Т. пл. 189-192 $^0$C; $R_f$ 0.40 в системе $CHCl_3$ : EtOAc : MeOH (20 : 10 : 3).

Выход третбутилоксикарбонилсаркозил-фенилаланил-орнитил(третбутилоксикарбонил)-глицин этилового эфира - 6.5 г (72 %).

6.5 г третбутилоксикарбонилсаркозил-фенилаланил-орнитил(третбутилоксикарбонил)-глицин этилового эфира растворили в 40 мл трифторуксусной кислоты, выдерживали 15 минут при комнатной температуре, растворитель упаривали на роторном испарителе при 25 $^0$C. Остаток кристаллизовали из 250 мл диэтилового эфира и высушивали в вакууме. Чистоту полученного продукта проверяли методом ОФ ВЭЖХ на колонке Phenomenex Luna C-18, 5μ, 4.6x150 мм с использованием линейного градиента ацетонитрила в воде, содержащей 0.1 % трифторуксусной кислоты (7–27 % ацетонитрила за 20 мин), скорость потока 1 мл/мин.

Выход трифторацетата саркозил-фенилаланил-орнитил-глицина этилового эфира - 6.5 г (96 %).

Раствор трифторацетата саркозил-фенилаланил-орнитил-глицин этилового эфира (2 г, 3.02 мМ) в 5 мл воды наносили на колонку 15х 100 мм с Амберлитом IRA-67 (“Sigma”) в $OH^-$ форме, промывали колонку водой. Фрак-

ции с pH более 7 объединяли, упаривали и высушивали путем трехкратной отгонки с изопропиловым спиртом. Полученный саркозил-фенилаланил-орнитил-глицин этилового эфира растворяли в 5 мл диметилформамида, добавляли 0.5 г LiCl (Merck) для улучшения растворимости, после чего вносили N, N' – диизопропилэтиламин (1.05 мл, 6.04 мМ) и бензотриазол-1-карбоксамида тозилат (2.01г, 6.04мМ), добавляли 5 мл диметилформамида и перемешивали 72 час. По данным ОФ ВЭЖХ на колонке Phenomenex Luna C-18, 5µ, 4.6х150 мм, линейный градиент ацетонитрила в воде, содержащей 0.1% трифторуксусной кислоты (7–27 % ацетонитрила за 20 мин, скорость потока 1 мл/мин), реакция проходит более чем на 90 % через 40 час. Растворитель упаривали со смесью вода - н-бутанол (2:3), остаток растворяли в 20 мл воды и наносили на колонку 25 х 150 мм с Сефадексом SE C-25 (Pharmacia Fine Chemicals), уравновешенную в 0.002 М пиридин-ацетатном буфере. Колонку промывали 400 мл 0.002 М буфера (скорость потока 2 мл/мин), проводили разделение в градиенте 0.002-0.5 М пиридин-ацетатного буфера. Фракции, содержащие креатинил-фенилаланил-аргинил-глицин этиловый эфир ацетат, объединяли и упаривали. Окончательную очистку продукта проводили путем кристаллизации из 20 мл изопропилового спирта при комнатной температуре. Чистоту полученного продукта проверяли с помощью ОФ ВЭЖХ на колонке Luna C-18, 5µм, 4.6х150 мм (Phenomenex) с использованием линейного градиента ацетонитрила в воде, содержащей 0.1 % ортофосфорной кислоты (8–28 % ацетонитрила за 20 мин), скорость потока 1 мл/мин.

Выход креатинил-фенилаланил-аргинил-глицин этиловый эфир ацетата 0.72 г (37 %). Масс-спектр, найдено: *m/z*: 520.60. Вычислено: M 520.61.

**Пример 8. Синтез амида креатина и незамещенного фенилаланина - креатинил-фенилаланина хлоргидрата.**

К раствору третбутидоксикарбонилсаркозина (4 г, 21.14 мМ) и гидроксибензтриазола (2.86 г, 21.14 мМ) в 30 мл диметилформамида при охлаждении на ледяной бане и перемешивании прибавляли раствор дициклогексилкарбодиимида (4.36 г, 21.14 мМ) в 10 мл диметилформамида. Через 10 мин к реакционной массе добавляли фенилаланин бензиловый эфир п-толуолсульфокислый (8.13 г, 19.03 мМ) и триэтиламин (2.7 мл, 19.03 мМ), перемешивали 1 ч при 0 $^0$C и 20 ч - при 20 $^0$C. N,N'-дициклогексилмочевину отфильтровывали, реакционную смесь разбавляли 200 мл этилацетата, промывали 5 % раствором $NaHCO_3$, 1N $H_2SO_4$, водой и высушивали над $Na_2SO_4$. Растворитель упаривали на роторном испарителе. $R_f$ основного вещества равен 0.85 в системе $CHCl_3$ : EtOAc : MeOH (20 : 10 : 3).

Выход: третбутилоксикарбонилсаркозил-фенилаланин бензилового эфира - 7.3 г (90 %).

7.3 г (17.15 мМ) третбутилоксикарбонилсаркозил-фенилаланин бензилового эфира растворяли в 20 мл 65 % трифторуксусной кислоты в $CH_2Cl_2$, выдерживали 30 минут при комнатной температуре, растворитель упаривали на роторном испарителе при 25 $^0$C. Остаток кристаллизовали из 200 мл диэтилового эфира, высушивали в вакууме. Чистоту полученного продукта проверяли с помощью ОФ ВЭЖХ на колонке Phenomenex Luna C-18, 5μм, 4.6x150 мм (20 – 40 % ацетонитрила за 20 мин).

Выход: саркозил-фенилаланин бензилового эфира трифторацетата - 6 г (80 %).

К раствору саркозил-фенилаланин бензилового эфира трифторацетата (6 г, 13.62 мМ) и бензотриазол-1-карбоксамид тозилата (4.54 г, 13.62 мМ) в 7 мл диметилформамида при перемешивании добавляли N,N'-диизопропилэтиламин (4.74 мл, 27.24 мМ). По данным ОФ ВЭЖХ на колонке Phenomenex Luna C-18, 5μм, 4.6x150 mm (20–40 % ацетонитрила за 20 мин), через 72 ч реакция прошла практически полностью. Растворитель

упаривали со смесью вода - н-бутанол (2:3), остаток растворяли в 80 мл 30 % водного изопропилового спирта и наносили на колонку 25 x 150 мм с Сефадексом SE C-25 (Pharmacia Fine Chemicals), уравновешенную в 0.002 М пиридин-ацетатном буфере, содержащем 20 % изопропилового спирта. Колонку промывали 400 мл стартового буфера (скорость потока 2 мл/мин), проводили разделение в градиенте 0.002-0.5 М пиридин-ацетатного буфера, содержащего 20 % изопропилового спирта.

Фракции, содержащие креатинил-фенилаланин бензиловый эфир ацетат, анализировали с помощью ОФ ВЭЖХ на колонке Phenomenex Luna C-18, 5μм, 4.6x150 мм (20 – 40 % ацетонитрила за 20 мин), объединяли и упаривали. Выход креатинил-фениламин бензилового эфира ацетата - 2.54 г (41 %).

2.54 г (5.93 мМ) креатинил-фениламин бензилового эфира ацетата растворили в 80 мл метанола и гидрировали над Pd чернью. По мере протекания реакции продукт выпадал в осадок. Через 4 часа по данным ТСХ в системе ACN: $H_2O$:AcOH (7:1:1) гидрирование прошло практически полностью. Выпавший осадок вместе с катализатором отфильтровывали, промывали метанолом и растворяли в 200 мл 0.01 M HCl в 40 % водном метаноле. Катализатор отфильтровывали, фильтрат упаривали, остаток кристаллизовали из 10 мл изопропилового спирта. Чистоту полученного продукта проверяли с помощью ОФ ВЭЖХ на колонке Luna C-18, 5μм, 4.6 x 150 mm, Phenomenex (5–25 % ацетонитрила за 20 мин).

Выход 1.1 г (69 %). Масс-спектр, найдено: *m/z*: 278.27. Вычислено: M 278.29.

**Пример 9. Исследование стабильности амидов креатина в водном растворе и плазме крови.**

Изучение стабильности амидов креатина в водном растворе, а также плазме крови человека и крысы, проводилось методом обращенно-фазовой

ВЭЖХ с использованием хроматографической системы Beckman System Gold (США) в следующей комплектации: Programmable Solvent

Module 126, Manual Injector Rheodyne 7725i, Programmable Detector Module 166, оснащенной программой управления и обработки данных Beckman System Gold Chromatography Software. Анализ проводили на колонке Luna 5μ C18(2) 100 Å 150 x 4.6 mm ( Phenomenex, США) с предколонкой Guard Cartridge C18 при скорости потока 1 мл/мин в линейном градиенте ацетонитрила : для аналога из примера 1 от 5 % до 25 % ацетонитрила за 20 мин ( буфер А: 0.1% $H_3PO_4$- $H_2O$, буфер В : 0.1% $H_3PO_4$ – ацетонитрил ), в случае вещества из примера 2-8 – от 3 % до 23 % ацетонитрила за 20 мин. Детекция осуществлялась на длине волны 220 нм. Дозировка образцов на колонку проводилась петлей 20 мкл.

Для приготовления растворов исследуемых веществ на аналитических весах бралась точная навеска каждого амида. К ней добавляли расчетное количество бидистиллированной воды для получения концентрации 2 мг/мл. Часть раствора разбавляли в 10 раз и сразу проводили анализ образца. Далее этот раствор выдерживали при комнатной температуре и через 3 часа повторяли анализ. По результатам этих определений площадь пиков обоих препаратов через 3 ч снижается незначительно (менее 3 %), не обнаружено появление новых пиков.

Для изучения стабильности амидов креатина к 200 мкл раствора в воде исходного амида с концентрацией 2-3 мг/мл добавляли 1 мл воды или плазмы крови, встряхивали и сразу же отбирали пробу объемом 200 мкл и проводили анализ начальной концентрации амида креатина. Далее раствор помещали в вибротермостат при температуре 37 °С и из нее отбирали аликвоту 200 мкл через 0,5, 1 и 3 часа термостатирования. К отобранной пробе прибавляли 20 мкл 10 % раствора трихлоруксусной кислоты и выдерживали 15 мин при температуре минус 24 °С, цинтрифугировали при 6000 g в

течении 5 мин для осаждения белков плазмы, отбирали супернатант и проводили его анализ. Для оценки стабильности препаратов сравнивали площади пиков соответствующего соединения в начале эксперимента и через выбранные промежутки времени (таблицы 1-2).

**Таблица 1. Стабильность аналогов креатина в плазме крови человека**

| Препарат | Стабильность в плазме крови человека | | | | |
|---|---|---|---|---|---|
| | 0 ч | 0.5 ч | 0.75 ч | 1 ч | 3 ч |
| По примеру 1 | 100 % | 99 % | - | 103 % | 104 % |
| По примеру 2 | 100 % | 99 % | - | 99 % | 100 % |
| По примеру 3 | 100 % | 100 % | - | 100 % | 100 % |
| По примеру 4 | 100 % | 98 % | - | 100 % | 99 % |
| По примеру 5 | 100 % | 98 % | - | 97 % | 93 % |
| По примеру 6 | 100 % | 97 % | - | 95 % | 95 % |
| По примеру 7 | 100 % | 94 % | - | 90 % | 85 % |
| По примеру 8 | 100 % | 99 % | - | 98 % | 97 % |
| Бензиловый эфир креатина | 100 % | - | 53 % | - | 46 % |

**Таблица 2. Стабильность аналогов креатина в плазме крови крысы**

| Препарат | Стабильность в плазме крови крысы | | | |
|---|---|---|---|---|
| | 0 ч | 0.5 ч | 1 ч | 3 ч |
| По примеру 1 | 100 % | 96 % | 98 % | 99 % |
| По примеру 2 | 100 % | 100 % | 97 % | 98 % |

| | | | | |
|---|---|---|---|---|
| По примеру 3 | 100 % | 96 % | 98 % | 99 % |
| По примеру 4 | 100 % | 99 % | 99 % | 96 % |
| По примеру 5 | 100 % | 98 % | 97 % | 93 % |
| По примеру 6 | 100 % | 97 % | 97 % | 95 % |
| По примеру 7 | 100 % | 93 % | 92 % | 85 % |
| По примеру 8 | 100 % | 98 % | 98 % | 95 % |

Как следует из приведенных данных, амиды креатина имеют высокую стабильность в плазме как человека, так и крысы – их концентрация в течение 3 ч оставалась практически неизменной, в то время, как концентрация препарата-аналога – бензилового эфира креатина в плазме крови человека за 0.75 часа снижалась до 53 % во всех случаях.

**Пример 10. Ноотропное действие амидов креатина**

Исследование влияния амидов креатина на их способность проявлять нейропротекторное действие на ткани головного мозга проведены на модели фокальной и глобальной церебральной ишемии крыс.

Глобальную церебральную ишемию индуцировали у самцов крыс S-D, анестезированных нембуталом путем пережатия обеих сонных артерий на 12 мин. с одновременной контролируемой гипотензией (45 мм Hg).

Интрацеребровентрикулярную (и.ц.в.) канюлю вводили стереотаксически в левый латеральный церебральный желудочек при использовании кетаминовой анестезии и присоединяли к осмотическому мини насосу Alzet (AP), (модель 1002, скорость подачи раствора 0,25 мкл/ч), который был предварительно заполнен экспериментальным раствором и размещен подкожно между лопатками.

Исследуемые препараты вводили и.ц.в. (a, b), или перорально (a) в дозах 20 мг/кг массы, в следующих вариантах эксперимента:

(a) – начиная за 5 дней до ишемии и продолжая 7 дней после ишемии (оценка эффективности препарата для профилактики и терапии ишемии);

(b) – начиная через 30 мин после индукции ишемии и продолжая 7 дней (оценка эффективности препарата для терапии ишемии);

(c) - начиная за 1 час до ишемии (оценка эффективности препарата для профилактики и терапии ишемии);

На 7 день после ишемии крыс умерщвляли декапитацией, мозг удаляли, погружали на 12-24 ч. в 2 % параформальдегид, затем - в 96 % этанол, кодировали для «слепого» анализа и проводили морфологическое исследование. Степень повреждения мозга оценивали по количеству «сжавшихся» нейронов в различных регионах мозга.

В целом, заключение об эффективности препаратов проведено на основе изучения их влияния на поведенческие реакции животных в водном лабиринте Морриса и на основе анализа морфологических изменений ткани головного мозга при введении амидов креатина на фоне глобальной и фокальной церебральной ишемии.

1. Данные поведенческого тестирования в водном лабиринте Морриса (ВТМ) при внутрибрюшинном введении препарата.

Для исследования использованы композиции препарата ниже приведенного состава (таблица 3).

**Таблица 3. Состав композиций для биологического исследования**

| № | Наименование компонента | Количество, г |
|---|---|---|
| | **Композиция 1.** | |
| 1 | Амид креатина по примеру 1 | 20,0 |
| | Натрия хлорид | 9,0 |
| | Нипагин | 1,0 |
| | Натр едкий 0.1 М раствор | до pH 7.0 |
| | Вода | до 1 л |

| | | |
|---|---|---|
| **Композиция 2.** | | |
| 2 | Амид креатина по примеру 2 | 10,0 |
| | Магния сульфат | 10,0 |
| | Нипагин | 1,0 |
| | Натр едкий 0.1 М раствор | до pH 7,2 |
| | Вода | до 1 л |
| **Композиция 3.** | | |
| 3 | Амид креатина по примеру 1 | 30,0 |
| | Кислота янтарная | 0,5 |
| | Нипагин | 1,0 |
| | Кали едкий 0.1 М раствор | до pH 7,2 |
| | Вода | до 1 л |
| **Композиция 4** | | |
| 4 | Амид креатина по примеру 3 | 0,35 |
| | Микрокристаллическая целлюлоза | 0,0769 |
| | Кросповидон | 0,022 |
| | Кальций фосфат дигидрат | 0,1000 |
| | Натрий стеарилфумарат | 0,1000 |
| | Итого: | 0,65 |
| **Композиция 5** | | |
| 5 | Амид креатина по примеру 4 | 0,35 |
| | Кросповидон | 0,017 |
| | Лактоза | 0,003 |
| | Стеариновая кислота | 0,002 |
| | Калия цитрат | 0,002 |
| | Аэросил | 0,001 |
| | Итого: | 0,375 |
| **Композиция 6** | | |
| 6 | Амид креатина по примеру 4 | 0,35 |
| | Маннит | 0,006 |
| | Аэросил | 0,001 |
| | Итого: | 0,357 |
| **Композиция 7** | | |
| 7 | Актовегин (аналог по действию) | 0,35 |

| | | |
|---|---|---|
| | Микрокристаллическая целлюлоза | 0,0769 |
| | Кросповидон | 0,022 |
| | Кальций фосфат дигидрат | 0,100 |
| | Натрий стеарилфумарат | 0,100 |
| | Итого: | 0,65 |
| **Композиция 8** | | |
| **8** | Амид креатина по примеру 5 | 2,0 |
| | Натрия хлорид | 9,0 |
| | Нипагин | 1,0 |
| | Натр едкий 0.1 М раствор | до pH 7,2 |
| | Вода | до 1 л |
| **Композиция 9** | | |
| **9** | Амид креатина по примеру 7 | 2,0 |
| | Натрия хлорид | 9,0 |
| | Нипагин | 1,0 |
| | Натр едкий 0.1 М раствор | до pH 7,2 |
| | Вода | до 1 л |
| **Композиция 10** | | |
| **10** | Амид креатина по примеру 6 | 20,0 |
| | Натрия хлорид | 9,0 |
| | Нипагин | 1,0 |
| | Натр едкий 0.1 М раствор | до pH 7,2 |
| | Вода | до 1 л |

При анализе эффективности в отношении нарушений энергетического тканевого метаболизма, вызванного фокальной ишемией мозга, сравнивались данные обучения в ВТМ крыс группы с в/б инъекциями и пероральным введением препаратов (n=7), негативного контроля с в/б введением физиологического раствора (n=13), позитивного контроля (n=5) и ложно оперированных животных (ЛО) (n=5).

Статистический анализ (метод ANOVA с повторными измерениями) показал, что группы существенно отличаются по ходу обучения. Обучение наблюдалось у экспериментальной группы (введение препарата), группы

цирования ФИМ – через 1 и 3 дня. По данному эффекту группа с введением исследуемого препарата приближается к группе позитивного контроля (гипотремии) и группе ЛО животных.

При анализе данных поведения животных в установке «Открытое поле» отмечено выраженное влияние в/б введения амидов креатина на один из показателей функционального состояния животных при хронической ФИМ – латентность инициации движения, отражающую степень нарушения структуры нейронов и межнейронных связей. Сравнивались данные по латентности инициации движения крыс группы с в/б инъекциями композиции (n=7), негативного (n=13), позитивного контролей (n=5) и ложнооперированных животных (n=5) за один день до и через 1, 3 и 7 дней после ФИМ.

Инициация движения (warm-up) – комплексная мультистадийная двигательная реакция организма на внутренние и/или внешние стимулы.

В соответствии с предложенной Golani et al (Golani I, Wolgin DL, Teitelbaum, P., 1979) процедурой, для оценки инициации движения измерялось время, необходимое животному для того, чтобы выйти за пределы участка пространства – квадрата 20×20 см, расположенного в центре установки открытого поля (1×1×0,5 м).

Полученные результаты представлены в таблице 5.

**Таблица 5. Данные поведенческого тестирования животных в «открытом поле» - (композиция 2, эксперимент а)**

| **Воздействие** | **Латентность инициации движения, с** | | | |
|---|---|---|---|---|
| | За 1 день до ишемии | Через 1 день после ишемии | Через 3 дня после ишемии | Через 7 дней после ишемии |
| ФИМ | 9±2 | 49±4 | 46±4 | 16±3 |
| ФИМ + композиция 2 | 9±2 | 25±6 | 30±8 | 10±2 |
| ФИМ + гипотермия | 8±2 | 10±8 | 5±2 | 2±2 |

Введение амидов креатина приводит к достоверному снижении площади повреждения головного мозга при экспериментальной ишемии (таблица 6).

**Таблица 6 . Показатели повреждения головного мозга крыс при экспериментальной ишемии/постишемической реперфузии на фоне введения амидов креатина**

| Препарат, количество животных (n) | Отношение площади повреждения к площади всего фронтального среза мозга (%) |
|---|---|
| Контроль, физраствор, и.ц.в. ввод, модель эксперимента (с), (n=6) | 17,0±1,8 |
| Композиция 8, и.ц.в. ввод, модель эксперимента (с), (n=5) | 10,3±1,0 |
| Композиция 9, и.ц.в. ввод, модель эксперимента (с), (n=5) | 11,9±2,0 |
| Композиция 10 и.ц.в. ввод, модель эксперимента (с), (n=6) | 8,4±0,7 |

Приведенные данные свидетельствуют о нейропротекторном воздействии препаратов, содержащих амиды креатина, в условиях ишемии мозговой ткани. Композиции на основе амидов креатина положительно влияют на восстановление когнитивных функций после экспериментального инсульта и латентность инициации движений, характеризующую общее состояние энергетического тканевого метаболизма мозговой ткани животного, функциональное состоянии нейронов и ассоциативных областей коры мозга.

# ФОРМУЛА ИЗОБРЕТЕНИЯ

1.Амиды креатина общей формулы:

**NH=C(NH$_2$)-N(CH$_3$)-CH$_2$-CO-NH-R*X,** где R- аминокислотный остаток алифатической, ароматической или гетероароматической аминокислоты или ее производное, представляющее собой фармацевтически приемлемые соли аминокислот, сложные эфиры аминокислот, амиды аминокислот или пептиды; X – низкомолекулярная органическая или минеральная кислота, или вода.

2.Способ получения амидов креатина по п.1, заключающийся в том, что реакцию гуанидилирующих агентов с амидами саркозина проводят в полярных органических растворителях при температуре не более 50 °C.

3.Амиды креатина общей формулы:

**NH=C(NH$_2$)-N(CH$_3$)-CH$_2$-CO-NH-R*X,** где R- аминокислотный остаток алифатической, ароматической или гетероароматической аминокислоты или ее производное, представляющее собой фармацевтически приемлемые соли аминокислот, сложные эфиры аминокислот, амиды аминокислот или пептиды; X – низкомолекулярная органическая или минеральная кислота или вода, в качестве средства, обладающего нейропротекторным действием.

# INTERNATIONAL SEARCH REPORT

International application No.
PCT/RU 2008/000793

A. CLASSIFICATION OF SUBJECT MATTER

**see supplemental sheet**

According to International Patent Classification (IPC) or to both national classification and IPC

B. FIELDS SEARCHED

Minimum documentation searched (classification system followed by classification symbols)

C07C 279/10, 277/08, C07K 5/068, 5/11, A61K 38/05, 38/07, 31/16, A61P 25/28

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

Chem.Abstr.; RUPAT, EARUPATIS, Esp@senet, PAJ, USPTO, CIPO, DEPATIS, PCT Online

C. DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | US 3870709 A (PFIZER INC.) 11.03.1975, column 18, example 8, the abstract, column 1, fist paragraph | 1-3 |
| A | RU 2236401 C2 (MERK PATENT GMBKH) 20.09.2004, page 8, table 4, compound 5, the abstract, claims 1, 7 | 1-3 |
| A | DE 10057996 A1 (MAX-PLANCK-GESELLSCHAFT ZUR FORDERUNG DER WISSENSCHAFTEN E.V.) 06.06.2002, pages 2 and 4 of the description, page 4, line 40-68 | 1-3 |
| E | RU 2354645 C1 (ZAKRYTOE AKTSIONERNOE OBSCHESTVO "VERTEKS") 10.05.2009 | 1-3 |

☐ Further documents are listed in the continuation of Box C. ☐ See patent family annex.

* Special categories of cited documents:
"A" document defining the general state of the art which is not considered to be of particular relevance
"E" earlier application or patent but published on or after the international filing date
"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)
"O" document referring to an oral disclosure, use, exhibition or other means
"P" document published prior to the international filing date but later than the priority date claimed
"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone
"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art
"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 10 August 2009 (10.08.2009) | 27 August 2009 (27.08.2009) |
| Name and mailing address of the ISA/ RU | Authorized officer |
| Facsimile No. | Telephone No. |

Form PCT/ISA/210 (second sheet) (July 1998)

INTERNATIONAL SEARCH REPORT

International application No.
PCT/RU 2008/000793

CLASSIFICATION OF SUBJECT MATTER

*C07C 279/10* (2006.01)
*C07C 277/08* (2009.01)
*C07K 5/068* (2009.01)
*C07K 5/11* (2009.01)
*A61K 38/05* (2006.01)
*A61K 38/07* (2006.01)
*A61K 31/16* (2006.01)
*A61P 25/28* (2006.01)

# ОТЧЕТ О МЕЖДУНАРОДНОМ ПОИСКЕ

Международная заявка №
PCT/RU 2008/000793

А. КЛАССИФИКАЦИЯ ПРЕДМЕТА ИЗОБРЕТЕНИЯ:

см. дополнительный лист

Согласно Международной патентной классификации МПК

В. ОБЛАСТЬ ПОИСКА:

Проверенный минимум документации (система классификации с индексами классификации):

C07C 279/10, 277/08, C07K 5/068, 5/11, A61K 38/05, 38/07, 31/16, A61P 25/28

Другая проверенная документация в той мере, в какой она включена в поисковые подборки:

Электронная база данных, использовавшаяся при поиске (название базы и, если, возможно, используемые поисковые термины): Chem.Abstr.; RUPAT, EARUPATIS, Esp@senet, PAJ, USPTO, CIPO, DEPATIS, PCT Online

С. ДОКУМЕНТЫ, СЧИТАЮЩИЕСЯ РЕЛЕВАНТНЫМИ:

| Категория* | Цитируемые документы с указанием, где это возможно, релевантных частей | Относится к пункту № |
|---|---|---|
| A | US 3870709 A (PFIZER INC.) 11.03.1975, колонка 18, пример 8, реферат, колонка 1, первый абзац | 1-3 |
| A | RU 2236401 C2 (МЕРК ПАТЕНТ ГМБХ) 20.09.2004, с. 8, таблица 4, соединение 5, реферат, пп. 1, 7 формулы | 1-3 |
| A | DE 10057996 A1 (MAX-PLANCK-GESELLSCHAFT ZUR FORDERUNG DER WISSENSCHAFTEN E.V.) 06.06.2002, с. 2 и 4 описания, с. 4, строки 40-68 | 1-3 |
| E | RU 2354645 C1 (ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО "ВЕРТЕКС") 10.05.2009 | 1-3 |

☐ последующие документы указаны в продолжении графы С. ☐ данные о патентах-аналогах указаны в приложении

* Особые категории ссылочных документов:

A документ, определяющий общий уровень техники и не считающийся особо релевантным

E более ранняя заявка или патент, но опубликованная на дату международной подачи или после нее

L документ, подвергающий сомнению притязание (я) на приоритет, или который приводится с целью установления даты публикации другого ссылочного документа, а также в других целях (как указано)

O документ, относящийся к устному раскрытию, использованию, экспонированию и т.д.

P документ, опубликованный до даты международной подачи, но после даты испрашиваемого приоритета

T более поздний документ, опубликованный после даты международной подачи или приоритета, но приведенный для понимания принципа или теории, на которых основывается изобретение

X документ, имеющий наиболее близкое отношение к предмету поиска; заявленное изобретение не обладает новизной или изобретательским уровнем, в сравнении с документом, взятым в отдельности

Y документ, имеющий наиболее близкое отношение к предмету поиска; заявленное изобретение не обладает изобретательским уровнем, когда документ взят в сочетании с одним или несколькими документами той же категории, такая комбинация документов очевидна для специалиста

& документ, являющийся патентом-аналогом

| Дата действительного завершения международного поиска: | Дата отправки настоящего отчета о международном поиске: |
|---|---|
| 10 августа 2009 (10.08.2009) | 27 августа 2009 (27.08.2009) |
| Наименование и адрес ISA/RU<br>ФГУ ФИПС<br>РФ,123995, Москва, Г-59, ГСП-5, Бережковская наб., 30,1<br>Факс:(499) 243-3337 | Уполномоченное лицо:<br>О. Заварзина<br>Телефон № (499) 240-25-91 |

Форма PCT/ISA/210 (второй лист)(июль 2008)

# ОТЧЕТ О МЕЖДУНАРОДНОМ ПОИСКЕ

Международная заявка №
PCT/RU 2008/000793

КЛАССИФИКАЦИЯ ПРЕДМЕТА ИЗОБРЕТЕНИЯ:

***C07C 279/10*** *(2006.01)*
***C07C 277/08*** *(2009.01)*
***C07K 5/068*** *(2009.01)*
***C07K 5/11*** *(2009.01)*
***A61K 38/05*** *(2006.01)*
***A61K 38/07*** *(2006.01)*
***A61K 31/16*** *(2006.01)*
***A61P 25/28*** *(2006.01)*