# EXHIBIT C

NOMENCLATURE OF INORGANIC CHEMISTRY
IUPAC Recommendations 2005

# IUPAC Periodic Table of the Elements

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 **H** | | | | | | | | | | | | | | | | | 2 **He** |
| 3 **Li** | 4 **Be** | | | | | | | | | | | 5 **B** | 6 **C** | 7 **N** | 8 **O** | 9 **F** | 10 **Ne** |
| 11 **Na** | 12 **Mg** | | | | | | | | | | | 13 **Al** | 14 **Si** | 15 **P** | 16 **S** | 17 **Cl** | 18 **Ar** |
| 19 **K** | 20 **Ca** | 21 **Sc** | 22 **Ti** | 23 **V** | 24 **Cr** | 25 **Mn** | 26 **Fe** | 27 **Co** | 28 **Ni** | 29 **Cu** | 30 **Zn** | 31 **Ga** | 32 **Ge** | 33 **As** | 34 **Se** | 35 **Br** | 36 **Kr** |
| 37 **Rb** | 38 **Sr** | 39 **Y** | 40 **Zr** | 41 **Nb** | 42 **Mo** | 43 **Tc** | 44 **Ru** | 45 **Rh** | 46 **Pd** | 47 **Ag** | 48 **Cd** | 49 **In** | 50 **Sn** | 51 **Sb** | 52 **Te** | 53 **I** | 54 **Xe** |
| 55 **Cs** | 56 **Ba** | *57–71 lanthanoids | 72 **Hf** | 73 **Ta** | 74 **W** | 75 **Re** | 76 **Os** | 77 **Ir** | 78 **Pt** | 79 **Au** | 80 **Hg** | 81 **Tl** | 82 **Pb** | 83 **Bi** | 84 **Po** | 85 **At** | 86 **Rn** |
| 87 **Fr** | 88 **Ra** | ‡89–103 actinoids | 104 **Rf** | 105 **Db** | 106 **Sg** | 107 **Bh** | 108 **Hs** | 109 **Mt** | 110 **Ds** | 111 **Rg** | 112 Uub | 113 Uut | 114 Uuq | 115 Uup | 116 Uuh | 117 Uus | 118 Uuo |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * 57 **La** | 58 **Ce** | 59 **Pr** | 60 **Nd** | 61 **Pm** | 62 **Sm** | 63 **Eu** | 64 **Gd** | 65 **Tb** | 66 **Dy** | 67 **Ho** | 68 **Er** | 69 **Tm** | 70 **Yb** | 71 **Lu** |
| ‡ 89 **Ac** | 90 **Th** | 91 **Pa** | 92 **U** | 93 **Np** | 94 **Pu** | 95 **Am** | 96 **Cm** | 97 **Bk** | 98 **Cf** | 99 **Es** | 100 **Fm** | 101 **Md** | 102 **No** | 103 **Lr** |

International Union of Pure and Applied Chemistry

# Nomenclature of Inorganic Chemistry

## IUPAC RECOMMENDATIONS 2005

Issued by the Division of Chemical Nomenclature and Structure Representation in collaboration with the Division of Inorganic Chemistry

Prepared for publication by

**Neil G. Connelly**
*University of Bristol, UK*

**Ture Damhus**
*Novozymes A/S, Denmark*

**Richard M. Hartshorn**
*University of Canterbury, New Zealand*

**Alan T. Hutton**
*University of Cape Town, South Africa*

RSC Publishing

IUPAC

Cover images ©Murray Robertson/visual elements 1998–99, taken from the 109 Visual Elements Periodic Table, available at www.chemsoc.org/viselements

ISBN 0-85404-438-8

A catalogue record for this book is available from the British Library

© International Union of Pure and Applied Chemistry, 2005

*All rights reserved*

*Apart from fair dealing for the purposes of research for non-commercial purposes or for private study, criticism or review, as permitted under the Copyright, Designs and Patents Act 1988 and the Copyright and Related Rights Regulations 2003, this publication may not be reproduced, stored or transmitted, in any form or by any means, without the prior permission in writing of The Royal Society of Chemistry, or in the case of reproduction in accordance with the terms of licences issued by the Copyright Licensing Agency in the UK, or in accordance with the terms of the licences issued by the appropriate Reproduction Rights Organization outside the UK. Enquiries concerning reproduction outside the terms stated here should be sent to The Royal Society of Chemistry at the address printed on this page.*

Published for the International Union of Pure and Applied Chemistry by The Royal Society of Chemistry, Thomas Graham House, Science Park, Milton Road, Cambridge CB4 0WF, UK

Registered Charity Number 207890

For further information see our web site at www.rsc.org and the IUPAC site at www.iupac.org

Typeset by Alden Bookset, Northampton, UK
Printed by Biddles Ltd, King's Lynn, Norfolk, UK

*Examples:*

1. $[Pt(\eta^2\text{-}C_2H_4)Cl_3]^-$ trichlorido($\eta^2$-ethene)platinate(II)
2. $[Hg(CHCl_2)Ph]$ (dichloromethyl)(phenyl)mercury

(b) Following multiplicative prefixes of the series bis, tris, *etc.*, unless other enclosing marks are to be used because of the nesting order (see Section IR-2.2.1).

*Examples:*

3. $[CuCl_2(NH_2Me)_2]$ dichloridobis(methylamine)copper(II)
4. $Fe_2S_3$ diiron tris(sulfide)

(c) To enclose oxidation and charge numbers.

*Example:*

5. $Na[B(NO_3)_4]$ sodium tetranitratoborate(III), or sodium tetranitratoborate(1−)

(d) For radicals, to enclose the radical dot, and the charge number if appropriate.

*Examples:*

6. $ClOO^{\bullet}$ chloridodioxygen(•)
7. $Cl_2^{\bullet -}$ dichloride(•1−)

(e) To enclose stoichiometric ratios for formal addition compounds.

*Example:*

8. $8H_2S{\cdot}46H_2O$ hydrogen sulfide—water (8/46)

(f) To enclose italic letters representing bonds between two (or more) metal atoms in coordination compounds.

*Example:*

9. $[Mn_2(CO)_{10}]$ bis(pentacarbonylmanganese)(*Mn*—*Mn*)

(g) To enclose stereochemical descriptors (see Section IR-9.3)

*Examples:*

10.




$[CoCl_3(NH_3)_3]$ (*OC*-6-22)-triamminetrichloridocobalt(III)



PEPSI_0005922

They can also indicate the sign of optical rotation in the formula or name of an optically active compound.

*Example:*

5. $(+)_{589}$-$[Co(en)_3]^{3+}$ $(+)_{589}$-tris(ethane-1,2-diamine)cobalt(3+)

### IR-2.3.3 'Em' dashes

'Em' dashes are used in *formulae* only when the formulae are structural. (The less precise term 'long dashes' was used in Ref. 4.)

In *names*, 'em' dashes are used in two ways.

(a) To indicate metal–metal bonds in polynuclear compounds. They separate the italicized symbols of the bond partners which are contained in parentheses at the end of the name.

*Example:*

1. $[Mn_2(CO)_{10}]$ bis(pentacarbonylmanganese)(*Mn*—*Mn*)

(b) To separate the individual constituents in names of (formal) addition compounds.

*Examples:*

2. $3CdSO_4{\cdot}8H_2O$ cadmium sulfate—water (3/8)
3. $2CHCl_3{\cdot}4H_2S{\cdot}9H_2O$ chloroform—hydrogen sulfide—water (2/4/9)

### IR-2.3.4 Special bond indicators for line formulae

The structural symbols ┌──┐ and └──┘ may be used in line formulae to indicate bonds between non-adjacent atom symbols.

*Examples:*

1.




$[Ni(S{=}PMe_2)(\eta^5\text{-}C_5H_5)]$

2.




$[(CO)_4MnMo(CO)_3(\eta^5\text{-}C_5H_4PPh_2)]$



PEPSI_0005923

3.




$[(Et_3P)ClPt(Me_2NCH_2CHCHCH_2NMe_2)PtCl(PEt_3)]$

4.




$[(OC)_3Fe(\mu\text{-}Ph_2PCHPPh_2)FeH(CO)_3]$

## IR-2.4 SOLIDUS

The solidus (/) is used in names of formal addition compounds to separate the arabic numerals which indicate the proportions of individual constituents in the compound.

*Examples:*

1. $BF_3{\cdot}2H_2O$ boron trifluoride—water (1/2)
2. $BiCl_3{\cdot}3PCl_5$ bismuth trichloride—phosphorus pentachloride (1/3)

## IR-2.5 DOTS, COLONS, COMMAS AND SEMICOLONS

### IR-2.5.1 **Dots**

Dots are used in *formulae* in various positions.

(a) As right superscripts they indicate unpaired electrons in radicals (see Section IR-4.6.2).

*Examples:*

1. $HO^{\bullet}$
2. $O_2^{2\bullet}$

(b) As right superscripts in the Kröger–Vink notation of solid-state chemistry, they indicate the unit of positive effective charge (see Section IR-11.4.4).

*Example:*

3. $Li^{x}_{Li,1-2x}Mg^{\bullet}_{Li,x}V'_{Li,x}Cl^{x}_{Cl}$

(c) Centre dots in *formulae* of (formal) addition compounds, including hydrates, adducts, clathrates, double salts and double oxides, separate the individual constituents. The dot is written in the centre of the line to distinguish it from a full stop (period).

*Examples:*

4. $BF_3{\cdot}NH_3$
5. $ZrCl_2O{\cdot}8H_2O$
6. $CuCl_2{\cdot}3Cu(OH)_2$
7. $Ta_2O_5{\cdot}4WO_3$

Dots are used in *names* of radicals to indicate the presence of unpaired electrons.

*Examples:*

8. $ClO^{\bullet}$ oxidochlorine(•)
9. $Cl_2^{\bullet-}$ dichloride(•1−)

IR-2.5.2 **Colons**

Colons are used in *names* in the following ways.

(a) In coordination and organometallic compounds, to separate the ligating atoms of a ligand which bridges central atoms.

*Example:*

1. $[\{Co(NH_3)_3\}_2(\mu\text{-}NO_2)(\mu\text{-}OH)_2]^{3+}$
di-μ-hydroxido-μ-nitrito-κ*N*:κ*O*-bis(triamminecobalt)(3+)

(See Sections IR-9.2.4.2 and IR-10.2.3.3 for the use of κ, and Sections IR-9.2.5.2 and IR-10.2.3.1 for the use of μ.)

(b) In polynuclear coordination and organometallic compounds, to separate the central atom locants when single ligating atoms or unsaturated groups bind to two or more central atoms. Thus, a chloride ligand bridging between central atoms 1 and 2 would be indicated by μ-chlorido-1:2$\kappa^2$*Cl*, and a carbonyl group terminally bonded to atom 1 and bridging atoms 2 and 3 *via* its π electrons would be indicated by $\mu_3$-2$\eta^2$:3$\eta^2$-carbonyl-1κ*C*.

(c) In boron compounds, to separate the sets of locants of boron atoms which are connected by bridging hydrogen atoms.

*Example:*

2.



1-silyl-2,3:2,5:3,4:4,5-tetra-μ*H*-pentaborane(9)

## IR-2.7 ELISIONS

In general, in compositional and additive nomenclature no elisions are made when using multiplicative prefixes.

*Example:*

1. tetraaqua (*not* tetraqua)
2. monoooxygen (*not* monoxygen)
3. tetraarsenic hexaoxide

However, monoxide, rather than monooxide, is an allowed exception through general use.

## IR-2.8 NUMERALS

### IR-2.8.1 **Arabic numerals**

Arabic numerals are crucially important in nomenclature; their placement in a formula or name is especially significant.

They are used in *formulae* in many ways.

(a) As right subscripts, to indicate the number of individual constituents (atoms or groups of atoms). Unity is not indicated.

*Examples:*

1. $CaCl_2$
2. $[Co(NH_3)_6]Cl_3$

(b) As a right superscript, to indicate the charge. Unity is not indicated.

*Examples:*

3. $Cl^-$
4. $NO^+$
5. $Cu^{2+}$
6. $[Al(H_2O)_6]^{3+}$

(c) To indicate the composition of (formal) addition compounds or non-stoichiometric compounds. The numeral is written on the line before the formula of each constituent except that unity is omitted.

*Examples:*

7. $Na_2CO_3{\cdot}10H_2O$
8. $8WO_3{\cdot}9Nb_2O_5$

*Example:*

15.




[{Pt($\mu_3$-I)Me$_3$}$_4$] tetra-$\mu_3$-iodido-tetrakis[trimethylplatinum(IV)]

(d) In the nomenclature of boron compounds (see Chapter IR-6.2.3), to indicate the number of hydrogen atoms in the parent borane molecule. The arabic numeral is enclosed in parentheses immediately following the name.

*Examples:*

16. $B_2H_6$ diborane(6)
17. $B_{10}H_{14}$ decaborane(14)

(e) As a right superscript to the symbol κ, to indicate the number of donor atoms of a particular type bound to a central atom or central atoms (see Sections IR-9.2.4.2 and IR-10.2.3.3).

(f) As a right superscript to the symbol η, to indicate the hapticity of a ligand. (See Sections IR-9.2.4.3 and IR-10.2.5.1.)

(g) In polynuclear structures, arabic numerals are part of the CEP descriptor[5] used to identify polyhedral shapes. (See also Section IR-9.2.5.6.)

(h) In the stoichiometric descriptor terminating the name of a (formal) addition compound (see Section IR-5.5).

*Example:*

18. $8H_2S{\cdot}46H_2O$ hydrogen sulfide—water (8/46)

(i) As a right superscript, to indicate the non-standard bonding number in the λ convention. (See Section IR-6.2.1.)

*Example:*

19. $IH_5$ $\lambda^5$-iodane

(j) To describe the coordination geometry and configuration of ligands around a central atom using polyhedral symbols and configuration indexes (see Sections IR-9.3.2 and IR-9.3.3).



PEPSI_0005927

6. $Ca_3(PO_4)_2$ [rule (iv)]
7. $[Co(NH_3)_6]_2(SO_4)_3$ [rules (iii), (iv), (vi)]
8. $[\{Rh(\mu\text{-}Cl)(CO)_2\}_2]$ [rules (iii), (vi), (vii)]
9. $K[Os(N)_3]$ [rule (ii), (iii)]
10. $\text{-(S)-}_n$ [rule (v)]
11. $(HBO_2)_n$, or $\text{-(B(OH)O)-}_n$ [rules (ii) and (v)]
12.




13.




14. NaCl
15. [NaCl]

The first formula in Example 11 may be considered to be a molecular formula (Section IR-4.2.2) with no implications about the structure of the polymer in question.

In Examples 14 and 15, the formula [NaCl] may be used to distinguish the molecular compound consisting of one sodium atom and one chlorine atom from the solid with the composition NaCl.

### IR-4.2.4 Formulae of (formal) addition compounds

In the formulae of addition compounds and compounds which can formally be regarded as such, including clathrates and multiple salts, a special format is used. The proportions of constituents are indicated by arabic numerals preceding the formulae of the constituents, and the formulae of the constituents are separated by a centre dot. The rules for ordering the constituent formulae are described in Section IR-4.4.3.5.

*Examples:*

1. $Na_2CO_3{\cdot}10H_2O$
2. $8H_2S{\cdot}46H_2O$
3. $BMe_3{\cdot}NH_3$

### IR-4.2.5 Solid state structural information

Structural information can also be given by indicating structural type as a qualification of a formula. For example, polymorphs may be indicated by adding in parentheses an abbreviated expression for the crystal system (see Sections IR-11.5.2 and IR-11.7.2, and Table IR-3.1). Structures may also be designated by adding the name of a type-compound in italics in parentheses, but such usage may not be unambiguous. There are at least ten varieties of ZnS(*h*).



PEPSI_0005928

3. $FeO(OH)$
4. $NaTl(NO_3)_2$
5. $Li[H_2PO_4]$
6. $NaNH_4[HPO_4]$
7. $Na[HPHO_3]$
8. $CuK_5Sb_2$ or $K_5CuSb_2$
9. $K_5[CuSb_2]$
10. $H[AuCl_4]$
11. $Na(UO_2)_3[Zn(H_2O)_6](O_2CMe)_9$

The first formula in Example 8 was arrived at by considering K and Cu to be electropositive constituents and Sb to be electronegative, the second by considering K to be electropositive and Cu and Sb to be electronegative. No structural information is conveyed by these formulae. The formula in Example 9, on the other hand, implies the presence of the coordination entity $[CuSb_2]^{5-}$.

Deviation from alphabetical order of constituents in the same class is allowed to emphasize similarities between compounds.

*Example:*

12. $CaTiO_3$ and $ZnTiO_3$ (rather than $TiZnO_3$)

Some generalized salts may also be treated as addition compounds, see Section IR-4.4.3.5.

IR-4.4.3.5 *(Formal) addition compounds*

In the formulae of addition compounds or compounds which can formally be regarded as such, including clathrates and multiple salts, the formulae of the component molecules or entities are cited in order of increasing number; if they occur in equal numbers, they are cited in alphabetical order in the sense of Section IR-4.4.2.2. In addition compounds containing water, the water remains conventionally cited last. However, component boron compounds are no longer treated as exceptions.

*Examples:*

1. $3CdSO_4{\cdot}8H_2O$
2. $Na_2CO_3{\cdot}10H_2O$
3. $Al_2(SO_4)_3{\cdot}K_2SO_4{\cdot}24H_2O$
4. $AlCl_3{\cdot}4EtOH$
5. $8H_2S{\cdot}46H_2O$
6. $C_6H_6{\cdot}NH_3{\cdot}Ni(CN)_2$
7. $BF_3{\cdot}2H_2O$
8. $BF_3{\cdot}2MeOH$



PEPSI_0005929

*Examples:*

7. $K_2O$ dipotassium oxide
8. $K_2O_2$ dipotassium (dioxide), or potassium dioxide(2−)
9. $KO_2$ monopotassium (dioxide), or potassium dioxide(1−)
10. $KO_3$ potassium (trioxide), or potassium trioxide(1−)

Clearly, a simple stoichiometric name like 'potassium dioxide', although strictly speaking unambiguous (referring to the compound in Example 9), could easily be misinterpreted. In other cases, based on chemical knowledge, there is no chance of misinterpretation in practice, and the simple stoichiometric name will most often be used, as in Examples 11 and 12 below.

*Examples:*

11. $BaO_2$ barium dioxide (simple stoichiometric name), or barium (dioxide) or barium dioxide(2−) (specifying the diatomic anion), or barium peroxide (using the acceptable alternative name for the anion)
12. $MnO_2$ manganese dioxide (simple stoichiometric name), or manganese bis(oxide) (specifies two oxide ions rather than a diatomic anion), or manganese(IV) oxide

## IR-5.5 NAMES OF (FORMAL) ADDITION COMPOUNDS

The term *addition compounds* covers donor-acceptor complexes (adducts) and a variety of lattice compounds. The method described here, however, is relevant not just to such compounds, but also to multiple salts and to certain compounds of uncertain structure or compounds for which the full structure need not be communicated.

The names of the individual components of such a generalized addition compound are each constructed by using an appropriate nomenclature system, whether compositional, substitutive or additive. The overall name of the compound is then formed by connecting the names of the components by 'em' dashes; the proportions of the components are indicated after the name by a stoichiometric descriptor consisting of arabic numerals separated by a solidus or solidi. The descriptor, in parentheses, is separated from the compound name by a space. The order of names of the individual components is, firstly, according to the increasing number of the components and, secondly, alphabetical. As the only exception, the component name 'water' is always cited last. (Note that this represents a change from the rule in Ref. 2 according to which the component names must follow the order given by the formula.) The numerals in the descriptor appear in the same order as the corresponding component names.

For addition compounds containing water as a component, the class name 'hydrates' is acceptable because of well established use, even though the ending 'ate' might seem to indicate an anionic component. For hydrates with a simple stoichiometry, names of the classical 'hydrate' type are acceptable, but rules have not been formulated for non-integer stoichiometries such as that in Example 12 below. Also, because of their ambiguity, the

terms 'deuterate' and tritiate' are not acceptable for addition compounds of $^{2}H_2O$ and $^{3}H_2O$ or other isotope-modified water species. Example 3 shows a formula and a name for a compound of the present type with isotope modification. In this case the modified component formula and name are presented according to the rules of Section II-2.3.3 of Ref. 3.

*Examples:*

| | | |
|---|---|---|
| 1. | $BF_3 \cdot 2H_2O$ | boron trifluoride—water (1/2) |
| 2. | $8Kr \cdot 46H_2O$ | krypton—water (8/46) |
| 3. | $8Kr \cdot 46\,^{3}H_2O$ | krypton—($^{3}H_2$)water (8/46) |
| 4. | $CaCl_2 \cdot 8NH_3$ | calcium chloride—ammonia (1/8) |
| 5. | $AlCl_3 \cdot 4EtOH$ | aluminium chloride—ethanol (1/4) |
| 6. | $BiCl_3 \cdot 3PCl_5$ | bismuth(III) chloride—phosphorus(V) chloride (1/3) |
| 7. | $2Na_2CO_3 \cdot 3H_2O_2$ | sodium carbonate—hydrogen peroxide (2/3) |
| 8. | $Co_2O_3 \cdot nH_2O$ | cobalt(III) oxide—water (1/*n*) |
| 9. | $Na_2SO_4 \cdot 10H_2O$ | sodium sulfate—water (1/10), or sodium sulfate decahydrate |
| 10. | $Al_2(SO_4)_3 \cdot K_2SO_4 \cdot 24H_2O$ | aluminium sulfate—potassium sulfate—water (1/1/24) |
| 11. | $AlK(SO_4)_2 \cdot 12H_2O$ | aluminium potassium bis(sulfate) dodecahydrate |
| 12. | $3CdSO_4 \cdot 8H_2O$ | cadmium sulfate—water (3/8) |

There is no difference between donor-acceptor complexes and coordination compounds from a nomenclature point of view. Thus, for such systems an additive name such as described in Sections IR-7.1 to IR-7.3 and in Chapter IR-9 may be given.

*Example:*

| | | |
|---|---|---|
| 13. | $BH_3 \cdot (C_2H_5)_2O$ or $[B\{(C_2H_5)_2O\}H_3]$ | borane—ethoxyethane (1/1), or (ethoxyethane)trihydridoboron |

In Section P-68.1 of Ref. 4, a slightly different nomenclature is presented for organic donor-acceptor complexes.

## IR-5.6 SUMMARY

Compositional names are either of the stoichiometric type (which, furthermore, are of the binary type except in the case of homoatomic species) or of the addition compound type. Compositional nomenclature is used if little or no structural information is to be conveyed



PEPSI_0005931