# EXHIBIT D

**AMIDE BEVERAGE COMPANY, LLC'S FIRST SET OF INFRINGEMENT CONTENTIONS**

**U.S. Patent 8,350,077—Defendant PepsiCo, Inc.**
**Claims 1 and 3–7**

Amide Beverage Company, LLC ("Amide") provides evidence of infringement of claims 1 and 3–7 of U.S. Patent No. 8,350,077 (hereinafter "the '077 patent") by PepsiCo, Inc. ("PepsiCo"). In support thereof, Amide provides the following claim charts. These charts are intended to set forth preliminary evidence in support of Amide's allegations in its First Amended Complaint.

"Accused Instrumentalities" as used herein refers to Bang or Bang energy drink products manufactured by or for Vital Pharmaceuticals Inc. ("Vital") that contained "Creatyl-L-Leucine" and at least one low-molecular-weight organic or mineral acid that were used, sold, offered for sale, provided, and/or caused to be used by PepsiCo prior to October 10, 2022. Examples of the 26 flavors of the Accused Instrumentalities, along with evidence that the ingredients among them are substantially similar, can be found in Exhibit B to Amide's Complaint and First Amended Complaint at page 3. Accordingly, the infringement analysis set forth herein applies equally to all 26 flavors of the Accused Instrumentalities set forth in Exhibit B.

The identification of Accused Instrumentalities is based on publicly available resources regarding the Accused Instrumentalities, as PepsiCo has not yet provided any non-public information. An analysis of PepsiCo's (or other third parties') documentation may assist in fully identifying all infringing Bang or Bang Energy products used, sold, offered for sale or provided by PepsiCo prior to October 10, 2022. Accordingly, Amide reserves the right to supplement its identification of Accused Instrumentalities once such information is made available to Amide. Furthermore, Amide reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Amide provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. Amide reserves the right to supplement, amend, or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Amide contends that PepsiCo directly infringed the '077 patent in violation of 35 U.S.C. § 271 by selling, offering to sell, making, and/or using the Accused Instrumentalities prior to October 10, 2022. The following exemplary analysis demonstrates that infringement.

Unless otherwise noted, Amide believes and contends that each element of each claim asserted herein is literally met through PepsiCo's provision of the Accused Instrumentalities. However, to the extent that PepsiCo attempts to allege that any asserted claim

element is not literally met, Amide believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Amide did not identify any substantial differences between the elements of the patent claims and the corresponding compositions of the Accused Instrumentalities, as set forth herein. In each instance, the identified composition of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, Amide asserts that, on information and belief, any similar products also infringe the charted claim. Amide further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

| ’077 Patent; Claim 1 | Accused Instrumentalities |
|---|---|
| Amides of Creatine having a general formula: NH═C(NH2)-N(CH3)-CH2-CO—NH—R*X, wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid or derivatives of aliphatic L-amino acid, or aromatic L-amino acid or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides; and X is low-molecular-weight organic or mineral acid or water. | As set forth in detail in the rows below, the Accused Instrumentalities meet each element of the asserted claim. For clarity, in the rows below, elements of the claim are identified by color-coded text (purely for convenience) and such text is addressed in the right-hand column. |

| | |
|---|---|
| ***Amides of Creatine having a general formula: NH═C(NH2)-N(CH3)-CH2-CO—NH—R****X, ***wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid or derivatives of aliphatic L-amino acid, or aromatic L-amino acid or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides***; and X is low-molecular-weight organic or mineral acid or water. | The Accused Instrumentalities meet this element (specifically, the collection of blue-and red-shaded text).<br><br>Specifically, each contains the chemical compound creatyl-L-leucine ("CLL") which has the chemical structure NH=C(NH2)-N(CH3)-CH2-CO—NH—R:<br><br><br>Chemical Structure of Creatyl-L-Leucine<br><br>AMIDE_COMMON002641, Reddeman, R., et al., *A Toxicological Assessment of Creatyl-L-Leucine*, AIBMR Life Sciences, Inc., *available at* https://aibmr.com/wp-content/uploads/2018/01/SOT-Vital-Poster.pdf (last accessed April 16, 2025).<br><br>CLL is an amide of creatine because it contains a nitrogen atom connected to a carbon atom of a carbonyl group (a carbon atom double bonded to an oxygen atom), as illustrated above. *See* AMIDE_COMMON001231-002451 at AMIDE_COMMON002249-002257, Paul Flowers et al., *20.4 Amines and Amides*, *Related Key Terms*, Chemistry 2e, Openstax (2019).<br><br>In CLL, R is the amino acid residue of L-leucine, which is an "aliphatic L-amino acid," one of the recited options for R within the claim.<br><br>An amino acid residue is the remaining portion of an amino acid upon incorporation into a peptide chain, and which (as in the case of CLL) typically consists of an amino group, a carboxyl group, and a carbon |

side chain. The below annotated version of the chemical structure indicates which portion of the molecule is the R group (NH= C(NH2)-N(CH3)-CH2-CO—NH—R):




Chemical Structure of Creatyl-L-Leucine

AMIDE_COMMON002641, Reddeman, R., et al., *A Toxicological Assessment of Creatyl-L-Leucine*, AIBMR Life Sciences, Inc., *available at* https://aibmr.com/wp-content/uploads/2018/01/SOT-Vital-Poster.pdf (last accessed April 16, 2025) (annotated).

This chemical structure of CLL is confirmed by U.S. Patent No. 8,445,466 (the “Owoc patent”). The inventor of the Owoc patent was John H. Owoc, the founder of Vital. On information and belief, each can of the Accused Instrumentalities was marked with the Owoc patent number, indicating Vital’s belief that the Accused Instrumentalities practiced the purported invention of the Owoc patent.

The Owoc patent discloses the below chemical structure for CLL, which is substantively identical to the structure set forth above from the cited Reddeman article.

| | |
|---|---|
| | <br>AMIDE_COMMON002615-002634 at AMIDE_COMMON002618, Owoc Patent at 5:20-35 (annotations added).<br><br>The Accused Instrumentalities themselves further confirm that they contain CLL as an ingredient, as demonstrated in the following annotated exemplary image of a Bang nutrition label archived from the manufacturer's website prior to October 10, 2022. |




D.I. 65 ¶ 114, https://web.archive.org/web/20210120182724/https://bangenergy.com/shop/bang-12-pack/ (last accessed April 13, 2025) (annotations added).

The portion of the recited formula set forth in blue and red text further includes the cation $CLL^+$ form of CLL. As set forth below, the claim requires a non-covalent bond to be formed between the blue/red portion of the recited formula and the "X" portion of the recited formula. It is the cationic (i.e., protonated) $CLL^+$ that forms such non-covalent bonds with available anions, such as citrate, phosphate, and bicarbonate ($HCO3^-$). $CLL^+$ is thus within the scope of the red/blue shaded portion of the claim.

| | |
|---|---|
| | The Accused Instrumentalities include $CLL^+$. CLL exists predominately in its cationic (protonated) form $CLL^+$ in water solutions that have a neutral or acidic pH, owing to the basicity of its guanidine group [NH=C(NH2)-N(CH3)-]. As set forth above, the Accused Instrumentalities have carbonated water as a first-listed ingredient. Carbonated water contains carbonic acid (H2CO3) and has an acidic pH (AMIDE_COMMON002578-002586, Mariana Morgado, *et al.*, *pH Analysis of Still and Carbonated Bottled Water: Potential Influence on Dental Erosion*, Clinical and Experimental Dental Research (2022); AMIDE_COMMON002587-002598, Denise M. Perreault, *et al.*, *Using Guanidinium Groups for the Recognition of RNA and as Catalysts for the Hydrolysis of RNA*, Bioorganic & Medicinal Chemistry, Vol. 5, No. 6 pgs. 1209-1220 (1997). Other acidic components present (e.g., citric acid, phosphoric acid) also contribute to the acidity of the drink.<br><br>The chemical structure of CLL in its cationic (protonated) form, designated $CLL^+$, is illustrated below. In neutral or acidic solution, the guanidine group of CLL receives a hydrogen atom, indicated by the + charge:<br><br><br><br><br>To the extent that this element is construed or applied so that there is no literal infringement of the element, then there is infringement under the doctrine of equivalents because any differences would be insubstantial. For example, if the element were applied such that protonated form of CLL is not covered by the claim, this would prove an insubstantial difference. |

| | |
|---|---|
| | Basic principles of chemistry indicate that in an aqueous solution (such as Bang) CLL and X components of the claimed compound are known to disassociate to some extent. *See* AMIDE_COMMON001231-002451 at AMIDE_COMMON001796-001798, Paul Flowers, et al., *11.2 Electrolytes*, Chemistry 2e, Openstax (2019); AMIDE_COMMON002553-2577, Yizhak Marcus, *Effects of Ions on the Structure of Water: Structure Making and Breaking*, Chem. Rev. 109, 1346-70 (2009).<br><br>As these dissociated CLL and the X components become oppositely charged, they will eventually non-covalently bond within the aqueous solution. While dissociated ions in aqueous solutions are less well-ordered than they are in crystalline solids, they nevertheless make ionic interactions. *See* AMIDE_COMMON002599-002614, Nico F. A. van der Vegt, et al., *Water-Mediated Ion Pairing: Occurrence and Relevance*, Chem. Rev. 116, 13, 7626-41, (2016); AMIDE_COMMON002471-002483, Charles Kraus, *The Ion-Pair Concept, Its Evolution and Some Applications*, J. Phys. Chem., 60, 2, 129-141 (1956).<br><br>Ionization of CLL to CLL+ and X to $X^-$, and their subsequent bonding ultimately yields the same function (increased water solubility for creatine) through the same means (non-covalent bonding of creatine) to create the same result (CLL non-covalently bonded to a low molecular weight acid such as an organic acid or mineral acid), a result which increases water solubility of CLL. |

| | |
|---|---|
| Amides of Creatine having a general formula: NH═C(NH2)-N(CH3)-CH2-CO—NH—R****X***, wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid or derivatives of aliphatic L-amino acid, or aromatic L-amino acid or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides; and ***X is low-molecular-weight organic or mineral acid or water***. | The Accused Instrumentalities meet this element (specifically, the green-shaded text). Specifically, each contains a low molecular weight acid (which, as described below, is non-covalently bonded to CLL).[1]<br><br>As an example, citric acid is a low molecular weight organic acid (one of the recited options for X), having a molar mass of 192.1 g/mol. *See* AMIDE_COMMON002642-002793 at AMIDE_COMMON002642, https://pubchem.ncbi.nlm.nih.gov/compound/Citric-Acid (last accessed April 18, 2025).<br><br>Citric acid has the chemical structure detailed below:<br><br><br><br>*See*, AMIDE_COMMON002794-002801 at AMIDE_COMMON002794, https://www.sigmaaldrich.com/US/en/product/usp/1134368 (last accessed April 21, 2025) (annotated).<br><br>The Accused Instrumentalities themselves further confirm that they contain citric acid as an ingredient (as well as CLL), as demonstrated in the following annotated exemplary image of a Bang nutrition label archived from the manufacturer's website prior to October 10, 2022. |

[1] The term "X is low-molecular-weight organic or mineral acid or water" has been construed in prior litigation to require that "X ***must be*** one molecule of 'low-molecular weight organic or mineral acid or water.' 'X' therefore cannot be equal to zero molecules of low-molecular weight organic or mineral acid or water." *See ThermoLife International, LLC, et. al. v. Vital Pharmaceuticals, Inc. d/b/a VPX*, Case No. 0:16-cv-60693-UU, D.I. 74 at 23-24 (emphasis in original). While Plaintiff takes no position at the time of service of these contentions regarding whether the same construction should be adopted in this action, the analysis set forth in these contentions is nevertheless consistent with this claim construction.




D.I. 65 ¶ 114, https://web.archive.org/web/20210120182724/https://bangenergy.com/shop/bang-12-pack/ (last accessed April 13, 2025) (annotations added).

| | |
|---|---|
| | The portion of the recited formula set forth in green text further includes the negatively charged anions of "X" species encompassed by the claim, and specifically including the negatively charged citrate anion. As set forth below, the claim requires a non-covalent bond to be formed between the blue/red portion of the recited formula set forth above and the green "X" portion of the recited formula. It is the anionic form of X that forms such non-covalent bonds with available cations such as $CLL^+$. Accordingly, anionic species of X such as the negatively charged citrate anion, as well as the negatively charged dihydrogen phosphate, malate, ascorbate, and bicarbonate anions citrate, phosphate, and bicarbonate, are each within the scope of the green-shaded portion of the claimed formula.<br><br>With respect to the Accused Instrumentalities, citric acid in solution is known to yield $H^+$ to form the negatively charged citrate anion. *See* AMIDE_COMMON002535-002552, Maria Lambros, et. al., *Citric Acid: A Multifunctional Pharmaceutical Excipient*, Pharmaceuticals, 2022. The resulting citrate anion is described by the chemical structure detailed below:<br><br><br><br>For example, adding a low molecular weight acid such as citric acid to CLL intrinsically leads to salt formation, with citric acid donating a proton to CLL, serving to solubilize CLL, and forming a salt that can be represented by "CLL*citric acid" which consists of a CLL cation associated with a citrate anion. *See* AMIDE_COMMON002484-002534, Richard B. Kreider, *et al.*, *Bioavailability, Efficiency, Safety, and Regulatory Status of Creatine and Related Compounds: A Critical Review*, Nutrients 14, 1035 |

| | |
|---|---|
| | (2022); AMIDE_COMMON002456-002470, Ralf Jäger, et al. *Analysis of the efficacy, safety, and regulatory status of novel forms of creatine.* Amino Acids 40, 1369–1383 (2011).<br><br>Citric acid is only one example of the low molecular weight acids present in each Accused Instrumentality capable of forming the infringing CLL*X equilibrium products. Phosphoric acid, malic acid, ascorbic acid, and "carbonated water" (which contains carbonic acid), are each also present in the Accused Instrumentalities. Each in water solution donates a proton to CLL, analogous to the situation described above for citric acid / citrate. This proton donation results in negatively charged anions. The structures of these acids and these resultant anions are shown below and compared to citric acid / citrate. |

| X name | X structure | $X^-$ name | $X^-$ structure |
|---|---|---|---|
| citric acid |  | citrate |  |
| phosphoric acid |  | dihydrogen phosphate |  |
| malic acid |  | malate |  |
| ascorbic acid |  | ascorbate |  |
| carbonic acid |  | carbonate |  |

Each of these, i.e. the negatively charged citrate anion (green box) as well as the negatively charged dihydrogen phosphate, maleate, ascorbate, and carbonate anions (pink boxes) independently satisfy the green-shaded portion of the claim.

| | |
|---|---|
| | To the extent that this element is construed or applied so that there is no literal infringement of the element, then there is infringement under the doctrine of equivalents because any differences would be insubstantial. For example, if the element were applied such that the negatively charged citrate anion is not covered by the claim (or the negatively charged anions dihydrogen phosphate, maleate, ascorbate, and carbonate), this would prove an insubstantial difference.<br><br>Basic principles of chemistry indicate that in an aqueous solution (such as Bang) CLL and any of the identified X components set forth above (citric, phosphoric, malic, ascorbic, carbonic)) are known to disassociate to some extent. *See* AMIDE_COMMON001231-002451 at AMIDE_COMMON001796-001798, Paul Flowers, et al., *11.2 Electrolytes*, Chemistry 2e, Openstax (2019); AMIDE_COMMON002553-2577, Yizhak Marcus, *Effects of Ions on the Structure of Water: Structure Making and Breaking*, Chem. Rev. 109, 1346-70 (2009).<br><br>As these dissociated CLL and the X components become oppositely charged, they will eventually non-covalently bond within the aqueous solution. *See* AMIDE_COMMON002599-002614, Nico F. A. van der Vegt, et al., *Water-Mediated Ion Pairing: Occurrence and Relevance*, Chem. Rev. 116, 13, 7626-41, (2016); AMIDE_COMMON002471-002483, Charles Kraus, *The Ion-Pair Concept, Its Evolution and Some Applications*, J. Phys. Chem., 60, 2, 129-141 (1956).<br><br>This ultimately yields the same function (increased water solubility for creatine) through the same means (non-covalent bonding of creatine) to create the same result (CLL non-covalently bonded to a low molecular weight acid such as an organic acid, which increases water solubility for creatine). |

| | |
|---|---|
| Amides of Creatine having a general<br>formula:<br>NH═C(NH2)-N(CH3)-CH2-CO—<br>NH—R*X,<br>wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid or derivatives of aliphatic L-amino acid, or aromatic L-amino acid or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides; and X is low-molecular-weight organic or mineral acid or water. | The Accused Instrumentalities meet this claim language (the purple-shaded text, specifically the "*" between R and X in the formula) because the CLL and the citric acid including for example their ionic forms (as well as other low molecular weight organic acids and their ionic forms) are non-covalently bonded.<br><br>In chemical formula line drawings, an asterisk "*" is commonly used to indicate two species that are non-covalently bonded, such as to comprise a salt form or a hydrate form of a substance. *See* AMIDE_COMMON001224-001230, Andrievs Auzin, *Addressing the Challenge of Salt Forms in Drug Discovery*, Drug Discovery World, 2022, https://www.ddw-online.com/addressing-the-challenge-of-salt-forms-in-drug-discovery-18303-202208/ (last accessed April 18, 2025).<br><br>As an example, in the Accused Instrumentalities, protonated CLL (as set forth above) and negatively charged citrate anion (as set forth above) form non-covalent bonds.<br><br>More specifically, the below molecule has the formula NH=C(NH2)-N(CH3)-CH2-CO—NH—R*X, where R (red) is an L-leucine residue covalently bonded to creatine (blue), forming the creatine amide CLL (blue + red) in its protonated form, and X (green) is the low molecular weight organic acid (citric acid) in its anionic (aka deprotonated) form, "citrate." The protonated CLL and the citrate are non-covalently bound.<br><br> |

| | |
|---|---|
| | As referenced above, citric acid is only one example of the low molecular weight acids present in each Accused Instrumentality capable of forming the infringing CLL*X equilibrium products. Phosphoric acid, malic acid, ascorbic acid, and "carbonated water" (which contains carbonic acid), are each also present and are likewise each capable of forming an infringing CLL*X salt form.<br><br>Basic principles of chemistry hold that, in an aqueous solution such as in the Accused Instrumentalities, the CLL and X components described above will dynamically associate and disassociate regularly. *See* AMIDE_COMMON001231-002451 at AMIDE_COMMON001796-001798, Paul Flowers, et al., *11.2 Electrolytes*, Chemistry 2e, Openstax (2019); AMIDE_COMMON002553-2577, Yizhak Marcus, *Effects of Ions on the Structure of Water: Structure Making and Breaking*, Chem. Rev. 109, 1346-70 (2009). Because CLL and the X components are also oppositely charged (a process that may also happen dynamically, as well, so that at any given moment many, many individual species of each will be charged), they will necessarily non-covalently bond within an aqueous solution such as the Accused Instrumentalities. *See* AMIDE_COMMON002599-002614, Nico F. A. van der Vegt, et al., *Water-Mediated Ion Pairing: Occurrence and Relevance*, Chem. Rev. 116, 13, 7626-41, (2016); AMIDE_COMMON002471-002483, Charles Kraus, *The Ion-Pair Concept, Its Evolution and Some Applications*, J. Phys. Chem., 60, 2, 129-141 (1956). The result is that at all times many non-covalent bonds will exist between CLL and the various identified X components.<br><br>To the extent that this element is construed or applied so that there is no literal infringement of the element, then there is infringement under the doctrine of equivalents because any differences would be insubstantial.<br><br>For example, to the extent the claim is construed or applied to require static non-covalent bonds between CLL and the various X species, then the dynamically forming non-covalent bonds described above would be insubstantially different. Having dynamically forming non-covalent bonds yields the same function (increased water solubility for creatine) through the same means (non-covalent bonding of creatine) to create the same result (CLL non-covalently bonded to a low molecular weight acid, which increases water solubility for creatine). |

| **’077 Patent; Claim 3** | **Accused Instrumentalities** |
|---|---|
| A compound possessing neuroprotective activity, said compound consisting of:<br><br>amides of Creatine having a general formula: NH═C(NH2)—N(CH3)—CH2—CO—NH—R*X; wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid, or derivatives of aliphatic L-amino acid, or aromatic L-amino acid, or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides; and X is low-molecular-weight organic or mineral acid or water as a remedy possessing a neuroprotective activity. | As set forth in detail in the rows below, the Accused Instrumentalities meet each element of the asserted claim. For clarity, in the rows below, elements of the claim are identified by color-coded text (purely for convenience) and such text is addressed in the right-hand column.<br><br>Insofar as the preamble is limiting, the limitations are met by the Accused Instrumentalities.<br><br>Creatine amides (discussed in further detail below), such as the CLL present in the Accused Instrumentalities, “demonstrate a neuroprotective action on the brain tissues,” which can lead to, *inter alia*, “reducing the infarction zone sizes [of strokes] considerably,” and “extending the period of therapeutic window and protecting from the reperfusion injuries.” *See* D.I. 65-1 at 3:33-38; 4:36-67; 12:41-16:32.<br><br>Indeed, additional scientific literature further confirms creatine derivatives—including creatine bonded with amino acids—may exhibit neuroprotective properties in contexts involving oxidative stress, neurodegeneration, or energy deficiency. Caroline Rae et al., *Creatine Supplementation and Brain Performance: A Double-Blind Placebo-Controlled Cross-Over Trial*, 270 Proc. R. Soc. B 2147 (2003). Given the literature showing neuroprotective effects of creatine and its derivatives, any such neuroprotective effects of CLL may be attributed to the creatine portion of CLL’s structure.<br><br>The amino acid L-Leucine, covalently attached to creatine in CLL, also is known to play a role in neural signaling. *See* AMIDE_COMMON002635-2640, Jeffrey T. Cole, et al., *Dietary Branched Chain Amino Acids Ameliorate Injury-induced Cognitive Impairment*, Proceedings of the National Academy of Sciences of the United States of America (2010).<br><br>Moreover, the compound has an absence of element(s) that would counter, reduce, or eliminate any potential neuroprotective characteristics.<br><br>For these reasons, the leucine portion of CLL’s structure may play a role in conferring favorable biological properties of CLL, such as neuroprotection. Both substructural elements can contribute to favorable physical properties such as solubility and bioavailability. |

| | |
|---|---|
| A compound possessing neuroprotective activity, said compound consisting of:<br><br>***amides of Creatine having a general formula: NH═C(NH2)—N(CH3)—CH2—CO—NH—R****X; ***wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid, or derivatives of aliphatic L-amino acid, or aromatic L-amino acid, or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides***; and X is low-molecular-weight organic or mineral acid or water as a remedy possessing a neuroprotective activity. | The Accused Instrumentalities meet this element (specifically, the collection of blue-and red-shaded text).<br><br>Specifically, each contains the chemical compound creatyl-L-leucine ("CLL") which has the chemical structure NH=C(NH2)-N(CH3)-CH2-CO—NH—R:<br><br><br>Chemical Structure of Creatyl-L-Leucine<br><br>AMIDE_COMMON002641, Reddeman, R., et al., *A Toxicological Assessment of Creatyl-L-Leucine*, AIBMR Life Sciences, Inc., *available at* https://aibmr.com/wp-content/uploads/2018/01/SOT-Vital-Poster.pdf (last accessed April 16, 2025).<br><br>CLL is an amide of creatine because it contains a nitrogen atom connected to a carbon atom of a carbonyl group (a carbon atom double bonded to an oxygen atom), as illustrated above. *See* AMIDE-COMMON001231-002451 at AMIDE_COMMON002249-002257, Paul Flowers et al., *20.4 Amines and Amides*, *Related Key Terms*, Chemistry 2e, Openstax (2019).<br><br>In CLL, R is the amino acid residue of L-leucine, which is an "aliphatic L-amino acid," one of the recited options for R within the claim.<br><br>An amino acid residue is the remaining portion of an amino acid upon incorporation into a peptide chain, and which (as in the case of CLL) typically consists of an amino group, a carboxyl group, and a carbon |

| | |
|---|---|
| | side chain. The below annotated version of the chemical structure indicates which portion of the molecule is the R group (NH= C(NH2)-N(CH3)-CH2-CO—NH—R):<br><br>Chemical Structure of Creatyl-L-Leucine<br><br>AMIDE_COMMON002641, Reddeman, R., et al., *A Toxicological Assessment of Creatyl-L-Leucine*, AIBMR Life Sciences, Inc., *available at* https://aibmr.com/wp-content/uploads/2018/01/SOT-Vital-Poster.pdf (last accessed April 16, 2025) (annotated).<br><br>This chemical structure of CLL is confirmed by U.S. Patent No. 8,445,466 (the "Owoc patent"). The inventor of the Owoc patent was John H. Owoc, the founder of Vital. On information and belief, each can of the Accused Instrumentalities was marked with the Owoc patent number, indicating Vital's belief that the Accused Instrumentalities practiced the purported invention of the Owoc patent.<br><br>The Owoc patent discloses the below chemical structure for CLL, which is substantively identical to the structure set forth above from the cited Reddeman article. |

| | |
|---|---|
| | <br>AMIDE_COMMON002615-002634 at AMIDE_COMMON002618, Owoc Patent at 5:20-35 (annotations added).<br><br>The Accused Instrumentalities themselves further confirm that they contain CLL as an ingredient, as demonstrated in the following annotated exemplary image of a Bang nutrition label archived from the manufacturer's website prior to October 10, 2022. |




D.I. 65 ¶ 114, https://web.archive.org/web/20210120182724/https://bangenergy.com/shop/bang-12-pack/ (last accessed April 13, 2025) (annotations added).

The portion of the recited formula set forth in blue and red text further includes the cation $CLL^+$ form of CLL. As set forth below, the claim requires a non-covalent bond to be formed between the blue/red portion of the recited formula and the "X" portion of the recited formula. It is the cationic (i.e., protonated) $CLL^+$ that forms such non-covalent bonds with available anions, such as citrate, phosphate, and bicarbonate ($HCO3^-$). $CLL^+$ is thus within the scope of the red/blue shaded portion of the claim.

| | |
|---|---|
| | The Accused Instrumentalities include $CLL^+$. CLL exists predominately in its cationic (protonated) form $CLL^+$ in water solutions that have a neutral or acidic pH, owing to the basicity of its guanidine group [NH=C(NH2)-N(CH3)-]. As set forth above, the Accused Instrumentalities have carbonated water as a first-listed ingredient. Carbonated water contains carbonic acid (H2CO3) and has an acidic pH (AMIDE_COMMON002578-002586, Mariana Morgado, *et al.*, *pH Analysis of Still and Carbonated Bottled Water: Potential Influence on Dental Erosion*, Clinical and Experimental Dental Research (2022); AMIDE_COMMON002587-002598, Denise M. Perreault, *et al.*, *Using Guanidinium Groups for the Recognition of RNA and as Catalysts for the Hydrolysis of RNA*, Bioorganic & Medicinal Chemistry, Vo. 5, No. 6 pgs. 1209-1220 (1997). Other acidic components present (e.g., citric acid, phosphoric acid) also contribute to the acidity of the drink.<br><br>The chemical structure of CLL in its cationic (protonated) form, designated $CLL^+$, is illustrated below. In neutral or acidic solution the guanidine group of CLL receives a hydrogen atom, indicated by the + charge:<br><br><br><br><br>To the extent that this element is construed or applied so that there is no literal infringement of the element, then there is infringement under the doctrine of equivalents because any differences would be insubstantial. For example, if the element were applied such that protonated form of CLL is not covered by the claim, this would prove an insubstantial difference. |

| | |
|---|---|
| | Basic principles of chemistry indicate that in an aqueous solution (such as Bang) CLL and X components of the claimed compound are known to disassociate to some extent. *See* AMIDE_COMMON001231-002451 at AMIDE_COMMON001796-001798, Paul Flowers, et al., *11.2 Electrolytes*, Chemistry 2e, Openstax (2019); AMIDE_COMMON002553-2577, Yizhak Marcus, *Effects of Ions on the Structure of Water: Structure Making and Breaking*, Chem. Rev. 109, 1346-70 (2009).<br><br>As these dissociated CLL and the X components become oppositely charged, they will eventually non-covalently bond within the aqueous solution. While dissociated ions in aqueous solutions are less well-ordered than they are in crystalline solids, they nevertheless make ionic interactions. *See* AMIDE_COMMON002599-002614, Nico F. A. van der Vegt, et al., *Water-Mediated Ion Pairing: Occurrence and Relevance*, Chem. Rev. 116, 13, 7626-41, (2016); AMIDE_COMMON002471-002483, Charles Kraus, *The Ion-Pair Concept, Its Evolution and Some Applications*, J. Phys. Chem., 60, 2, 129-141 (1956).<br><br>Ionization of CLL to CLL+ and X to $X^{-,}$ and their subsequent bonding ultimately yields the same function (increased water solubility for creatine) through the same means (non-covalent bonding of creatine) to create the same result (CLL non-covalently bonded to a low molecular weight acid such as an organic acid or mineral acid), a result which increases water solubility of CLL. |
| A compound possessing neuroprotective activity, said compound consisting of:<br><br>amides of Creatine having a general formula: NH═C(NH2)—N(CH3)—CH2—CO—NH—R**X*;* | The Accused Instrumentalities meet this element (specifically, the green-shaded text). Specifically, each contains a low molecular weight acid (which, as described below, is non-covalently bonded to CLL).[2]<br><br>As an example, citric acid is a low molecular weight organic acid (one of the recited options for X), having a molar mass of 192.1 g/mol. *See* AMIDE_COMMON002642-002793 at AMIDE_COMMON002642, https://pubchem.ncbi.nlm.nih.gov/compound/Citric-Acid (last accessed April 18, 2025). |

[2] The term "X is low-molecular-weight organic or mineral acid or water" has been construed in prior litigation to require that "X ***must be*** one molecule of 'low-molecular weight organic or mineral acid or water.' 'X' therefore cannot be equal to zero molecules of low-molecular weight organic or mineral acid or water." *See ThermoLife International, LLC, et. al. v. Vital Pharmaceuticals, Inc. d/b/a VPX*, Case No. 0:16-cv-60693-UU, D.I. 74 at 23-24 (emphasis in original). While Plaintiff takes no position at the time of service of these contentions regarding whether the same construction should be adopted in this action, the analysis set forth in these contentions is nevertheless consistent with this claim construction.

| | |
|---|---|
| wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid, or derivatives of aliphatic L-amino acid, or aromatic L-amino acid, or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides; ***and X is low-molecular-weight organic or mineral acid or water*** as a remedy possessing a neuroprotective activity. | Citric acid has the chemical structure detailed below:<br><br><br>*See*, AMIDE_COMMON002794-002801 at AMIDE_COMMON002794, https://www.sigmaaldrich.com/US/en/product/usp/1134368 (last accessed April 21, 2025) (annotated).<br><br>The Accused Instrumentalities themselves further confirm that they contain citric acid as an ingredient (as well as CLL), as demonstrated in the following annotated exemplary image of a Bang nutrition label archived from the manufacturer's website prior to October 10, 2022. |




D.I. 65 ¶ 114, https://web.archive.org/web/20210120182724/https://bangenergy.com/shop/bang-12-pack/ (last accessed April 13, 2025) (annotations added).

| | |
|---|---|
| | The portion of the recited formula set forth in green text further includes the negatively charged anions of "X" species encompassed by the claim, and specifically including the negatively charged citrate anion. As set forth below, the claim requires a non-covalent bond to be formed between the blue/red portion of the recited formula set forth above and the green "X" portion of the recited formula. It is the anionic form of X that forms such non-covalent bonds with available cations such as $CLL^+$. Accordingly, anionic species of X such as the negatively charged citrate anion as well as the negatively charged dihydrogen phosphate, malate, ascorbate, and bicarbonate anions citrate, phosphate, and bicarbonate are each within the scope of the green-shaded portion of the claimed formula.<br><br>With respect to the Accused Instrumentalities, citric acid in solution is known to yield $H^+$ to form the negatively charged citrate anion. *See* AMIDE_COMMON002535-002552, Maria Lambros, et. al., *Citric Acid: A Multifunctional Pharmaceutical Excipient*, Pharmaceuticals, 2022. The resulting citrate anion is described by the chemical structure detailed below:<br><br><br><br>For example, adding a low molecular weight acid such as citric acid to CLL intrinsically leads to salt formation, with citric acid donating a proton to CLL, serving to solubilize CLL, and forming a salt that can be represented by "CLL*citric acid" which consists of a CLL cation associated with a citrate anion. *See* AMIDE_COMMON002484-002534, Richard B. Kreider, *et al.*, *Bioavailability, Efficiency, Safety, and Regulatory Status of Creatine and Related Compounds: A Critical Review*, Nutrients 14, 1035 (2022); AMIDE_COMMON002456-002470, Ralf Jäger, *et al. Analysis of the efficacy, safety, and regulatory status of novel forms of creatine.* Amino Acids 40, 1369–1383 (2011). |

| | |
|---|---|
| | Citric acid is only one example of the low molecular weight acids present in each Accused Instrumentality capable of forming the infringing CLL*X equilibrium products. Phosphoric acid, malic acid, ascorbic acid, and "carbonated water" (i.e., carbonic acid), are each also present in the Accused Instrumentalities. Each in water solution donates a proton to CLL, analogous to the situation described above for citric acid / citrate. This proton donation results in negatively charged anions. The structures of these acids and these resultant anions are shown below and compared to citric acid / citrate. |
| A compound possessing neuroprotective activity, said compound consisting of:<br><br>amides of Creatine having a general formula: NH═C(NH2)—N(CH3)—CH2—CO—NH—R*X; wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid, or derivatives of aliphatic L-amino acid, or aromatic L-amino acid, or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides; and X is low-molecular-weight organic or mineral acid or water as a remedy possessing a neuroprotective activity. | The Accused Instrumentalities meet this claim language (the purple-shaded text, specifically the "*" between R and X in the formula) because the CLL and the citric acid including for example their ionic forms (as well as other low molecular weight organic acids and their ionic forms) are non-covalently bonded.<br><br>In chemical formula line drawings, an asterisk "*" is commonly used to indicate two species that are non-covalently bonded, such as to comprise a salt form or a hydrate form of a substance. *See* AMIDE_COMMON001224-001230, Andrievs Auzin, *Addressing the Challenge of Salt Forms in Drug Discovery*, Drug Discovery World, 2022, https://www.ddw-online.com/addressing-the-challenge-of-salt-forms-in-drug-discovery-18303-202208/ (last accessed April 18, 2025).<br><br>As an example, in the Accused Instrumentalities, protonated CLL (as set forth above) and negatively charged citrate anion (as set forth above) form non-covalent bonds.<br><br>More specifically, the below molecule has the formula NH=C(NH2)-N(CH3)-CH2-CO—NH—R*X, where R (red) is an L-leucine residue covalently bonded to creatine (blue), forming the creatine amide CLL (blue + red) in its protonated form, and X (green) is the low molecular weight organic acid (citric acid) in its anionic (aka deprotonated) form, "citrate." The protonated CLL and the citrate are non-covalently bound. |



As referenced above, citric acid is only one example of the low molecular weight acids present in each Accused Instrumentality capable of forming the infringing CLL*X equilibrium products. Phosphoric acid, malic acid, ascorbic acid, and “carbonated water” (i.e., carbonic acid), are each also present and are likewise each capable of forming an infringing CLL*X salt form.

Basic principles of chemistry hold that, in an aqueous solution such as in the Accused Instrumentalities, the CLL and X components described above will dynamically associate and disassociate regularly. *See* AMIDE_COMMON001231-002451 at AMIDE_COMMON001796-001798, Paul Flowers, et al., *11.2 Electrolytes*, Chemistry 2e, Openstax (2019); AMIDE_COMMON002553-2577, Yizhak Marcus, *Effects of Ions on the Structure of Water: Structure Making and Breaking*, Chem. Rev. 109, 1346-70 (2009). Because CLL and the X components are also oppositely charged (a process that may also happen dynamically, as well, so that at any given moment many, many individual species of each will be charged), they will necessarily non-covalently bond within an aqueous solution such as the Accused Instrumentalities. *See* AMIDE_COMMON002599-002614, Nico F. A. van der Vegt, et al., *Water-Mediated Ion Pairing: Occurrence and Relevance*, Chem. Rev. 116, 13, 7626-41, (2016); AMIDE_COMMON002471-002483, Charles Kraus, *The Ion-Pair Concept, Its Evolution and Some Applications*, J. Phys. Chem., 60, 2, 129-141 (1956). The result is that at all times many non-covalent bonds will exist between CLL and the various identified X components.

| | |
|---|---|
| | To the extent that this element is construed or applied so that there is no literal infringement of the element, then there is infringement under the doctrine of equivalents because any differences would be insubstantial.<br><br>For example, to the extent the claim is construed or applied to require static non-covalent bonds between CLL and the various X species, then the dynamically forming non-covalent bonds described above would be insubstantially different. Having dynamically forming non-covalent bonds yields the same function (increased water solubility for creatine) through the same means (non-covalent bonding of creatine) to create the same result (CLL non-covalently bonded to a low molecular weight acid, which increases water solubility for creatine). |
| A compound possessing neuroprotective activity, said compound consisting of:<br><br>amides of Creatine having a general formula: NH═C(NH2)—N(CH3)—CH2—CO—NH—R*X; wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid, or derivatives of aliphatic L-amino acid, or aromatic L-amino acid, or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides; and X is low-molecular-weight organic | The Accused Instrumentalities meet this limitation because creatine amides, such as the CLL present in the Accused Instrumentalities, "demonstrate a neuroprotective action on the brain tissues," which can lead to, *inter alia*, "reducing the infarction zone sizes [of strokes] considerably," and "extending the period of therapeutic window and protecting from the reperfusion injuries." *See* D.I. 65-1 at 3:33-38; 4:36-67; 12:41-16:32.<br><br>Scientific literature further confirms creatine derivatives—including creatine bonded with amino acids—may exhibit neuroprotective properties in contexts involving oxidative stress, neurodegeneration, or energy deficiency. Caroline Rae *et al.*, *Creatine Supplementation and Brain Performance: A Double-Blind Placebo-Controlled Cross-Over Trial*, 270 Proc. R. Soc. B 2147 (2003). Given the literature showing neuroprotective effects of creatine and its derivatives, any such neuroprotective effects of CLL may be attributed to the creatine portion of CLL's structure.<br><br>The amino acid L-Leucine, covalently attached to creatine in CLL, also is known to play a role in neural signaling. *See*, AMIDE_COMMON002635-2640, Jeffrey T. Cole, *et. al.*, *Dietary Branched Chain Amino Acids Ameliorate Injury-induced Cognitive Impairment*, Proceedings of the National Academy of Sciences of the United States of America (2010).<br><br>Moreover, the compound has absence of element(s) that would counter, reduce, or eliminate any potential neuroprotective characteristics. |

| | |
|---|---|
| or mineral acid or water ***as a remedy possessing a neuroprotective activity.*** | For these reasons, the leucine portion of CLL's structure may play a role in conferring favorable biological properties of CLL, such as neuroprotection. Both substructural elements can contribute to favorable physical properties such as solubility and bioavailability. |

| **'077 Patent; Claim 4** | **Accused Instrumentalities** |
|---|---|
| The compound of claim 1, wherein the compound is anhydrous. | *See* analysis regarding claim 1.<br><br>The Accused Instrumentalities meet this limitation because they contain CLL non-covalently bonded with a low molecular weight acid, which forms a salt. A salt form of a compound is one in which the compound is in a charged state and is ionically bonded to another species of opposite charge. Most commonly, salt forms exist in a solid state, often crystalline, and the use of a salt form alters the physical or biological properties of the compound relative to a non-salt form.<br><br>While the Accused Instrumentalities contain carbonated water, this does not change that the compound itself, (CLL * X) is an anhydrous salt. Moreover, no indication appears on the label that the creatine derivative contained in the Accused Instrumentalities is a hydrate, like creatine monohydrate. |




D.I. 65 ¶ 114, https://web.archive.org/web/20210120182724/https://bangenergy.com/shop/bang-12-pack/ (last accessed April 13, 2025) (annotations added).

| ’077 Patent; Claim 5 | Accused Instrumentalities |
|---|---|
| The compound of claim 1, wherein the compound is in aqueous solution. | *See* analysis regarding claim 1. |

An "aqueous solution" indicates that the solution must be at least water-based. Each of the Accused Instrumentalities meets this limitation, because each one is predominantly a water-based solution and has a salt of CLL and a low molecular weight acid.

The nutrition label indicates a beverage formulation with a serving size of 16 fl oz (473 mL)—which is predominantly carbonated water.




D.I. 65 ¶ 114, https://web.archive.org/web/20210120182724/https://bangenergy.com/shop/bang-12-pack/ (last accessed April 13, 2025) (annotations added).

| | |
|---|---|
| | To the extent that this element is construed or applies so that there is no literal infringement of the element, then there is infringement under the doctrine of equivalents. For example, if the water contained in the Accused Instrumentalities were not carbonated, this would be an insubstantial difference. The presence of carbon dioxide gas does not alter the fact that the water provides the basis of an aqueous solution. With or without the presence of carbonation, the water still provides the same function (a water-based solution for the CLL salt), through the same means (presence of water as substantial basis of the solution) to achieve the same result (dissolving the CLL salt in a water-based solution). |

| **'077 Patent; Claim 6** | **Accused Instrumentalities** |
|---|---|
| The compound of claim 1, wherein the compound is a composition with an auxiliary component. | *See supra* claim 1.<br><br>The specification states: "The auxiliary components are substances permitted by the Pharmacopoeia: they enhance the conditions of preparation, storage, or administering the remedy, for instance: ***solvents***, excipients, adhesive agents, aerating agents, sliding-lubricating substances, film-formators, pigments, plasticizers, prolonging agents, aromatizers, flavor additives, stabilizers, preservatives, etc. Exemplarily, the auxiliary substances may include: ***solvents, such as water*** . . . ." '077 patent at 5:3-27 (emphases added).<br><br>The Accused Instrumentalities contain "auxiliary components," an exemplary one of which is the solvent water. *See* discussion regarding claim 5. Accordingly, the Accused Instrumentalities form a composition with the recited compound and an auxiliary component. |

| ’077 Patent; Claim 7 | Accused Instrumentalities |
|---|---|
| The composition of claim 6, wherein the auxiliary component is water. | *See* discussion regarding claim 6. |