# EXHIBIT G


3E
CHEMISTRY
Matter and Its Changes
BRADY·RUSSELL·HOLUM

3E

# CHEMISTRY

## *Matter and Its Changes*

**James E. Brady**
*St. John's University, New York*

**Joel W. Russell**
*Oakland University, Michigan*

**John R. Holum**
*Augsburg (Emeritus), Minnesota*

John Wiley & Sons, Inc.
New York / Chichester / Weinheim / Brisbane / Singapore / Toronto

| | |
|---|---|
| ACQUISITIONS EDITOR | Cliff Mills |
| DEVELOPMENT EDITOR | Beth Bortz |
| SENIOR PRODUCTION EDITOR | Elizabeth Swain |
| SENIOR MARKETING MANAGER | Charity Robey |
| DESIGNER | Dawn L. Stanley |
| ILLUSTRATION EDITORS | Sigmund Malinowski, Edward Starr |
| PHOTO EDITOR | Hilary Newman |
| PHOTO RESEARCHER | Ramon Rivera Moret |
| ELECTRONIC ILLUSTRATIONS | Precision Graphics |
| COVER ART | Norm Christensen |
| COVER PHOTOS | *Welder:* ©Lynn Johnson/AURORA<br>*Fireworks:* ©Tony Wiles/Tony Stone Images/New York, Inc.<br>*Hot-air balloon:* ©Donovan Reese/Tony Stone Images/New York, Inc.<br>*Lighthouse:* ©John Lund/Tony Stone Images/New York, Inc.<br>*Diamond:* ©Color Day Productions/The Image Bank |

This book was set in 10/12 Times Ten by Progressive and printed and bound by Von Hoffmann. The cover was printed by Lehigh.

This book is printed on acid-free paper. ∞

Copyright ©2000 John Wiley & Sons, Inc. All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the CopyrightClearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4470. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158-0012, (212) 850-6011, fax (212) 850-6008, E-Mail: PERMREQ@WILEY.COM.

To order books or for customer service, call 1(800)-CALL-WILEY (225-5945).

***Library of Congress Cataloging-in-Publication Data***

Brady, James E., 1938–
Chemistry : the study of matter and its changes / James E. Brady, Joel W. Russell, John R. Holum.--3rd ed.
p. cm.
Includes bibliographical references and index.
ISBN 0-471-18476-4 (acid-free paper)
1. Chemistry. I. Title. II. Russell, Joel W. III. Holum, John R.

QD33.B82 2000
540 21--dc21 99-042979

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

# Table of Contents


## 1 Fundamentals of Chemical Change 1

1.1 Chemistry and Its Place among the Sciences 1
1.2 The Scientific Method: Building Models of Nature 2
1.3 Matter and Energy: Chemical Change 5
1.4 Tools of Chemistry: Measured Quantities and Their Units 9
1.5 Accuracy and Precision; Significant Figures 17
1.6 Computations and the Factor-Label Method 21
1.7 Properties of Substances; Density and Specific Gravity 25

Tools You Have Learned 32

Thinking it Through 33

Chemicals in Our World 1: Ascorbic Acid—Limes, Scurvy, and the Scientific Method 40

## 2 The Periodic Table and Some Properties of the Elements 43

2.1 Elements, Compounds, and Mixtures 43
2.2 Dalton's Atomic Theory 46
2.3 Symbols, Formulas, and Equations 49
2.4 Atomic Masses 53
2.5 The Structure of Matter: Atoms and Subatomic Particles 56
2.6 The Periodic Table 60
2.7 Metals, Nonmetals, and Metalloids 66
2.8 Reactions of the Elements: Formation of Molecular and Ionic Compounds 70
2.9 Ionic Compounds and Their Properties 72
2.10 Molecular Compounds and Their Properties 78
2.11 Inorganic Chemical Nomenclature 81

Tools You Have Learned 88

Thinking it Through 89

## 3 Stoichiometry: Quantitative Chemical Relationships 97

3.1 The Mole Concept 97
3.2 Measuring Moles of Elements and Compounds 100
3.3 Percentage Composition 107
3.4 Empirical and Molecular Formulas 110
3.5 Writing and Balancing Chemical Equations 116
3.6 Using Chemical Equations in Calculations 118
3.7 Limited Reactant Calculations 123
3.8 Theoretical Yield and Percentage Yield 125
3.9 Reactions in Solution 127
3.10 Molar Concentration 130
3.11 Stoichiometry of Reactions in Solution 136

Tools You Have Learned 139

Thinking it Through 139

Chemicals in Our World 2: Silicon—An Element for the Twenty-first Century 148

## 4 Reactions between Ions in Aqueous Solutions 151

4.1 Electrolyes and Nonelectrolytes 151
4.2 Equations for Ionic Reactions 154
4.3 Predicting Reactions That Produce Precipitates 158
4.4 Acids and Bases as Electrolytes 161
4.5 Strong and Weak Acids and Bases 166




**Figure 2.8** *Models that depict the diatomic molecules of hydrogen, oxygen, nitrogen, and chlorine.* Each contains two atoms per molecule; their different sizes reflect differences in the sizes of the atoms that make up the molecules. The atoms are shaded by color to indicate the element (hydrogen, white; oxygen, red; nitrogen, blue; and chlorine, green).

**Elements That Occur Naturally as Diatomic Molecules**

| | | | |
|---|---|---|---|
| Hydrogen | $H_2$ | Fluorine | $F_2$ |
| Nitrogen | $N_2$ | Chlorine | $Cl_2$ |
| Oxygen | $O_2$ | Bromine | $Br_2$ |
| | | Iodine | $I_2$ |



A "space-filling" model of $H_2O$.

**Tools**

**Subscripts in a formula**




*A ball-and-stick model of the chloroform molecule, $CHCl_3$.* A standard color scheme is used to represent the different elements: carbon, black; hydrogen, white; and chlorine, green.

Among them are the gases hydrogen, oxygen, nitrogen, and chlorine. We represent them with **chemical formulas** in which subscripts indicate the number of atoms in the molecule. Thus, the formula for molecular hydrogen is $H_2$, and those for oxygen, nitrogen, and chlorine are $O_2$, $N_2$, and $Cl_2$. (See Figure 2.8.) The elements that occur as diatomic molecules are listed in the table in the margin. Be sure to learn them; you will encounter them often throughout the course. Other elements have their atoms arranged in even more complex combinations, but we won't discuss them further at this point.

## Formulas of Compounds

Chemical formulas are also used to represent compounds. In one sense a chemical formula is a shorthand way of writing the name for a compound, just as chemical symbols are shorthand notations for the names of elements. The most important characteristic of a formula, however, is that it specifies the composition of a substance.

In the formula of a compound, each element present is identified by its chemical symbol. When more than one atom of an element is present, the number of atoms is given by a subscript. For example, the iron oxide in rust has the formula $Fe_2O_3$, which tells us that the compound is composed of iron and oxygen and that in this compound there are two atoms of iron for every three atoms of oxygen. When no subscript is written, we assume it to be 1. Thus, the formula $H_2O$ tells us that in water there are two H atoms for every one O atom. Similarly, the formula for chloroform, $CHCl_3$, indicates that one atom of carbon, one atom of hydrogen, and three atoms of chlorine have combined.

For more complicated compounds, we sometimes find formulas containing parentheses. An example is the formula for urea, $CO(NH_2)_2$, which tells us that the group of atoms within the parentheses, $NH_2$, occurs twice. (The formula for urea also could be written as $CON_2H_4$, but there are good reasons for writing certain formulas with parentheses, as you will see later.)

### *Hydrates*

Certain compounds form crystals that contain water molecules. An example is ordinary plaster—the material often used to coat the interior walls of buildings. Plaster consists of crystals of calcium sulfate, $CaSO_4$, that contain two molecules of water for each $CaSO_4$. These water molecules are not held very tightly and can be driven off by heating the crystals. The dried crystals absorb water again if exposed to moisture, and the amount of water absorbed always gives crystals in which the $H_2O$-to-$CaSO_4$ ratio is 2 to 1. Compounds whose crystals contain water molecules in fixed ratios are quite common and are called **hydrates.** The formula

Case 4:24-cv-01022-SDJ Document 283-8 Filed 09/15/26 Page 7 of 9 PageID #: 5212



for this hydrate of calcium sulfate is written $CaSO_4 \cdot 2H_2O$ to show that there are two molecules of water per $CaSO_4$. The raised dot is used to indicate that the water molecules are not bound too tightly in the crystal and can be removed.

Sometimes the *dehydration* (removal of water) of hydrate crystals produces changes in color. An example is copper sulfate, which is sometimes used as an agricultural fungicide. Copper sulfate forms blue crystals with the formula $CuSO_4 \cdot 5H_2O$ in which there are five water molecules for each $CuSO_4$. When these blue crystals are heated, most of the water is driven off and the solid that remains, now nearly pure $CuSO_4$, is almost white (Figure 2.9). If left exposed to the air, the $CuSO_4$ will absorb moisture and form blue $CuSO_4 \cdot 5H_2O$ again.

When all the water is removed, the solid is said to be **anhydrous**, meaning *without water.*




**▶Chemistry in Practice◀** The tendency of certain compounds to form hydrates has practical applications. For example, calcium chloride, $CaCl_2$, forms a number of hydrates including $CaCl_2 \cdot 6H_2O$, and the anhydrous compound will absorb water from the air to form hydrates. Products such as the one pictured in the margin are available in hardware stores and contain porous bags of $CaCl_2$. When placed in a damp basement or closet, the $CaCl_2$ absorbs moisture and reduces the humidity, slowing the growth of mildew. ◆

## *Counting Atoms in Formulas*

Counting the number of atoms of the elements in a chemical formula is an operation you will have to perform many times, so let's look at an example.

**EXAMPLE 2.1**
**Counting Atoms in Formulas**

How many atoms of each element are in the formulas (a) $Al_2(SO_4)_3$ and (b) $CoCl_3 \cdot 6H_2O$?

**Solution:** (a) Here we must recognize that all the atoms within the parentheses occur three times. Therefore, the formula $Al_2(SO_4)_3$ shows

2 Al    3 S    12 O

(b) This is a formula for a hydrate, as indicated by the raised dot. It contains six water molecules, each with two H and one O, for every $CoCl_3$. Therefore, the formula $CoCl_3 \cdot 6H_2O$ represents

1 Co    3 Cl    12 H    6 O

**Practice Exercise 1**

How many atoms of each element are expressed by the formulas: (a) $NiCl_2$, (b) $FeSO_4$, (c) $Ca_3(PO_4)_2$, (d) $Co(NO_3)_2 \cdot 6H_2O$? ◆



(a) (b)

**Figure 2.9** *Water can be driven from hydrates by heating.* Shown here are blue crystals of copper sulfate hydrate ($CuSO_4 \cdot 5H_2O$), which readily lose water when they are heated. The white solid that forms is pure $CuSO_4$.

## Chemical Equations

*A* **chemical equation** *describes what happens when a chemical reaction occurs.* It uses chemical formulas to provide a before-and-after picture of the chemical substances involved. Consider, for example, the reaction that occurs when a mixture of powdered zinc (Zn) and sulfur (S) is ignited. This reaction, shown in Figure 2.6 on page 49, produces the compound zinc sulfide, which has the formula ZnS. The reaction can be represented by the chemical equation

$$Zn + S \longrightarrow ZnS$$

The two substances that appear to the left of the arrow, Zn and S, are called the **reactants.** These are the substances that exist before the reaction occurs. To the right of the arrow is the formula for zinc sulfide, ZnS, which is the **product** of the reaction. In this example, only one substance is formed in the reaction, so there is only one product. As we will see, however, in most chemical reactions there is more than one product. The products are the substances that are formed and that exist after the reaction is over. The arrow means "reacts to yield." Thus, this equation tells us that *zinc and sulfur react to yield zinc sulfide.*

## Coefficients

Most chemical equations are more complex than the one we've just examined. For instance, consider the reaction between the gases $H_2$ and $O_2$ to form $H_2O$ illustrated in Figure 2.10. We see that to use up both oxygen atoms of the $O_2$ molecule, we need two hydrogen molecules and we obtain two molecules of $H_2O$. The equation for the reaction is written to reflect this:

$$2H_2 + O_2 \longrightarrow 2H_2O$$




(*a*) (*b*)

**Figure 2.10** *The reaction between molecules of hydrogen and oxygen.* (*a*) The reaction between two molecules of hydrogen and one molecule of oxygen gives two molecules of water. (*b*) The space shuttle uses this reaction to provide thrust with its main rocket engines.

The numbers in front of the formulas are called **coefficients,** and they indicate the number of molecules of each kind among the reactants and products. Thus, $2H_2$ means two molecules of $H_2$, and $2H_2O$ means two molecules of $H_2O$. When no number is written, the coefficient is assumed to be 1 (so the coefficient of $O_2$ equals 1).

Coefficients are required to make an equation conform to the law of conservation of mass, with an equal number of atoms of each element on both sides of the arrow. When this condition is met, we say the equation is **balanced.** The following is another example of a balanced equation—the equation for the combustion of butane, $C_4H_{10}$, the fluid in disposable cigarette lighters (Figure 2.11). The chemical equation for this reaction is



**Figure 2.11** *The combustion of butane, $C_4H_{10}$.* The products are carbon dioxide and water vapor.

$$2C_4H_{10} + 13O_2 \longrightarrow 8CO_2 + 10H_2O$$

The 2 before the $C_4H_{10}$ tells us that two molecules of butane react. This involves a total of 8 carbon atoms and 20 hydrogen atoms. (Notice we have multiplied the numbers of atoms of C and H in one molecule of $C_4H_{10}$ by the coefficient 2.) On the right we find 8 molecules of $CO_2$, which contain a total of 8 carbon atoms. Similarly, 10 water molecules contain 20 hydrogen atoms. Finally, we can count 26 oxygen atoms on both sides of the equation. You will learn to balance equations such as this in Chapter 3.

In a chemical equation we sometimes specify the physical states of the reactants and products, that is, whether they are solids, liquids, or gases. This is done by writing *s*, *l*, or *g* in parentheses after the chemical formulas. For example, the equation for the combustion of the carbon in a charcoal briquette can be written as

*s* = solid
*l* = liquid
*g* = gas

$$C(s) + O_2(g) \longrightarrow CO_2(g)$$

At times we will also find it useful to indicate that a particular substance is dissolved in water. We do this by writing *aq*, meaning *aqueous* solution, in parentheses after the formula. For instance, the reaction between stomach acid (HCl) and the active ingredient in Tums, $CaCO_3$, is

*Aqueous* means dissolved in water.

$$2HCl(aq) + CaCO_3(s) \longrightarrow CaCl_2(aq) + H_2O(l) + CO_2(g)$$

### Practice Exercise 2

How many atoms of each element appear on each side of the arrow in the following equation?

$$Mg(OH)_2 + 2HCl \longrightarrow MgCl_2 + 2H_2O$$ ◆

### Practice Exercise 3

Rewrite the equation in Practice Exercise 2 to show that $Mg(OH)_2$ is a solid, HCl and $MgCl_2$ are dissolved in water, and $H_2O$ is a liquid. ◆

## 2.4 Atomic Masses

One of the most useful concepts to come from Dalton's atomic theory is that atoms of an element have a constant, characteristic **atomic mass** (or **atomic weight**). This concept opened the door to the determination of chemical formulas and ultimately to one of the most useful devices chemists have for organizing chemical information, the periodic table of the elements. But how can the masses of atoms be measured?