# EXHIBIT H

INSTRUCTOR'S EDITION

# Chemistry

EIGHTH EDITION



WHITTEN DAVIS PECK STANLEY

# Chemistry

EIGHTH EDITION

KENNETH W. WHITTEN
*University of Georgia, Athens*

RAYMOND E. DAVIS
*University of Texas at Austin*

M. LARRY PECK
*Texas A&M University*

GEORGE G. STANLEY
*Louisiana State University*

THOMSON
BROOKS/COLE

Australia • Brazil • Canada • Mexico • Singapore • Spain
United Kingdom • United States

THOMSON
BROOKS/COLE

***Chemistry*, Eighth Edition**
Kenneth W. Whitten, Raymond E. Davis, M. Larry Peck, George G. Stanley

Publisher: David Harris
Chemistry Acquisitions Editor: Lisa Lockwood
Development Editor: Jay Campbell
Assistant Editor: Sarah Lowe
Editorial Assistant: Lauren Oliviera
Technology Project Manager: Ericka Yeoman-Saler
Marketing Manager: Amee Mosley
Marketing Assistant: Michele Colella
Marketing Communications Manager: Bryan Vann
Project Manager, Editorial Production: Lisa Weber
Creative Director: Rob Hugel
Art Director: Lee Friedman
Print Buyer: Rebecca Cross
Permissions Editor: Joohee Lee
Production Service: G&S Book Services
Text Designer: Ellen Pettengell Design
Photo Researcher: Dena Digilio Betz
Copy Editor: Sara Black
Illustrators: 2064design, J/B Woolsey Associates, and Rolin Graphics
Cover Designer: Ha Nguyen Design
Cover Images: Stuart Westmorland/Getty (ocean) and 2064design (molecule)
Cover Printer: Phoenix Color Corp
Compositor: G&S Book Services
Printer: Quebecor World/Versailles

© 2007 Thomson Brooks/Cole, a part of The Thomson Corporation. Thomson, the Star logo, and Brooks/Cole are trademarks used herein under license.

ALL RIGHTS RESERVED. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, web distribution, information storage and retrieval systems, or in any other manner—without the written permission of the publisher.

Printed in the United States of America
1 2 3 4 5 6 7 00 09 08 07 06

Library of Congress Control Number: 2005926728

ExamView® and ExamView Pro® are registered trademarks of FSCreations, Inc. Windows is a registered trademark of the Microsoft Corporation used herein under license. Macintosh and Power Macintosh are registered trademarks of Apple Computer, Inc. Used herein under license.

Student Edition: ISBN 0-495-01448-6

**Thomson Higher Education**
**10 Davis Drive**
**Belmont, CA 94002-3098**
**USA**

For more information about our products, contact us at:
**Thomson Learning Academic Resource Center**
**1-800-423-0563**

For permission to use material from this text or product, submit a request online at
**http://www.thomsonrights.com**.
Any additional questions about permissions can be submitted by e-mail to
**thomsonrights@thomson.com**.




**Figure 2-7** Some important relationships from Chapters 1 and 2. The relationships that provide unit factors are enclosed in green boxes. F units = formula units (molecules for molecular systems).

GENERAL **ChemistryNow**™ Assess your understanding of this chapter's topics with additional quizzing and tutorials at **http://now.brookscole.com/whitten8**.

## Key Terms

**Allotropic modifications (allotropes)** Different forms of the same element in the same physical state.

**Anhydrous** Without water.

**Anion** An ion with a negative charge.

**Atomic mass unit (amu)** One twelfth of the mass of an atom of the carbon-12 isotope; a unit used for stating atomic and formula weights.

**Atomic weight** Weighted average of the masses of the constituent isotopes of an element; the relative mass of atoms of different elements.

**Avogadro's number** $6.022 \times 10^{23}$ units of a specified item. See *Mole*.

**Cation** An ion with a positive charge.

**Chemical formula** Combination of element symbols that indicates the chemical composition of a substance.

**Composition stoichiometry** Describes the quantitative (mass) relationships among elements in compounds.

**Empirical formula** See *Simplest formula*.

**Formula** Combination of element symbols that indicates the chemical composition of a substance.

**Formula unit** The smallest repeating unit of a substance—for non-ionic substances, the molecule.

**Formula weight** The mass, in atomic mass units, of one formula unit of a substance. Numerically equal to the mass, in grams, of one mole of the substance (see *Molar mass*). This number is obtained by adding the atomic weights of the atoms specified in the formula.

**Hydrate** A crystalline sample that contains water, $H_2O$, and another compound in a fixed mole ratio. Examples include $CuSO_4 \cdot 5H_2O$ and $(COOH)_2 \cdot 2H_2O$.

**Ion** An atom or group of atoms that carries an electric charge. A positive ion is a *cation*; a negative ion is an *anion*.

**Ionic compound** A compound that is composed of cations and anions. An example is sodium chloride, NaCl.

**Law of Constant Composition** See *Law of Definite Proportions*.

**Law of Definite Proportions** Different samples of a pure compound always contain the same elements in the same proportions by mass; this corresponds to atoms of these elements in fixed numerical ratios. Also known as the Law of Constant Composition.

**Law of Multiple Proportions** When two elements, A and B, form more than one compound, the ratio of the masses of element B that combine with a given mass of element A in each of the compounds can be expressed by small whole numbers.

**Molar mass** The mass, in grams, of one mole of a substance; numerically equal to the formula weight of the substance. See *Formula weight*; see *Molecular weight*.

**Mole** $6.022 \times 10^{23}$ (Avogadro's number of) formula units (or molecules, for a molecular substance) of a substance. The mass, in grams, of one mole is numerically equal to the formula (molecular) weight of the substance.

**Molecular formula** A formula that indicates the actual number of atoms present in a molecule of a molecular substance. Compare with *Simplest (empirical) formula*.