# EXHIBIT I



# Physicochemical Principles of Pharmacy

Fourth edition

Alexander T Florence and David Attwood

Pharmaceutical Press

# Physicochemical Principles of Pharmacy

# Physicochemical Principles of Pharmacy

FOURTH EDITION

**Alexander T Florence**
CBE, DSc, FRSC, FRSE, FRPharmS
School of Pharmacy, University of London, UK

**David Attwood**
PhD, DSc, CChem FRSC
School of Pharmacy and Pharmaceutical Sciences
University of Manchester, UK

London • Chicago
Pharmaceutical Press

**Published by the Pharmaceutical Press**
Publications division of the Royal Pharmaceutical Society of Great Britain

1 Lambeth High Street, London SE1 7JN, UK
100 South Atkinson Road, Suite 206, Grayslake, IL 60030-7820, USA

© Pharmaceutical Press 2006

(PP) is a trade mark of Pharmaceutical Press

First, second and third editions published by Palgrave
(formerly Macmillan Press Ltd) 1981, 1988, 1998
Third edition reprinted 2004, 2005
Fourth edition 2006

Typeset by MCS Publishing Services Ltd, Salisbury, Wiltshire
Printed in Great Britain by Butler & Tanner, Frome, Somerset

ISBN 0 85369 608 X

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, without the prior written permission of the copyright holder.

The publisher makes no representation, express or implied, with regard to the accuracy of the information contained in this book and cannot accept any legal responsibility or liability for any errors or omissions that may be made.

*A catalogue record for this book is available from the British Library*

Cover image: Polarised light micrograph of liquid crystals. Magnification ×100 at 35 mm size. Reproduced with permission from James Bell/Science Photo Library.




**Figure 1.13** Comparison of serum levels ($\mu g\ cm^{-3}$) obtained with suspensions of chloramphenicol palmitate after oral administration of a dose equivalent to 1.5 g of chloramphenicol.
Redrawn from reference 8.

and biological grounds, the maximum response must be achieved with the minimum amount of drug substance.

## 1.4 Crystal hydrates

When some compounds crystallise they may entrap solvent in the crystal. Crystals that contain solvent of crystallisation are called crystal *solvates*, or crystal *hydrates* when water is the solvent of crystallisation. Crystals that contain no water of crystallisation are termed *anhydrates*.

Crystal solvates exhibit a wide range of behaviour depending on the interaction between the solvent and the crystal structure. With some solvates the solvent plays a key role in holding the crystal together; for example, it may be part of a hydrogen-bonded network within the crystal structure. These solvates are very stable and are difficult to desolvate. When these crystals lose their solvent they collapse and recrystallise in a new crystal form. We can think of these as *polymorphic solvates*. In other solvates, the solvent is not part of the crystal bonding and merely occupies voids in the crystal. These solvates lose their solvent more readily and desolvation does not destroy the crystal lattice. This type of solvate has been called a *pseudopolymorphic solvate*.

By way of illustration of this phenomenon, we return to the case of spironolactone which we considered earlier. As well as the two polymorphs, this compound also possesses four solvates, depending on whether it is crystallised from acetonitrile, ethanol, ethyl acetate or methanol. Each of these solvates is transformed to the polymorphic Form 2 on heating, indicating that the solvent is involved in the bonding of the crystal lattice.

The stoichiometry of some of the solvates is unusual. Fludrocortisone pentanol solvate, for example, contains 1.1 molecules of pentanol for each steroid molecule, and its ethyl acetate solvate contains 0.5 molecules of ethyl acetate per steroid molecule. A succinylsulfathiazole solvate appears to have 0.9 moles of pentanol per mole of drug. Beclometasone dipropionate forms solvates with chlorofluorocarbon propellants.

Infrared measurements show that cefaloridine exists in $\alpha$, $\beta$, $\delta$, $\varepsilon$, $\zeta$ and $\mu$ forms (that is, six forms after recrystallisation from different solvents).[9] Proton magnetic resonance