# EXHIBIT J


VISIT ONLINE
OXFORD QUICK REFERENCE
THE BESTSELLING AND ACCESSIBLE
A–Z GUIDE ON CHEMISTRY
Oxford
DICTIONARY OF
Chemistry

OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford, OX2 6DP,
United Kingdom

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide. Oxford is a registered trade mark of
Oxford University Press in the UK and in certain other countries

© Market House Books Ltd. 1985, 1990, 1996, 2000, 2004, 2008, 2016

The moral rights of the author have been asserted

First published 1985 as *A Concise Dictionary of Chemistry*
Second edition 1990
Third edition 1996
Fourth edition 2000
Fifth edition 2004
Sixth edition 2008
Seventh edition 2016

Impression: 1

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press, or as expressly permitted by law, by licence or under terms agreed with the appropriate reprographics rights organization. Enquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Oxford University Press, at the address above

You must not circulate this work in any other form
and you must impose this same condition on any acquirer

Published in the United States of America by Oxford University Press
198 Madison Avenue, New York, NY 10016, United States of America

British Library Cataloguing in Publication Data

Data available

Library of Congress Control Number: 2015941922

ISBN 978-0-19-872282-3

Printed in Great Britain by
Clays Ltd, St Ives plc

Links to third party websites are provided by Oxford in good faith and for information only. Oxford disclaims any responsibility for the materials contained in any third party website referenced in this work.

velocity. The quantum theory of angular momentum is closely associated with the *rotation group and has important applications in the electronic structure of atoms and diatomic molecules and *rotational spectroscopy of molecules. Electron spin is a type of angular momentum.

**anharmonicity** The extent to which the oscillation of an oscillator differs from simple harmonic motion. In molecular vibrations the anharmonicity is very small near the equilibrium position, becomes large as the vibration moves away from the equilibrium position, and is very large as dissociation is approached. Anharmonicity is taken into account in molecular vibrations by adding an anharmonicity term to the potential energy function of the molecule. For a harmonic oscillator the potential energy function $U$ is given by $U=f(r-r_e)^2$ where $r$ is the interatomic distance, $r_e$ is the equilibrium interatomic distance, and $f$ is a constant. Anharmonicity is taken into account by adding a cubic term $g(r-r_e)^3$ to the quadratic term, where $g$ is much smaller than $f$. Higher terms in $(r-r_e)$ can be added to improve the description of anharmonicity.

**anharmonic oscillator** An oscillating system (in either classical mechanics or *quantum mechanics) that is not oscillating in simple harmonic motion. In general, the problem of an anharmonic oscillator is not exactly soluble, although many systems approximate to harmonic oscillators and for such systems the *anharmonicity can be calculated using *perturbation theory.

**anhydride** A compound that produces a given compound on reaction with water. For instance, sulphur trioxide is the (acid) anhydride of sulphuric acid $SO_3 + H_2O \rightarrow H_2SO_4$. *See also* ACID ANHYDRIDES.

**anhydrite** An important rock-forming anhydrous mineral form of calcium sulphate, $CaSO_4$. It is chemically similar to *gypsum but is harder and heavier and crystallizes in the rhombic form (gypsum is monoclinic). Under natural conditions anhydrite slowly hydrates to form gypsum. It occurs chiefly in white and greyish granular masses and is often found in the caprock of certain salt domes. It is used as a raw material in the chemical industry and in the manufacture of cement and fertilizers.

**anhydrous** Denoting a chemical compound lacking water: applied particularly to salts lacking their water of crystallization.

**aniline** *See* PHENYLAMINE.

**anilinium ion** The ion $C_6H_5NH_3^+$, derived from *phenylamine.

**animal charcoal** *See* CHARCOAL.

**animal starch** *See* GLYCOGEN.

**anion** A negatively charged *ion, i.e. an ion that is attracted to the *anode in *electrolysis. *Compare* CATION.

**anionic detergent** *See* DETERGENT.

**anionic resin** *See* ION EXCHANGE.

**anisotropic** Denoting a medium in which certain physical properties are different in different directions. Wood, for instance, is an anisotropic material: its strength along the grain differs from that perpendicular to the grain. Single crystals that are not cubic are anisotropic with respect to some physical properties, such as the transmission of electromagnetic radiation. *Compare* ISOTROPIC.

**annealing** A form of heat treatment applied to a metal to soften it, relieve internal stresses and instabilities, and make it easier to work or machine. It consists of heating the metal to a specified temperature for a specified time,

r
ır-
ve
e

ng
of
can
atmos-

ocess in
duced to
leased
cess is
*udomonas*
ites as a
emical
r to respir-
*ompare*
EN CYCLE.

metabolic
olecule is
precursor mol-
esis is an

substance per
units it is meas-
O RELATIVE
SITY.



**density-functional theory** A method for the theoretical treatment of molecules, in which the electron density is considered rather than the *wave functions of individual electrons. It is used extensively in molecular and solid-state theory.

**deoxyribonucleic acid** *See* DNA.

**depolarization** The prevention of *polarization in a *primary cell. For example, manganese(IV) oxide (the **depolarizer**) is placed around the positive electrode of a *Leclanché cell to oxidize the hydrogen released at this electrode.

**depression of freezing point** The reduction in the freezing point of a pure liquid when another substance is dissolved in it. It is a *colligative property – i.e. the lowering of the freezing point is proportional to the number of dissolved particles (molecules or ions), and does not depend on their nature. It is given by $\Delta t = K_f C_m$, where $C_m$ is the molar concentration of dissolved solute and $K_f$ is a constant (the **cryoscopic constant**) for the solvent used. Measurements of freezing-point depression (using a Beckmann thermometer) can be used for finding relative molecular masses of unknown substances.

SEE WEB LINKS

- Raoult's original paper

**depsides** A class of compounds formed by condensation of a phenolic carboxylic acid (such as gallic acid) with a similar compound, the reaction being between the carboxylic acid group on one molecule and a phenolic OH group on the other. Depsides are similar to esters, except that the OH group is linked directly to an aromatic ring. In such compounds, the –O–CO– group is called a **depside linkage**. Depsides are found in tannins and other natural products.

**derivative** A compound that is derived from some other compound and usually maintains its general structure, e.g. trichloromethane (chloroform) is a derivative of methane.

**derived unit** *See* BASE UNIT.

d

**desalination** The removal of salt from sea water for irrigation of the land or to provide drinking water. The process is normally only economic if a cheap source of energy, such as the waste heat from a nuclear power station, can be used. Desalination using solar energy has the greatest economic potential since shortage of fresh water is most acute in hot regions. The methods employed include evaporation, often under reduced pressure (flash evaporation); freezing (pure ice forms from freezing brine); *reverse osmosis; *electrodialysis; and *ion exchange.

**desiccant** A drying agent. There are many types, including anhydrous calcium chloride, anhydrous calcium sulphate, concentrated sulphuric acid, phosphorus(V) oxide, solid sodium hydroxide, lime, and silica gel.

**desiccation** A method of preserving organic material by the removal of its water content. Cells and tissues can be preserved by desiccation after lowering the samples to freezing temperatures; thereafter they can be stored at room temperature.

**desiccator** A container for drying substances or for keeping them free from moisture. Simple laboratory desiccators are glass vessels containing a drying agent, such as silica gel. They can be evacuated through a tap in the lid.

**designer drug** A synthetic drug with a chemical structure that is similar to that of an existing drug. Designer drugs are produced either to increase potency or to avoid detection. An example is