# EXHIBIT K


5TH Edition
WILEY
Van Nostrand's
ENCYCLOPEDIA of CHEMISTRY
LIBRARY USE ONLY
GLENN D. CONSIDINE
Editor-in-Chief

Copyright © 2005 by John Wiley & Sons Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 877-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print, however, may not be available in electronic format.

***Library of Congress Cataloging-in-Publication Data:***

Van Nostrand's encyclopedia of chemistry.–5th ed. / edited by Glenn D. Considine.
p. cm.
Rev. ed. of: Van Nostrand Reinhold encyclopedia of chemistry, 4th ed.c1984.
Includes bibliographical references and index.
ISBN 0-471-61525-0
1. Chemistry–Encyclopedias. I. Considine, Glenn D. II. Van Nostrand Reinhold encyclopedia of chemistry.

QD4.V36 2005
540'.3—dc22
2004057156

Printed in the United States of America.
10 9 8 7 6 5 4 3 2 1

**AMETHYST.** A purple- or violet-colored quartz having the same physical characteristics as quartz. The source of color is not definite but thought to be caused by ferric iron contamination. Oriental amethysts are purple corundum.

Amethysts are found in the Ural Mountains, India, Sri Lanka, Madagascar, Uruguay, Brazil, the Thunder Bay district of Lake Superior in Ontario, and Nova Scotia; in the United States, in Michigan, Virginia, North Carolina, Montana, and Maine.

The name amethyst is generally supposed to have been derived from the Greek word meaning not drunken. Pliny suggested that the term was applied because the amethyst approaches but is not quite the equivalent of a wine color.

See also **Quartz**.

**AMIDES.** An amide may be defined as a compound that contains the $CO \cdot NH_2$ radical, or an acid radical(s) substituted for one or more of the hydrogen atoms of an ammonia molecule. Amides may be classified as (1) *primary amides*, which contain one acyl radical, such as $-CO \cdot CH_3$ (acetyl) or $-CO \cdot C_6H_5$ (benzoyl), linked to the *amido* group ($-NH_2$). Thus, acetamide $NH_2COCH_3$ is a combination of the acetyl and amido groups; (2) *secondary amides*, which contain two acyl radicals and the *imido* group ($-NH_2$) Diacetamide $HN(COCH_3)_2$ is an example; and (3) *tertiary amides*, which contain three acyl radicals attached to the N atom. Triacetamide $N(COCH_3)_3$ is an example.

A further structural analysis will show that amides may be regarded as derivatives of corresponding acids in which the amido group substitutes for the hydroxyl radical OH of the carboxylic group COOH. Thus, in the instance of formic acid HCOOH, the amide is $HCOONH_2$ (formamide); or in the case of acetic acid $CH_3$ COOH, the amide is $CH_3$ $CONH_2$ (acetamide). Similarly, urea may be regarded as the amide of carbonic acid (theoretical) O:C, that is, $NH_2$ $CONH_2$ (urea). The latter represents a dibasic acid in which two H atoms of the hydroxyl groups have been replaced by amido groups. A similar instance, malamide,

$$NH_2CO \cdot CH_2CH(OH) \cdot CONH_2$$

is derived from the dibasic acid, malic acid,

$$OHCO \cdot CH_2CH(OH) \cdot COOH.$$

Aromatic amides, sometimes referred to as *arylamides*, exhibit the same relationship. Note the relationship of benzoic acid $C_6$ $H_5$ COOH with benzamide $C_6$ $H_5$ $CONH_2$. *Thiamides* are derived from amides in which there is substitution of the O atom by a sulfur atom. Thus, acetamide $NH_2 \cdot CO \cdot CH_3$, becomes thiacetamide $NH_2 \cdot CS \cdot CH_3$; or acetanilide $C_6H_5 \cdot NH \cdot CO \cdot CH_3$ becomes thiacetanilide $C_6H_5 \cdot NH \cdot CS \cdot CH_3$. *Sulfonamides* are derived from the sulfonic acids. Thus, benzene-sulfonic acid $C_6H_5 \cdot SO_2 \cdot OH$ becomes benzene-sulfonamide $C_6H_5 \cdot SO_2 \cdot NH_2$. See also **Sulfonamide Drugs**.

Amides may be made in a number of ways. Prominent among them is the acylation of amines. The agents commonly used are, in order of reactivity, the acid halides, acid anhydrides, and esters. Such reactions are:

$$R'COCl + HNR_2 \longrightarrow R'C(=O)NR_2 + HCl$$

$$R'C(=O)OC(=O)R' + HNR_2 \longrightarrow R'C(=O)NR_2 + R'COOH$$

$$R'C(=O)OR'' + HNR_2 \longrightarrow R'C(=O)NR_2 + R''OH$$

The hydrolysis of nitriles also yields amides:

$$RCN + H_2O \xrightarrow{OH} RCONH_2$$

Amides are resonance compounds, having an ionic structure for one form:

$$R-C(=O)NR_2 \qquad R-C(-O^-):N^+R_2$$

Evidence for the ionic form is provided by the fact that the carbon-nitrogen bond (1.38 Å) is shorter than a normal C−N bond (1.47 Å) and the carbon-oxygen bond (1.28 Å) is longer than a typical carbonyl bond (1.21 Å). That is, the carbon-nitrogen bond is neither a real C−N single bond nor a C−N double bond.

The amides are sharp-melting crystalline compounds and make good derivatives for any of the acyl classes of compounds, i.e., esters, acids, acid halides, anhydrides, and lactones.

Amides undergo hydrolysis upon refluxing in $H_2O$. The reaction catalyzed by acid or alkali.



Primary amides may be dehydrated to yield nitriles.

$$R-CONH_2 + C_6H_5SO_2Cl \xrightarrow[70°]{\text{pyridine}} R-CN + C_6H_5SO_3H + HCl$$

The reaction is run in pyridine solutions.

Primary and secondary amides of the type $RCONH_2$ and RCON... react with nitrous acid in the same way as do the corresponding prim... and secondary amines.

$$RCONH_2 + HONO \longrightarrow RCOOH + N_2 + HOH$$

$$RCONHR + HONO \longrightarrow RCON(NO)R + HOH$$

When diamides having their amide groups not far apart are heated, t... lose ammonia to yield imides. See also **Imides**.

**AMINATION.** The process of introducing the amino group ($-NH_2$) i... an organic compound is termed *amination*. An example is the reductio... aniline, $C_6H_5 \cdot NH_2$, from nitrobenzene, $C_6H_5 \cdot NO_2$. The reduction may... accomplished with iron and HCl. Only about 2% of the calculated am... of acid (to produce $H_2$ by reaction with iron) is required because of the... that $H_2$ O plus iron in the presence of ferrous chloride solution (fer... and chloride ions) functions as the primary reducing agent. Such gr... as nitroso (−NO), hydroxylamine (−NH · NH−), and azo (−N:N−) a... yield amines by reduction. Amination also may be effected by the us... $NH_3$, in a process sometimes referred to as *ammonolysis*. An examp... the production of aniline from chlorobenzene:

$$C_6H_5Cl + NH_3 \longrightarrow C_6H_5 \cdot NH_2 + HCl$$

The reaction proceeds only under high pressure. In the ammonol... of benzenoid sulfonic acid derivatives, an oxidizing agent is added... prevent the formation of soluble reduction products, such as $NaNH_2$... which commonly form. Oxygen-function compounds also may be subje... to ammonolysis: (1) methanol plus aluminum phosphate catalyst yi... mono-, di-, and trimethylamines; (2) β-naphthol plus sodium ammon... sulfite catalyst (Bucherer reaction) yields β-naphthylamine; (3) ethyl... oxide yields mono-, di-, and triethanolamines; (4) glucose plus ... catalyst yields glucamine; and (5) cyclohexanone plus nickel catalyst yi... cyclohexylamine.

**AMINES.** An amine is a derivative of $NH_3$ in which there i... replacement for one or more of the H atoms of $NH_3$ by an alkyl group, s... as $-CH_3$ (methyl) or $-C_2H_5$ (ethyl); or by an aryl group, such as $-C$... (phenyl) or $-C_{10}H_7$ (naphthyl). Mixed amines contain at least one al... and one aryl group as exemplified by methylphenylamine $CH_3 \cdot N(H) \cdot C$... When one, two, and three H atoms are thus replaced, the resul... amines are known as *primary*, *secondary*, and *tertiary*, respectively. Th... methylamine, $CH_3NH_2$, is a primary amine; dimethylamine, $(CH_3)$... is a secondary amine; and trimethylamine, $(CH_3)_3N$, is a tertiary am... Secondary amines sometimes are called *imines*; tertiary amines, nitril...

Quaternary amines consist of four alkyl or aryl groups attached to... N atom and, therefore, may be considered substituted ammonium ba... Commonly, they are referred to in the trade as quaternary ammon... compounds. An example is tetramethyl ammonium iodide.



The amines and quaternary ammonium compounds, exhibiting ... great versatility for forming substitution products, are very impo... starting and intermediate materials for industrial organic syntheses ... on a small scale for preparing rare compounds for use in res... and on a tonnage basis for the preparation of resins, plastics ... other synthetics. Very important industrially are the ethanolamines ...

are excellent absorbents for certain materials. See also **Ethanolamines**. Hexamethylene tetramine is a high-tonnage product used in plastics production. See also **Hexamine**. Phenylamine (aniline), although not as important industrially as it was some years ago, still is produced in quantity. Melamine is produced on a large scale and is the base for a series of important resins. See also **Melamine**. There are numerous amines and quaternary ammonium compounds that are not well known because of their importance as intermediates rather than as final products. Examples along these lines may include acetonitrile and acrylonitrile. See also **Acrylonitrile**.

Primary amines react (1) with nitrous acid, yielding (a) with alkylamine, nitrogen gas plus alcohol, (b) with warm arylamine, nitrogen gas plus phenol (the amino-group of primary amines is displaced by the hydroxyl group to form alcohol or phenol), (c) with cold arylamine, diazonium compounds, (2) with acetyl chloride or benzoyl chloride, yielding substituted amides, thus, ethylamine plus acetyl chloride forms *N*-ethylacetamide, $C_2H_5NHOCCH_3$, (3) with benzene-sulfonyl chloride, $C_6H_5SO_2Cl$, yielding substituted benzene sulfonamides, thus, ethylamine forms *N*-ethylbenzenesulfonamide, $C_6H_5SO_2-NHC_2H_5$, soluble in sodium hydroxide, (4) with chloroform, $CHCl_3$ with a base, yielding isocyanides (5) with $HNO_3$ (concentrated), yielding nitra-mines, thus, ethylamine reacts to form ethylnitramine, $C_2H_5-NHNO_2$.

Secondary amines react (1) with nitrous acid, yielding nitrosamines, yellow oily liquids, volatile in steam, soluble in ether. The secondary amine may be recovered by heating the nitrosamine with concentrated HCl, or hydrazines may be formed by reduction of the nitrosamines, e.g., methylaniline from methylphenylnitrosamine, $CH_3(C_6H_5)NNO$, reduction yielding unsymmetrical methylphenylhydrazine, $CH_3(C_6H_5)NHNH_2$, (2) with acetyl or benzoyl chloride, yielding substituted amides, thus, diethylamine plus acetyl chloride to form *N*, *N*-diethylacetamide $(C_2H_5)-NOCCH_3$, (3) with benzene sulfonyl chloride, yielding substituted benzene sulfonamides, thus, diethylamine reacts to form *N*, *N*-diethylbenzenesulfonamide, $C_6H_5SO_2N(C_2H_5)_2$, insoluble in NaOH.

Tertiary amines do not react with nitrous acid, acetyl chloride, benzoyl chloride, benzenesulfonyl chloride, but react with alkyl halides to form quaternary ammonium halides, which are converted by silver hydroxide to quaternary ammonium hydroxides. Quaternary ammonium hydroxides upon heating yield (1) tertiary amine plus alcohol (or, for higher members, olefin plus water). Tertiary amines may also be formed (2) by alkylation of secondary amines, e.g., by dimethyl sulfate, (3) from amino acids by living organisms, e.g., decomposition of fish in the case of trimethylamine.

**AMINO ACIDS.** The scores of proteins which make up about one-half of the dry weight of the human body and that are so vital to life functions are made up of a number of amino acids in various combinations and configurations. The manner in which the complex protein structures are assembled from amino acids is described in the entry on Protein. For some users of this book, it may be helpful to scan that portion of the protein entry that deals with the chemical nature of proteins prior to considering the details of this immediate entry on amino acids.

Although the proteins resulting from amino acid assembly are ultimately among the most important chemicals in the animal body (as well as plants), the so-called infrastructure of the proteins is dependent upon the amino acid building blocks. Although there are many hundreds of amino acids, only about 20 of these are considered very important to living processes, of which six to ten are classified as essential. Another three or four may be classified as quasi-essential, and ten to twelve may be categorized as nonessential. As more is learned about the fundamentals, protein chemistry, the scientific importance attached to specific amino acids varies. Usually, as the learning process continues, the findings tend to increase the importance of specific amino acids. Actually, the words *essential* and *nonessential* are not very good choices for naming categories of amino acids. Generally, those amino acids that the human body cannot synthesize at all or at a rate commensurate with its needs are called *essential amino acids* (EAA). In other words, for the growth and maintenance of a normal healthy body, it is essential that these amino acids be ingested as part of the diet and in the necessary quantities. To illustrate some of the indefinite character of amino acid nomenclature, some authorities classify histidine as an essential amino acid; others do not. The fact is that histidine is essential for the normal growth of the human infant, but to date it is not regarded as essential for adults. By extension of the preceding explanation, the term nonessential is taken to mean those amino acids that are really synthesized in the body and hence need not be present in food intake. This classification of amino acids, although amenable to change as the results of new findings, has been quite convenient in planning the dietary needs of people as well as of farm animals, pets, and also in terms of those plants that are of economic importance. The classification has been particularly helpful in planning the specific nutritional content of food substances involved in various aid and related programs for the people in needy and underdeveloped areas of the world.

*Food Fortification with Amino Acids.* In a report of the World Health Organization, the following observation has been made: "To determine the quality of a protein, two factors have to be distinguished, namely, the proportion of essential to nonessential amino acids and, secondly, the relative amounts of the essential amino acids... The best pattern of essential amino acids for meeting human requirements was that found in whole egg protein or human milk, and comparisons of protein quality should be made by reference to the essential amino acid patterns of either of these two proteins." The ratio of each essential amino acid to the total sum is given for hen's egg and human and cow's milk in Table 1.

In the human body, tyrosine and cysteine can be formed from phenylalanine and methionine, respectively. The reverse transformations do not occur. Human infants have an ability to synthesize arginine and histidine in their bodies, but the speed of the process is slow compared with requirements.

Several essential amino acids have been shown to be the limiting factor of nutrition in plant proteins. In advanced countries, the ratio of vegetable proteins to animal proteins in foods is 1.4:1. In underdeveloped nations, the ratio is 3.5:1, which means that people in underdeveloped areas depend upon vegetable proteins. Among vegetable staple foods, wheat easily can be fortified. It is used as flour all over the world. L-Lysine hydrochloride (0.2%) is added to the flour. Wheat bread fortified with lysine is used in several areas of the world; in Japan it is supplied as a school ration.

The situation of fortification in rice is somewhat more complex. Before cooking, rice must be washed (polished) with water. In some countries, the cooking water is allowed to boil over or is discarded. This significant loss of fortified amino acids must be considered. L-Lysine hydrochloride (0.2%) and L-threonine (0.1%) are shaped like rice grain with other nutrients and enveloped in a film. The added materials must hold the initial shape and not dissolve out during boiling, but be easily freed of their coating in the digestive organs.

The amino acids are arranged in accordance with essentiality in Table 2. Each of the four amino acids at the start of the table are all limiting factors of various vegetable proteins. Chick feed usually is supplemented with fish meal, but where the latter is in limited supply, soybean meals are substituted. The demand for DL-methionine, limiting amino acid in soybean meals, is now increasing. When seed meals, such as corn and sorghum, are used as feeds for chickens or pigs, L-lysine hydrochloride must be added for fortification. Lysine production is increasing upward to the level of methionine.

TABLE 1. REPRESENTATIVE ESSENTIAL AMINO ACID PATTERNS *A/E RATIO (MILLIGRAMS PER GRAM OF TOTAL ESSENTIAL AMINO ACIDS)

| | Hen's egg (Whole) | Human milk | Cow's milk |
|---|---|---|---|
| Total "aromatic" amino acids | 195 | 226 | 197 |
| Phenylalanine | (114) | (114) | (97) |
| Tyrosine | (81) | (112) | (100) |
| Leucine | 172 | 184 | 196 |
| Valine | 141 | 147 | 137 |
| Isoleucine | 129 | 132 | 127 |
| Lysine | 125 | 128 | 155 |
| Total "S" | 107 | 87 | 65 |
| Cystine | (46) | (43) | (17) |
| Methionine | (61) | (44) | (48) |
| Threonine | 99 | 99 | 91 |
| Tryptophan | 31 | 34 | 28 |

*Source*: World Health Organization; FAO Nutrition Meeting Report Series, No. 37, Geneva, 1965.

* A/E Ratio equals ten times percentage of single essential amino acid to the total essential amino acids contained.

Case 4:24-cv-01022-SDJ Document 283-12 Filed 09/15/26 Page 6 of 10 PageID #: 5237



TABLE 3. *(continued)*

| Abbreviation | Name and Formula | First Isolation and (Source) | Isoelectric Point |
|---|---|---|---|
| Trp | Tryptophan  | 1902 by Hopkins and Cole (casein) | 5.9 |
| Tyr | Tyrosine  | 1849 by Bopp (casein) | 5.7 |
| | ACIDIC AMINO ACIDS | | |
| Asp | Aspartic Acid $HOOC-CH_2-CH(NH_2)-COOH$ | 1868 by Ritthausen (conglutin; legumin) | 2.8 |
| Glu | Glumatic Acid $HOOC-CH_2-CH_2-CH(NH_2)-COOH$ | 1866 by Ritthausen (gluten-fibrin) | 3.2 |
| | BASIC AMINO ACIDS | | |
| Arg | Arginine $H_2N-C(=NH)-NH(CH_2)_3-CH(NH_2)-COOH$ | 1895 by Hedin (horn) | 11.2 |
| His | Histidine  | 1896 by Kossel (sturine) 1896 by Hedin (various protein ydrolysates) | 7.6 |
| ‹ys | Lysine $H_2N-(CH_2)_4CH(NH_2)-COOH$ | 1889 by Dreschel (casein) | 9.7 |
| | IMINO ACIDS | | |
| lyp | Hydroxyproline  | 1902 by Fischer (gelatin) | 5.8 |
| ro | Proline  | 1901 by Fischer (casein) | 6.3 |

olarized light. This may be illustrated with the two optically active forms s shown by



One form (L-form) exhibits the ability to rotate the plane of polarization of plane polarized light to the left (levorotatory), whereas the other form (D-form) rotates the plane to the right (dextrorotatory). Although the direction of optical rotation exhibited by these optically active forms is different, the magnitude of their respective rotations is the same. If equal amounts of *dextro* and *levo* forms are admixed, the optical effect of each isomer is neutralized by the other, and an optically inactive product known as a *racemic modification* or *racemate* is secured.

The ability of the alanine molecule, for example, to exist in two stereo-isomeric forms can be attributed to the fact that the α-carbon

AMIDE_COMMON003285

atom of this compound is attached to four different groups which may vary in their three-dimensional spatial arrangement. Compounds of this type do not possess complete symmetry when viewed from a purely geometrical standpoint and hence are generally referred to as *asymmetric*. As a consequence of this molecular asymmetry, the four covalent bonds of an asymmetric carbon atom can be aligned in a manner such that a regular tetrahedron is formed by the straight lines connecting their ends. Hence, two different tetrahedral arrangements of the groups about the asymmetric carbon atom can be devised so that these structures relate to one another as an object relates to its mirror image, or as the right hand relates to the left hand. Molecules of this type are endowed with the property of optical activity and, together with their nonsuperimposable mirror images, are generally referred to as *enantiomorphs, enantiomers, antimers*, or *optical antipodes*.

*Classification.* In accordance with the structure of the R-group, the amino acids of primary importance can be classified into eight groups. Additional amino acids composing protein are not included in this classification, because they occur infrequently. See Table 4.

Normally, amino acids exist as dipolar ions. $RCH(NH_3^+)COO^-$, in a neutral state, where both amino and carboxyl groups are ionized. The dipolar form, $RCH(NH_2)COOH$ may be considered, but the dipolar form predominates for the usual monoamino monocarboxylic acid and it is estimated that these forms occur $10^5$ to $10^6$ times more frequently than the non-polar forms. Amino acids decompose thermally at what might be considered a relatively high temperature (200–300°C). The compounds are practically insoluble in organic solvents, have low vapor pressure, and do not exhibit a precisely defined melting point.

The ionic states of a simple α-amino acid are given by

$$\underset{\text{(Cationic form; acidic)}}{RCH(NH_3^+)COOH} \underset{+H^+}{\overset{-H+(K_1)}{\rightleftharpoons}}$$

$$\underset{\text{(Dipolar form; neutral)}}{RCH(NH_3^+)COO^-} \underset{+H^+}{\overset{-H+(K_2)}{\rightleftharpoons}} \underset{\text{(Anionic form; basic)}}{RCH(NH_2)COO^-}$$

In accordance with the change of the ionic state, dissociation constants are

$$K_1(COOH) = \frac{[H^+][RCH(NH_3^+)COO^-]}{[RCH(NH_3^+)COOH]}$$

$$K_2(NH_3^+) = \frac{[H^+][RCH(NH_2)COO^-]}{[RCH(NH_3^+)COO^-]}$$

In as much as $pK = -\log K$, the values for glycine are $pK_1 = 2.34$ and $pK_2 = 9.60$ (in aqueous solution at 25°C). The homologous amino acids indicate similar values. The pH at which acidic ionization balances basic ionization is termed the *isoelectric point* ($pH_I$), (corresponding to

$$[RCH(NH_3^+)COOH] = [RCH(NH_2)COO^-]$$

TABLE 4. STRUCTURAL CLASSIFICATION OF AMINO ACIDS

| | | |
|---|---|---|
| | NEUTRAL AMINO ACIDS | |
| *Aliphatic-type* | *Hydroxy-type* | *Sulfur-containing* |
| Glycine | Serine | Cysteine |
| Alanine | Threonine | Cystine |
| Valine | | Methionine |
| Leucine | | |
| Isoleucine | | |
| *Amide-type* | *Aromatic-type* | |
| Asparagine | Phenylalanine | |
| Glutamine | Tryptophan | |
| | Tyrosine | |
| | ACIDIC AMINO ACIDS | |
| Aspartic acid | | |
| Glutamic acid | | |
| | BASIC AMINO ACIDS | |
| Histidine | | |
| Lysine | | |
| Arginine | | |
| | IMINO ACIDS | |
| Proline | | |
| Hydroxyproline | | |

Thus, from these formulas, the $pH_I$ is

$$pH_I = \tfrac{1}{2}(pK_1 + pK_2)$$

*Formation of Salts.* Amino acids have certain characteristics of both organic bases and organic acids because they are amphoteric. As amines, the amino acids form stable salts, such as hydrochlorides or aromatic sulfonic acid salts. These are used as selective precipitants of certain amino acids. As organic acids, the amino acids form complex salts with heavy metals, the less soluble salt being used for amino acid separation.

*Esters.* When heated with the equivalent amount of a strong acid, usually hydrochloric acid in absolute alcohol, amino acids form esters. These are obtained as hydrochlorides.

*Acylation.* In alkaline solution, amino acids react with acid chlorides or acid anhydrides to form acyl compounds of the type

$$\underset{\displaystyle NHCOR'}{RCH{-}COONa}$$

*Van Slyke Reaction (Deamination).* With excess nitrous acid, -amino acids react to form-hydroxyl acids on a quantitative basis. Nitrogen gas is generated.

$$\underset{\displaystyle NH_2}{RCH_2{-}COOH} + HNO_2 \longrightarrow \underset{\displaystyle OH}{RCH_2{-}COOH} + N_2 + H_2O$$

The reaction is completed within five minutes at room temperature. Thus, measurement of the volume of nitrogen generated can be used in amino acid determinations.

*Decarboxylation.* When heated with inert solvents, such as kerosene, amino acids form amines

$$\underset{\displaystyle NH_2}{RCH{-}COOH} \longrightarrow \underset{\displaystyle NH_2}{RCH_2} + CO_2$$

Decarboxylative enzymes may react specifically with amino acids having free polar groups at the ω position. Cadaverine can be produced from lysine, histamine from histidine, and tyramine from tyrosine.

*Formation of Amides.* When condensed with ammonia or amines, amino acid esters form acid amides:

$$\underset{\displaystyle NH_2}{RCH{-}CONH_2}$$

*Oxidation.* Oxidizing agents easily decompose α-amino acids, forming the corresponding fatty acid with one less carbon number:

$$\underset{\displaystyle NH_2}{RCH{-}\Psi OOH} \xrightarrow{\circ} RCHO \xrightarrow{\circ} RCOOH + NH_3 + CO_2$$

*Ninhydrin Reaction.* A neutral solution of an amino acid will react with ninhydrin (triketohydrindene hydrate) by heating to cause oxidative decarboxylation. The central carbonyl of the triketone is reduced to an alcohol. This alcohol further reacts with ammonia formed from the amino acid and causes a red-purplish color. Since the reaction is quantitative, measurement of the optical density of the color produced is an indication of amino acid concentration. Imino acids, such as hydroxyproline and proline, develop a yellow color in the same type of reaction.

*Maillard Reaction.* In amino acids, the amino group tends to form condensation products with aldehydes. This reaction is regarded as the cause of the browning reaction when an amino acid and a sugar coexist. A characteristic flavor, useful in food preparations, is evolved along with the color in this reaction.

*Ion-exchange Separations.* Because amino acids are amphoteric, they behave as acids or bases, depending upon the pH of the solution. This makes it possible to adsorb amino acids dissolved in water on either a strong-acid cation exchange resin; or a strong-base anion exchange resin. The affinity varies with the amino acid and the solution pH. Ion-exchange resins are widely used in amino acid separations.

*Production of Amino Acids.* There are three means available for making (or separating) amino acids in large quantity lots: (1) extraction from natural protein; (2) fermentation; and (3) chemical synthesis. During the

Case 4:24-cv-01022-SDJ Document 283-12 Filed 09/15/26 Page 8 of 10 PageID #: 5239



early investigations of amino acids, the first method was widely used and still applies to four amino acids. See Table 3.

L-Leucine is easily extracted in quantity from almost any type of vegetable protein hydrolyzates. Cystine is extracted from the human-hair hydrolyzate. L-Histidine is obtainable from the blood of animals, but future yields may stem from fermentation inasmuch as some artificial mutants of bacteria have been discovered. Gelatin is the prime source of L-hydroxyproline.

Natural amino acids, normally not contained in proteins, but which are effective in medicine, include citrulline, ornithine, and dihydroxyphenylalanine. These are not listed in Tables 2 and 3. Citrulline (Cit) with an isoelectric point of 5.9 was isolated by Koga in 1914; by Odake in 1914; and by Wada in 1930. It has the formula



Dihydroxyphenylalanine (Dopa) with an isoelectric point of 5.5 was isolated by Torquati in 1913; and by Guggenheim in 1913. It has the formula



Ornithine (Orn) with an isoelectric point of 9.7 was isolated by Riesser in 1906 from arginine. It has the formula



*Fermentation Methods.* Numerous microorganisms can synthesize the amino acids required to support their life from a simple carbon source and an inorganic nitrogen source, such as ammonium or nitrate salts, or nitrogen gas.

Japanese microbiologists, in 1956, first succeeded in developing industrial production of L-glutamic acid by a microbiological process. As of the present, nearly all common amino acids can be produced on a low cost industrial scale by fermentation. From microbiological studies, it has been ascertained that some microbial stains isolated from natural sources serve to excrete and accumulate a large amount of a particular amino acid in the cultural broth under carefully controlled conditions. The production of glutamic acid is produced by adding a selected bacterial strain and culturing aerobically for one to two days in a chemically defined medium which contains carbon sources, such as sugar or acetate, and nitrogen sources, such as ammonium salts. About 50% (wt) of the carbon sources can be converted to glutamate.

Genetic techniques have been used to improve the ability of microorganisms to accumulate amino acids. Several amino acids are manufactured from their direct precursors by the use of microbially produced enzymes. For example, bacterial L-aspartate $\beta$-carboxylase is used for the production of L-alanine from L-aspartic acid.

In isolating the amino acids from the fermentation broth, chromatographic separations using ion-exchange resins are the most important commercial method. Precipitation with compounds which yield insoluble salts with amino acids are also used. Purification is possible by crystallization through careful adjustment of the isoelectric point, at which point the amino acid is least soluble.

There are several laboratory-size methods for synthesizing amino acids, but few of these have been scaled up for industrial production. Glycine and DL-alanine are made by the Strecker synthesis, commencing with formaldehyde and acetaldehyde, respectively. In the Strecker synthesis, aldehydes react with hydrogen cyanide and excess ammonia to give amino nitriles which, in turn, are converted into $\alpha$-amino acids upon hydrolysis.



*The Hydantoin Process.* Hydantoins are produced by reacting alde[...] with sodium cyanide and ammonium carbonate. Upon hydrolysis, [...] acids will be yielded



The production of $\alpha$-amino acids by chemical synthesis yields a m[...] of DL forms. The D-form of glutamic acid has no flavor-enh[...] properties and thus requires transformation into the optically active [...] insofar as monosodium glutamate is concerned. The three method[...] separating the optical isomers are: (1) preferential inoculation me[...] (2) the diastereoisomer method; and (3) the acylase method.

HAURO[...]
Ajinomoto Co[...]
Kawasaki, [...]

## Additional Reading


Alger, B.E. and Hanns Mohler: *Pharmacology of Inhibitory Amino Acid Tra[...]ters,* Springer-Verlag Inc., New York, NY, 2000.

Barrett, G.C.: *Amino Acid Derivatives: A Practical Approach,* Oxford Uni[...] Press, Inc., New York, NY, 2000.

Barrett, G.C. and D.T. Elmore: *Amino Acids and Peptides,* Cambridge Uni[...] Press, New York, NY, 1999.

Baxevanis, A.D. and B.F. Ouellette: *Bioinformatics: A Practical Guide [...] Analysis of Gene and Proteins,* Vol. 39, John Wiley & Sons, Inc., Ne[...] NY, 1998.

Bishop, M.J.: *Genetic Databases,* Academic Press, Inc., San Diego, CA, 19[...]

Bork, Peer and D.E. Eisenberg: *Analysis of Amino Acid Sequences,* Academi[...] Inc., San Diego, CA, 2000.

Durbin, R., R. Eddy, A. Krogh, and G. Mitchison: *Biological Sequence An[...] Probabilistic Models of Proteins and Nucleic Acids,* Cambridge Universi[...] New York, NY, 1998.

El-Khoury, A.E.: *Methods for Investigation of Amino Acid and Protein Meta[...]* CRC Press, LLC., Boca Raton, FL, 1999.

Goodfriend, G.A., M. Collins, J.F. Wehmiller, M. Fogel, and S. Macko: *Pe[...]tives in Amino Acid and Protein Geochemistry,* Oxford University Pres[...] New York, NY, 2000.

Harris, R.A. and J.R. Sokatch: *Branched Chain Amino Acids: Part B,* Vo[...] Academic Press, Inc., San Diego, CA, 2000.

Kellner, R., F. Lottspeich, and H.E. Meyer: *Microcharacterization of Protein[...]* Wiley & Sons, Inc., New York, NY 1999.

Seeburg, P.H., L. Turski, and I. Bresink: *Excitatory Amino Acids: From Ge[...] Therapy,* Springer-Verlag Inc., New York, NY, 1999.

Singh, B.K.: *Plant Amino Acids: Biochemistry and Biotechnology,* Marcel D[...] Inc., New York, NY, 1999.

Wheal, H. and A. Thomson: *Excitatory Amino Acids and Synaptic Trans[...]* Academic Press, Inc., San Diego, CA, 1997.


**AMINO RESINS.** A family of resins resulting from an ad[...] reaction between formaldehyde and compounds, such as aniline, eth[...] urea, dicyandiamide, melamine, sulfonamide, and urea. The resi[...] thermosetting and have been used for many years in such produ[...] textile-treating agents, laminating coatings, wet-strength paper co[...] and wood adhesives. The urea and melamine compounds are th[...] widely used. Both of these basic resins are water white (transp[...] However, the resins readily accept pigments and opacifying agen[...] addition of cellulose filler can be used to reduce light transm[...] Where color is unimportant, various materials are added to the mol[...] resin compounds, including macerated fabric, glass fiber, and wood[...] Wood flour frequently is added to the urea resins to yield a lo[...] industrial material.

Advantages claimed for amino resins include: (1) good ele[...] insulation characteristics, (2) no transfer of tastes and odors to [...] (3) self-extinguishing burning characteristics, (4) resistance to an[...] oils, greases, weak alkalis and acids, and organic solvents, (5) ar[...] resistance, (6) good rigidity, (7) easy fabrication by economical [...]ing procedures, (8) excellent resistance to deformation under [...] (9) good subzero characteristics with no tendency to become brit[...] (10) marked hardness.

Portugal, F.H., and J.S. Cohen: *A Century of DNA*, MIT Press, Cambridge, Massachusetts, 1978.
Razin, A., and A.D. Riggs: "DNA Methylation and Gene Function," *Science*, **210**, 604–610 (1980).
Smith, G.P.: "Evolution of Repeated DNA Sequences by Unequal Crossover," *Science*, **191**, 528–535 (1976).
Sparrow, A.H., and A.F. Nauman: "Evolution of Genome Size by DNA Doublings," *Science*, **192**, 524–529 (1976).
Staff: "Undogmatic Toad," in "Science and the Citizen," page 66–69, *Sci. Amer.*, **242**, 4 (1980).
Temin, H.M.: "The DNA Provirus Hypothesis," *Science*, **192**, 1075–1080 (1976).
Timberlake, W.E.: "Low Repetitive DNA Content in *Aspergillus nidulans*," *Science*, **202**, 973–975 (1978).
Yang, R.C.A., and R. Wu: "BK Virus DNA: Complete Nucleotide Sequence of a Human Tumor Virus," *Science*, **206**, 456–459 (1979).

**DEPHLEGMATION.** Partial condensation of vapor from a distillation operation to produce a liquid richer in higher-boiling constituents than the original vapor. The residual vapor is richer in the lower-boiling constituents.

See also **Distillation**.

**DEPOLARIZATION.** See **Batteries**.

**DERIVATIVE (Chemical).** A term used in organic chemistry to express the relation between certain known or hypothetical substances and the compound formed from them by simple chemical processes in which the nucleus or skeleton of the parent substance exists. Thus, phenol, aniline, and toluene are said to be derivatives of benzene; and many of the terpenes are derivatives of cymene. Or, when a paraffin such as methane is halogenated, a series of halogen-substitution products may be formed. Depending upon conditions of the reaction, $CH_4$ plus Cl may yield the monosubstitution product $CH_3Cl$ (methyl chloride), or the disubstitution product $CH_2Cl_2$ (methylene dichloride), or the trisubstitution product $CHCl_3$ (chloroform), or the tetrasubstitution product $CCl_4$ (carbon tetrachloride). In essence, these compounds are derived from methane and thus are methane derivatives as the result of chlorination. Usually the term applies to those compounds where the resulting compound is formed in one step, although a chain of steps may be involved in some cases, depending essentially upon how easy it is to identify the "derivative" with the parent substance. Where a chain of steps is involved, the intervening compounds often are called intermediates rather than derivatives.

**DESALINATION.** As generally used, the term describes the production of water appropriate for human consumption from seawater and brackish water. Seawater averages about 35,000 ppm of total dissolved solids (TDS). Brackish waters TDS range from 2000 ppm upwards. The maximum TDS of water considered tolerable and acceptable for continued human consumption is about 500 ppm, although water containing up to 1000 ppm TDS may be consumed for short periods.

Desalination processing techniques fall into three groups:

1. *Processes based on a change of phase*—distillation and freezing.
2. *Processes based on selective transport using membranes*—electro dialysis and reverse osmosis.
3. *Processes based on chemical bonding*—ion exchange.

Distillation and freezing process have advantages for high-salinity water, such as seawater, because the energy required is independent of salt content. Electrodialysis and ion exchange are best suited for brackish waters. Reverse osmosis is competitive for desalting both seawater and brackish water. A general desalting plant schematic of the components common to all desalting systems is shown in Fig. 1. The raw saline water is treated to prepare the water for desalination and to ensure more efficient and trouble-free performance of desalination systems. The pretreated saline water enters the desalting plant, where the product water stream is the desalting plant's primary output; a brine stream is also produced. The product water is mixed with suitable chemicals in the post-treatment step, depending upon the intended use of the water. The treated product water is then transferred to a distribution system.

### Distillation

In distillation, impurities from saline water or brine are removed by boiling the saline water, collecting the water vapor and then cooling the vapor until it condenses. The basic equipment used is an evaporator. Commercial evaporators operate under vacuum to utilize the maximum available temperature range for heat transfer. The three major classifications of distillation systems currently in use are: (1) multistage flash distillation (MSF); tube evaporation (VTE, HTE); and vapor compression (VC).




Fig. 1. Generalized schematic of a desalting plant

Multistage flash distillation is used widely by itself and also in conjunction with steam power plants to produce potable water from seawater. The MSF process is illustrated in Fig. 2. Multistage flash distillation incorporates flashing of heated brine as it enters a stage in which the vapor pressure is maintained so that the boiling point of the brine is below its incoming temperature. Flashing occurs in steps as the heated brine passes in series through a number of stages at successively lower pressures. The multistage distillation process is the most economic of the high-temperature processes in terms of energy and cooling water requirements. The optimum number of stages is determined by an economic and technical evaluation. Modern MSF designs typically have three or four heat rejection stages, plus twenty flash stages.

Tube evaporators may be designed as vertical tube evaporators (VTE) or horizontal tube evaporators (HTE). In the VTE, vapor produced in one effect is condensed in the next effect. The effect is an evaporator chamber receiving heat from an external source or from a higher effect and producing vapor and brine which may serve as a heat source for the next effect. To obtain high efficiency in the use of heat energy, the process is repeated in several evaporator effects arranged in series. See also **Evaporation**.

Vapor compression uses the reverse principle of multieffect distillation. As a vapor is compressed, its temperature and pressure increase. The compressed vapor can be used instead of fresh steam as a heat source at the high-temperature end of the distillation process.

All distillation processes are based on energy-consuming phase changes to convert seawater to potable water. Careful consideration of pretreatment requirement and materials of construction is necessary to provide a satisfactory system.

### Electrodialysis

Electrodialysis (ED) is a membrane process based on the ability of semipermeable membranes to pass select ions in feedwater. A direct current electrical field transports the ions through the membranes. In the basic system, alternating cation- and anion-selective membranes are placed in an electrical field. An electrodialysis stack schematic is shown in Fig. 3. The cation-selective membranes permit only the transport of cations; anion-selective membranes allow only the transport of anions.

The transport of ions across the membranes results in ion depletion in some cells and ion concentration in alternate ones. Water exiting from the ion-depleted cells is the desalted product; water leaving the ion-concentrated cells is the brine. The cell pair consists of a cation-selective membrane, an ion-depleted cell, an anion-selective membrane, and an ion-concentrated cell. A commercial electrodialysis unit consists of hundreds of cell pairs stacked vertically and clamped between two huge oppositely charged electrodes. Electric energy is consumed in proportion to the quantity of salts to be removed. Economics usually limit the application of ED to feedwaters of less than 10,000 ppm total dissolved solids (TDS). The electrodialysis process does not remove organics, colloidal matter, or bacteria.

### Reverse Osmosis

If a solution is placed on one side of a semipermeable membrane and water is placed on the other side, then there is a natural tendency (*osmosis*) for water to diffuse through the membrane to the solute side until an equilibrium osmotic pressure is reached.

If a pressure is applied to the solute side, substantially greater than the osmotic pressure, the water diffuses from the solution through the membrane to the fresh-water side. This phenomenon is called reverse

intravenous, extradural, spinal, and topical administration. The therapeutic indexes for systemic CNS and cardiovascular toxicity should be high and the agent should be compatible with the vasoconstrictor epinephrine.

GEORGE R. LENZ
BOC Group Technical Center

HOLLIS G. SCHOEPKE
THEODORE C. SPAULDING
Anaquest

### Additional Reading

Barash, P. G., R. K. Stoelting, and B. F. Cullen: *Clinical Anesthesia*, 4th Edition, Lippincott Williams & Wilkins, Philadelphia, PA, 2000.
Chung, D. C., A. M. Lam, and L. Day: *Essentials of Anesthesiology*, 3rd Edition, Elsevier Science, New York, NY, 1996.
Covino, B. G. and H. G. Vasallo: *Local Anesthetics: Mechanism of Action and Clinical Use*. Grune and Stratton, New York, NY, 1976.
Evers, A. S., and M. Maze: *Anesthetic Pharmacology: Physiologic Principles and Clinical Practice*, Elsevier Science, New York, NY, 2003.
Gilman, A. G., L. S. Goodman, T. W. Rall, and F. Murad, eds.: *The Pharmacological Basis of Therapeutics*, Macmillan Publishing Company, New York, NY 1985.
Lenz, G. R., S. M. Evans, D. E. Walters, and A. J. Hopfinger: *Opiates*, Academic Press, Orlando, FL, 1986.
Miller, K. W. and M. E. Wolff, eds.: *Burger's Medicinal Chemistry*, 4th Edition, Vol. 3, John Wiley & Sons, Inc., New York, NY, 1981, p. 623.
Roizen, M. F., and L. A. Fleischer: *Essence of Anesthesia Practice*, 2nd Edition, Elsevier Science, New York, NY, 2001.
Stoelting, R. K.: *Pharmacology and Physiology in Anesthetic Practice*, 3rd Edition, Lippincott Williams & Wilkins, Philadelphia, PA, 2003.
Tetzlaff, J. E.: *Clinical Pharmacology of Local Anesthetics*, Elsevier Science, New York, NY, 1999.

**ANFINSEN, CHRISTIAN B. (1916–1995).** An American biochemist who won the Nobel prize for chemistry in 1972 for his work on ribonuclease, especially concerning the connection between the amino acid sequence and the biologically active conformation. He shared the Nobel prize with Stanford Moore and William H. Stein. His doctorate was granted from Harvard.

**ANGLESITE.** Naturally occurring lead sulfate ($PbSO_4$), which crystallizes in the orthorhombic system and may be found mixed with galena, from which it is usually formed by oxidation. Hardness, 3; specific gravity, 6.12–6.39; luster, adamantine to vitreous or resinous; transparent to opaque; streak, white; colorless to white or green, but rarely may be yellow or blue. This mineral is used as a source of lead.

Anglesite, whose name derives from Anglesey, England, is found in many European localities; in the United States it has been found in large crystals in the Wheatley Mine, Phoenixville, Pennsylvania, and also in Missouri, Utah, Arizona, and Idaho.

**ÅNGSTROM (Å).** A unit of length almost one non-hundred millionth ($10^{-8}$) centimeter. The Ångstrom is defined in terms of the wavelength of the red line of cadmium (6438.4696 Å). Used in stating distances between atoms, dimensions of molecules, wavelengths of short-wave radiation, etc.

**ANHYDRIDE.** A chemical compound derived from and acid by elimination of a molecule of water. Thus sulfur trioxide, $SO_3$, is the anhydride of sulfuric acid; $CO_2$ is the anhydride of carbonic acid; phthalic acid, $C_6H_4(CO_2H)_2$ minus water gives phthalic anhydride. The term should not be confused with *anhydrous*.

**ANHYDRITE.** The mineral anhydrous calcium sulfate, $CaSO_4$, occurs in granular, scaly, or fibrous masses, is rarely crystallized in orthorhombic tabular or prismatic forms. Hardness, 3–3.5; sp gr, 2.9–2.98; translucent to opaque; streak white; color, white, gray, bluish, or reddish. Anhydrite has three cleavages at right angles to one another. It is similar to gypsum and occurs under the same conditions, often with the latter mineral. It is usually found in sedimentary rocks associated with limestones, salt, and gypsum, into which it changes slowly by the absorption of water. See also **Gypsum**.

Anhydrite is found in Poland, Saxony, Bavaria, Württemberg, Switzerland, and France; in the United States, in South Dakota, New Mexico, Texas, New Jersey, and Massachusetts; in Canada, in Nova Scotia, New Brunswick, and exceptional specimens from the Faraday Uranium Mine near Bancroft, Ontario.

**ANHYDROUS.** Descriptive of an inorganic compound that does not contain water either adsorbed on its surface or combined as water of crystallization. Do not confuse with *anhydride*.

**ANILINE.** Aniline, phenylamine, aminobenzene, $C_6H_5NH_2$, is a colorless, odorous liquid, an amine, with melting point−6°C, boiling point 184°C, is slightly soluble in water, miscible in all proportions with alcohol or ether, poisonous, turns yellow to brown in the air, is a weak base forming salts with acids, e.g., anilinehydrochloride ("aniline salt," $C_6H_5NH_2 \cdot HCl$) from which aniline is reformed by addition of sodium hydroxide solution. Aniline reacts (1) with hypochlorite solution, to form a transient violet coloration, (2) with nitrous acid (a) warm, to form nitrogen gas plus phenol, (b) cold, to form diazonium salt (benzene diazonium chloride, $C_6H_5N{-}Cl$), (3) with acetyl chloride, acetic anhydride, or acetic acid glacial, to form N-phenylacetamide

acetanillide, "antifebrin," $C_5H_6N$




(4) with benzoyl chloride, to form N-phenylbenzamide

benzanilide, $C_5H_6N$




(5) with benzenesulfonyl chloride, to form N-phenylbenzene sulfonamide, $C_6H_5SO_2NHC_6H_5$, soluble in sodium hydroxide, (6) with chloroform, $CHCl_3$, plus alcohol plus sodium hydroxide, to form phenyl isocyanide, $C_6H_5NC$, very poisonous, (7) with $H_2SO_4$ at 180° to 200°C, to form para -aminobenzene sulfonic acid (sulfanilic acid, $H_2N \cdot C_6H_4 \cdot SO_3H$ (1,4)), (8) with $HNO_3$, when the amine group is protected, e.g., using acetanilide, to form mainly paranitroacetanilide, $CH_3CONH \cdot C_6H_4 \cdot NO_2$ (1.4), from which paranitroaniline, $H_2N{\cdot}C_6H_4{\cdot}NO_2$(1,4) is obtained by boiling with concentrated hydrochloric acid, (9) with chlorine in an anhydrous solvent, such as chloroform or acetic acid glacial, to form 2,4,6-trichloroaniline (1) $H_2N \cdot C_6H_2Cl_3$(2,4,6), (10) with bromine water, to form white solid 2,4,6-tribromoaniline, (1)$H_2N \cdot C_6H_2Br_3$(2,4,6), (11) with potassium dichromate in sulfuric acid, to form aniline black dye, and, by further oxidation, benzoquinone, $O{:}C_6H_4{:}O$ (1,4), (12) with potassium permanganate in sodium hydroxide, to form azobenzene, $C_6H_5N{:}NC_6H_5$, along with some azoxybenzene $C_6H_5NO{:}NC_6H_5$. (13) with reducing agents, to form aminohexahydrobenzene (cyclohexylamine, $H_2N \cdot C_6H_{11}$), (14) with alkyl halides or alcohols heated, to form alkyl anilines, e.g., methylaniline, $C_6H_5NHCH_3$, dimethylaniline, $C_6H_5N(CH_3)_2$.

Aniline may be made (1) by the reduction, with iron or tin in HCl, of nitrobenzene, and (2) by the amination of chlorobenzene by heating with ammonia to a high temperature corresponding to a pressure of over 200 atmospheres in the presence of a catalyst (a mixture of cuprous chloride and oxide). Aniline is the end-point of reduction of most mono-nitrogen substituted benzene nuclei, as nitrosobenzene, beta-phenylhydroxylamine, azoxybenzene, azobenzene, hydrazobenzene. Aniline is detected by the violet coloration produced by a small amount of sodium hypochlorite.

Aniline is used (1) as a solvent, (2) in the preparation of compounds as illustrated above, (3) in the manufacture of dyes and their intermediates, (4) in the manufacture of medicinal chemicals. See also **Amines**.

**ANION.** A negatively-charged atom or radical. In electrolysis, an anion is the ion which deposits on the anode; that portion of an electrolyte which carries the negative charge and travels against the conventional direction of the electric current in a cell. Within the category of anions are included the nonmetallic ions and the acid radicals, as well as the hydroxyl ion, $OH^-$. In electrochemical reactions, they are designated by the minus sign placed above and after the symbol, such as $Cl^-$ and $SO_4^{2-}$, the number of the minus sign indicating the magnitude, in electrons, of the electrical charge carried by the anion. In a battery, it is the deposition of negative anions that makes the anode negative. See also **Ion**.