**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| AMIDE BEVERAGE COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., WOOT.COM LLC, WALMART, INC., SAM'S WEST, INC., ALBERTSON'S, LLC, THE KROGER COMPANY, TARGET CORPORATION, PEPSICO, INC., WALGREEN CO., CVS PHARMACY, INC., 7-ELEVEN, INC., CIRCLE K STORES INC., COSTCO WHOLESALE CORPORATION, AND H-E-B, LP,<br><br>Defendants. | Civil Action No. 4:24-cv-01022-SDJ<br><br>JURY TRIAL DEMANDED |

**PATENT RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

Under Local Patent Rule 4-5(d) and the Court's Scheduling Order (Dkt. 268), Plaintiff Amide Beverage Company, LLC ("Plaintiff") and Defendants Amazon.com, Inc., Woot.Com LLC, Walmart, Inc., Sam's West, Inc., Albertsons, LLC, The Kroger Co., Target Corporation, PepsiCo, Inc., Walgreen Company, CVS Pharmacy, Inc., 7-Eleven, Inc., Circle K Stores Inc., Costco Wholesale Corporation, and H-E-B, LP (collectively, "Defendants") hereby provide this Joint Claim Construction Chart for the claim terms and phrases for the asserted claims of U.S. Patent No. 8,350,077 (the "'077 Patent"). A chart with constructions for claim terms to which the parties have agreed is attached herewith as **Exhibit A**, pursuant to P.R. 4-5(d)(2), and a separate chart listing the complete language of disputed claims with disputed terms in bold type and separate columns for each party's proposed construction of each disputed term is attached herewith

as **Exhibit B**, pursuant to P.R. 4-5(d)(1).

Dated: September 29, 2026

Respectfully submitted,

By: */s/ Joseph J. Gribbin*
Timothy Devlin
tdevlin@devlinlawfirm.com
James M. Lennon
jlennon@devlinlawfirm.com
Joseph J. Gribbin (*pro hac vice*)
jgribbin@devlinlawfirm.com
Gina Hong (*pro hac vice*)
ghong@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-9010
Fax: (302) 353-4251

Andrew J. Wright
State Bar No. 24063927
Shawn A. Latchford
State Bar No. 24066603
LARSON BRUSTER PLLC
Heritage II
5001 North LBJ Freeway, Suite 850
Dallas, Texas 75244
877.744.4084 (telephone)
andrew.wright@larsonbruster.com
shawn.latchford@larsonbruster.com

*Attorneys for Plaintiff*
*Amide Beverage Company, LLC*

O'MELVENY & MYERS LLP
By: */s/ Timothy S. Durst*
Timothy S. Durst (TX #00786924)
tdurst@omm.com
John Kappos (TX #24130097)
jkappos@omm.com
Patrick V. Plassio (TX #24102362)
pplassio@omm.com
2801 North Harwood Street
Suite 1600
Dallas, TX 75201-2692
Telephone: (972) 360-1900
Facsimile: (972) 360-1901

*Attorneys for Defendants Albertsons, LLC, Amazon.com, Inc., Costco Wholesale Corporation, CVS Pharmacy, Inc., PepsiCo, Inc., Sam's West, Inc., Target Corporation, Walgreen Company, Walmart Inc., and Woot.com, LLC*

JACKSON WALKER LLP
By: */s/ Blake T. Dietrich*
Nathaniel St. Clair, II
Texas State Bar No. 24071564
nstclair@jw.com
Blake T. Dietrich
State Bar No. 24087420
bdietrich@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822 – Fax

*Attorneys for Defendant 7 Eleven, Inc.*

CUSHMAN PARTNERS LLC
By: */s/ William P. Atkins*
William P. Atkins
(Virginia Bar No. 47562)
1100 H Street NW
Suite 740
Washington, D.C. 20005
Phone: 202-991-0006
Email: wpa@cushmanlaw.com

Benjamin L. Kiersz
(Virginia Bar No. 47032)
Pillsbury Winthrop Shaw Pittman
1650 Tyson Blvd
McLean, Virginia 22102
Phone: 703-770-7900
Fax: 703/770-7901
Email: benjamin.kiersz@pillsburylaw.com

Gregory P. Love
Steckler Wayne & Love, PLLC
(Texas Bar No. 24013060)
107 E. Main Street
Henderson, Texas 75652
Phone: 903-212-4444
Fax: 903-392-2267
Email: greg@swclaw.com

*Attorneys for The Kroger Co.*

GREENBERG TRAURIG, LLP
By: */s/ Matthew J. Levinstein*
Matthew J. Levinstein
IL State Bar No. 6300343
Email: levinsteinm@gtlaw.com
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-1039
Facsimile: (312) 456-8435
Tyler Andrews
CA State Bar No. 250686
Email: tyler.andrews@gtlaw.com
18565 Jamboree Road, Suite 500
Irvine, CA 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501

Joseph Griffith
TX State Bar No. 24045982
Email: joseph.griffith@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Telephone: (214) 665-3666
Facsimile: (214) 665-5966

*Attorneys for Defendant Circle K Stores Inc.*

BAKER BOTTS L.L.P.
By: */s/ Elizabeth D. Flannery*
Elizabeth D. Flannery
Lead Attorney
Texas State Bar No. 24045815
Roger Fulghum
Texas State Bar No. 00790724
Lindsay Volpenhein Cutié
Texas State Bar No. 24093305
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Tel: 713-229-1234
Fax: 713-229-7704
liz.flannery@bakerbotts.com
roger.fulghum@bakerbotts.com
lindsay.cutie@bakerbotts.com

*Attorneys for Defendant H-E-B, LP*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically on all counsel of record through the Court's electronic filing system on September 29, 2026.

*/s/ Timothy S. Durst*