# EXHIBIT A

## EXHIBIT A – JOINT CLAIM CONSTRUCTION CHART – AGREED TERMS

Pursuant to Local Patent Rule 4-5(d), Plaintiff and Defendants hereby provide this Joint Claim Construction Chart for the claim terms and phrases for the asserted claims of U.S. Patent No. 8,350,077 (the "'077 Patent"). In addition, the parties hereby identify the claim number(s) where the terms and phrases appear.

| Claim Language | Term & Claim(s) | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| Claim 1<br><br>Amides of Creatine having a general formula: NH═C(NH2)-N(CH3)-CH2-CO—NH—R*X, wherein R is **amino acid residue** of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid or derivatives of aliphatic L-amino acid, or aromatic L-amino acid or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides; and X is low-molecular-weight organic or mineral acid or water. | "amino acid residue"<br><br>Claims 1 and 3 | **[AGREED]** | **[AGREED]** | Plain meaning |
| Claim 1 | "aromatic amino L-acid" | **[AGREED]** | **[AGREED]** | "aromatic L-amino acid" |

| **Claim Language** | **Term & Claim(s)** | **Plaintiff's Construction** | **Defendants' Construction** | **Court's Construction** |
|---|---|---|---|---|
| Amides of Creatine having a general formula: NH═C(NH2)-N(CH3)-CH2-CO—NH—R*X, wherein R is amino acid residue of aliphatic L-amino acid, or **aromatic amino L-acid** or heteroaromatic L-amino acid or derivatives of aliphatic L-amino acid, or aromatic L-amino acid or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides; and X is low-molecular-weight organic or mineral acid or water. | Claims 1 and 3 | | | |
| Claim 1<br><br>Amides of Creatine having a general formula: NH═C(NH2)-N(CH3)-CH2-CO—NH—R*X, **wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid or derivatives of aliphatic L-amino acid, or aromatic L-amino acid or** | "wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid, or derivatives of aliphatic L-amino acid, or aromatic L amino acid, or heteroaromatic L-amino acid | **[AGREED]** | **[AGREED]** | "wherein R is amino acid residue of<br><br>[aliphatic L-amino acid, or aromatic L-amino acid or heteroaromatic L-amino acid]<br><br>or<br><br>[derivatives of aliphatic L-amino acid, or aromatic L-amino acid or heteroaromatic L-amino |

| Claim Language | Term & Claim(s) | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| **heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides**; and X is low-molecular-weight organic or mineral acid or water. | representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides"<br><br>Claims 1 and 3 | | | acid representing at least one of the following: salts of L-amino acid, L-amino acid esters, L-amino acid amides, or L-amino acid peptides]" |
| Claim 6<br><br>**The compound of claim 1, wherein the compound is a composition with an auxiliary component**. | "The compound of claim 1, wherein the compound is a composition with an auxiliary component"<br><br>Claims 6 and 7 | **[AGREED]** | **[AGREED]** | "The compound of claim 1, wherein the compound is in a composition with an auxiliary component" |
| Claim 7<br><br>The composition of claim 6, wherein the **auxiliary component is water.** | "auxiliary component is water"<br><br>Claims 6 and 7 | **[AGREED]** | **[AGREED]** | "auxiliary component is water other than X" |