# EXHIBIT B

**EXHIBIT B – JOINT CLAIM CONSTRUCTION CHART – DISPUTED TERMS**

Pursuant to Local Patent Rule 4-5(d), Plaintiff and Defendants hereby provide this Joint Claim Construction Chart for the claim terms and phrases for the asserted claims of U.S. Patent No. 8,350,077 (the "'077 Patent"). In addition, the parties hereby identify the claim number(s) where the terms and phrases appear.

| Claim Language | Term & Claim(s) | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| Claim 1<br><br>**Amides of Creatine having a general formula: NH═C(NH2)-N(CH3)-CH2-CO—NH—R*X**, wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid or derivatives of aliphatic L-amino acid, or aromatic L-amino acid or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides; and X is low-molecular-weight organic or mineral acid or water. | "Amides of Creatine having a general formula: NH=C(NH2)—N(CH3)—CH2—CO—NH—R*X"<br><br>Claims 1 and 3 | Plain meaning | "Amides of Creatine having a general formula: NH=C(NH2)-N(CH3)-CH2-CO-NH-R*X, wherein * represents a center dot that separates components of an addition compound, in this case NH=C(NH2)-N(CH3)-CH2-CO-NH-R and X" | |
| Claim 1 | "having" | Plain meaning | "containing only what is expressly | |

| <u>Claim Language</u> | **Term &** **<u>Claim(s)</u>** | **Plaintiff's** **<u>Construction</u>** | **Defendants'** **<u>Construction</u>** | <u>Court's Construction</u> |
|---|---|---|---|---|
| Amides of Creatine **having** a general formula: NH═C(NH2)-N(CH3)-CH2-CO—NH—R*X, wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid or derivatives of aliphatic L-amino acid, or aromatic L-amino acid or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides; and X is low-molecular-weight organic or mineral acid or water. | Claims 1 and 3 | | set forth in the recited general formula" | |
| <u>Claim 1</u> | "X is low-molecular-weight organic or mineral acid or water"<br><br>Claims 1 and 3 | Plain meaning | The term "X is low-molecular-weight organic or mineral acid or water" requires that X must be one molecule of "low molecular weight organic or mineral acid or water." "X" | |

| Claim Language | Term & Claim(s) | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| Amides of Creatine having a general formula: NH═C(NH2)-N(CH3)-CH2-CO—NH—R*X, wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid or derivatives of aliphatic L-amino acid, or aromatic L-amino acid or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides; and **X is low-molecular-weight organic or mineral acid or water**. | | | therefore cannot be equal to zero molecules of low-molecular-weight organic or mineral acid or water. | |
| Claim 3 | "compound possessing neuroprotective activity" / "as a remedy possessing a neuroprotective activity"<br><br>Claim 3 | Plain meaning | Indefinite | |

| **Claim Language** | **Term & Claim(s)** | **Plaintiff's Construction** | **Defendants' Construction** | **Court's Construction** |
|---|---|---|---|---|
| A **compound possessing neuroprotective activity**, said compound consisting of: amides of Creatine having a general formula: NH═C(NH2)—N(CH3)—CH2—CO—NH—R*X; wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid, or derivatives of aliphatic L-amino acid, or aromatic L-amino acid, or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides; and X is low-molecular-weight organic or mineral acid or water **as a remedy possessing a neuroprotective activity**. | | | | |
| Claim 3 | "consisting of"<br><br>Claim 3 | Plain meaning | "containing only what is expressly set forth in the claim" | |

| <u>**Claim Language**</u> | <u>**Term & Claim(s)**</u> | <u>**Plaintiff's Construction**</u> | <u>**Defendants' Construction**</u> | <u>**Court's Construction**</u> |
|---|---|---|---|---|
| A compound possessing neuroprotective activity, said compound **consisting of**: amides of Creatine having a general formula: NH═C(NH2)—N(CH3)—CH2—CO—NH—R*X; wherein R is amino acid residue of aliphatic L-amino acid, or aromatic amino L-acid or heteroaromatic L-amino acid, or derivatives of aliphatic L-amino acid, or aromatic L-amino acid, or heteroaromatic L-amino acid representing at least one of the following: salts of amino acid, amino acid esters, amino acid amides, or amino acid peptides; and X is low-molecular-weight organic or mineral acid or water as a remedy possessing a neuroprotective activity. | | | | |
| <u>Claim 4</u><br><br>The compound of claim 1, wherein the compound is **anhydrous**. | "anhydrous"<br><br>Claim 4 | Plain meaning | "without water" | |