UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMIDE BEVERAGE COMPANY, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-1022-SDJ |
| | § | |
| AMAZON.COM, INC., ET AL. | § | |

**ORDER REFERRING CASE TO MEDIATION**

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this Court's mediation plan. The parties have agreed upon Magistrate Judge Bill Davis to mediate for this case. Judge Davis's address and telephone number are: United States Federal Courthouse, 7940 Preston Road, Suite 110, Plano, Texas 75024; (214) 872-4840. The mediation conference shall be conducted by the following date: **February 23, 2027**.

Judge Davis will be responsible for communicating with counsel to coordinate a date for the mediation.

Judge Davis shall submit a report within five days of the completion of the mediation conference.

**So ORDERED and SIGNED this 18th day of November, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE