**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

AMIDE BEVERAGE COMPANY, LLC,

*Plaintiff,*

v.

AMAZON.COM, INC., WOOT.COM LLC, WALMART, INC., SAM'S WEST, INC., ALBERTSONS, LLC, THE KROGER CO., TARGET CORPORATION, PEPSICO, INC., WALGREEN CO., CVS PHARMACY, INC., 7-ELEVEN, INC., CIRCLE K STORES INC., COSTCO WHOLESALE CORPORATION, AND H-E-B, LP,

*Defendants.*

C.A. No.: 4:24-cv-1022-SDJ

**JURY TRIAL DEMANDED**

**JOINT NOTICE REGARDING AMIDE'S NON-ASSERTION OF CLAIM 4**

Plaintiff Amide Beverage Company ("Amide") notifies the Court that Amide is no longer asserting claim 4 of the patent at issue (U.S. Patent No. 8,350,077) against any Defendant in this action.

Also, the claim term "anhydrous" was identified by the parties as a disputed term for construction to be argued at the November 24 claim-construction hearing, but the term "anhydrous" appears only in claim 4. Therefore, based on Amide's non-assertion of claim 4, the parties agree that there is no longer a need for the Court to construe the term "anhydrous".

Dated: November 19, 2026

/s/ Joseph J. Gribbin
Timothy Devlin
tdevlin@devlinlawfirm.com
James M. Lennon
jlennon@devlinlawfirm.com
Joseph J. Gribbin (*pro hac vice*)
jgribbin@devlinlawfirm.com
Andrew DeMarco
ademarco@devlinlawfirm.com
Gina Hong (*pro hac vice*)
ghong@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-9010
Fax: (302) 353-4251

Andrew J. Wright
andrew.wright@larsonbruster.com
State Bar No. 24063927
Shawn A. Latchford
shawn.latchford@larsonbruster.com
State Bar No. 24066603
LARSON BRUSTER PLLC
Heritage II
5001 North LBJ Freeway, Suite 850
Dallas, TX 75244
Tel: 877.744.4084

*Attorneys for Plaintiff*
*Amide Beverage Company, LLC*

Respectfully submitted,

/s/ Timothy S. Durst
Timothy S. Durst (TX #00786924)
tdurst@omm.com
John Kappos (TX #24130097)
jkappos@omm.com
Patrick V. Plassio (TX #24102362)
pplassio@omm.com
O'MELVENY & MYERS LLP
2801 North Harwood Street, Suite 1600
Dallas, TX 75201-2692
Tel: (972) 360-1900
Fax: (972) 360-1901

Paige H. Kellerman (*Pro Hac Vice*)
pkellerman@omm.com
Ryan M. Moon (*Pro Hac Vice*)
ryanmoon@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407

Kurt D. Fredrickson (*Pro Hac Vice*)
kfredrickson@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel: (415) 984-8700
Fax: (415) 984-8701

Harmukh Singh (*Pro Hac Vice*)
hsingh@omm.com
O'MELVENY & MYERS LLP
401 West 4th Street, Suite 3300
Austin, TX 78701
Tel: (737) 261-8600
Fax: (737) 261-8601

*Attorneys for Defendants Albertsons, LLC, Amazon.com, Inc., Circle K Stores Inc., Costco Wholesale Corporation, CVS Pharmacy, Inc., PepsiCo, Inc., Sam's West, Inc., Target Corporation, Walgreen*

*Company, Walmart, Inc., and Woot.com LLC*

*/s/ Elizabeth D. Flannery*
Elizabeth D. Flannery
liz.flannery@bakerbotts.com
Texas State Bar No. 24045815
Lindsay Volpenhein Cutié
lindsay.cutie@bakerbotts.com
Texas State Bar No. 24093305
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
Tel: 713-229-1234
Fax: 713-229-7704

*Attorneys for Defendant H-E-B, LP*

*/s/ Nathaniel St. Clair, II*
Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
Blake Dietrich
Texas Bar No. 24087420
bdietrich@jw.com
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000

*Attorneys for Defendant 7-Eleven, Inc.*

*/s/ William P. Atkins*
William P. Atkins (VA Bar No. 47562)
wpa@cushmanlaw.com
CUSHMAN PARTNERS LLC
1100 H Street NW, Suite 740
Washington, DC 20005
Tel: 202-991-0006

Benjamin L. Kiersz (VA Bar No. 47032)
benjamin.kiersz@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN
1650 Tyson Blvd
McLean, VA 22102
Tel: 703-770-7900
Fax: 703-770-7901

Gregory P. Love (TX Bar No. 24013060)
greg@swclaw.com
STECKLER WAYNE & LOVE, PLLC
107 E. Main Street
Henderson, TX 75652
Tel: 903-212-4444
Fax: 903-392-2267

*Attorneys for Defendant*
*The Kroger Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Joseph J. Gribbin*
Joseph J. Gribbin